AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

**CENTRAL** District of **ILLINOIS**

BONNIE E. LEISER,
    Plaintiff,

V.

SWAGAT GROUP, LLC, Individually and
d/b/a as COMFORT INN OF LINCOLN
ILLINOIS and/or d/b/a THE BEST WESTERN
OF LINCOLN ILLINOIS; CHOICE HOTELS
INTERNATIONAL, INC. and VASANT PATEL,
Individually.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 07-3254

TO: (Name and address of Defendant)

SWAGAT GROUP, LLC, d/b/a Comfort Inn of Lincoln, IL and/or Best Western of Lincoln, IL
c/o Himahsum Desai, Registered Agent
701 Waterford Drive
Lincoln, IL 62056

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Thomas M. Lake
Dudley & Lake, LLC
100 E. Cook Ave., 2nd Floor
Libertyvile, IL 60048

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

s/ JOHN M. WATERS
CLERK

9/17/07
DATE

s/ G. Utsinger
(By) DEPUTY CLERK