E-FILED
Monday, 17 September, 2007 01:28:21 PM
Clerk, U.S. District Court, ILCD

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

__CENTRAL__   District of   __ILLINOIS__

BONNIE E. LEISER,
   Plaintiff,

V.

SWAGAT GROUP, LLC, Individually and d/b/a as COMFORT INN OF LINCOLN ILLINOIS and/or d/b/a THE BEST WESTERN OF LINCOLN ILLINOIS; CHOICE HOTELS INTERNATIONAL, INC. and VASANT PATEL, Individually.

SUMMONS IN A CIVIL ACTION

CASE NUMBER:   07-3254

TO: (Name and address of Defendant)

   Vasant Patel
   107 Oak Park Drive
   Lincoln, IL   62656

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Thomas M. Lake
Dudley & Lake, LLC
100 E. Cook Ave., 2nd Floor
Libertyvile, IL 60048

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

s/ JOHN M. WATERS                                9/17/07
CLERK                                            DATE

s/ G. Utsinger
(By) DEPUTY CLERK