10375-R5911
FPV/jlp

IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| BONNIE E. LEISER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 07-CV-3254 |
| ) | |
| SWAGART GROUP, LLC, Individually, ) | |
| and d/b/a COMFORT INN OF LINCOLN, ) | |
| ILLINOIS and/or, d/b/a THE BEST ) | |
| WESTERN OF LINCOLN, ILLINOIS; ) | |
| CHOICE HOTELS INTERNATIONAL, ) | |
| INC., and VASANT PATEL, Individually, ) | |
| ) | |
| Defendants. ) | |

**DEFENDANTS' MOTION FOR EXTENSION TIME TO ANSWER, MOVE, OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT**

Pursuant to CDIL-LR 6.1, Defendants, SWAGART GROUP, LLC, and VASANT PATEL, by and through their undersigned counsel, respectfully request an extension of time to answer, move, or otherwise respond to Plaintiff's Complaint on or before November 15, 2007 which represents an extension of 30 days.[1]

1.   This extension is necessary to adequately respond to the allegations raised in the Plaintiff's twenty page, multiple count, and various liability theory Complaint.

2.   That the allegations in Plaintiff's Complaint necessitate a meeting with the clients, review of records and public health documentation. The schedule of out of town clients and defense attorneys are such that additional time, and the request for an enlargement of time, are necessitated.

---

[1] Defendant expressly reserves, and does not waive, any and all defenses, objections and arguments it may have in connection with this action, including, but not limited to, defenses, objections or arguments based on lack of personal jurisdiction, insufficiency of process or service of process, and/or improper venue.

HEYL ROYSTER
VOELKER
&ALLEN

Suite 575
National City Center
1 N. Old State Capitol Plaza
P.O. Box 1687
Springfield, IL 62705-1687
Fax (217) 523-3902
(217) 522-8822

10375-R5911
FPV/jlp

    3.    That this request for an enlargement of time is not made for purposes of delay, but to insure that the Defendants have an adequate amount of time within which to complete their review of the allegations, facts, and jurisdictional statement so that an appropriate response can be made.

    4.    That defense counsel have spoken to Plaintiff's attorney, Thomas M. Lake, who has graciously indicated that he has no objection to this motion and extension.

WHEREFORE, Defendants, SWAGART GROUP, LLC, and VASANT PATEL, for the foregoing reasons, respectfully request an extension of time up to and including November 15, 2007 to answer, move or otherwise respond to Plaintiff's Complaint.

Dated: October 15, 2007

        Respectfully submitted,

        SWAGART GROUP, LLC, Individually, and d/b/a COMFORT INN OF LINCOLN, ILLINOIS and/or, d/b/a THE BEST WESTERN OF LINCOLN, ILLINOIS, and VASANT PATEL, Individually,

        HEYL, ROYSTER, VOELKER & ALLEN, Attorneys for Defendants,

BY:  /s/ David M. Walter
      Frederick P. Velde, #2893908
      Adrian E. Harless
      David M. Walter, #6244907
      HEYL, ROYSTER, VOELKER & ALLEN
      Suite 575, National City Center
      P. O. Box 1687
      Springfield, IL 62705
      Phone: (217) 522-8822
      Fax:   (217) 523-3902
      E-mail: fvelde@hrva.com
            aharless@hrva.com
            dwalter@hrva.com

**HEYL ROYSTER VOELKER & ALLEN**

Suite 575
National City Center
1 N. Old State Capitol Plaza
P.O. Box 1687
Springfield, IL 62705-1687
Fax (217) 523-3902
(217) 522-8822

10375-R5911
FPV/jlp

## CERTIFICATE OF SERVICE

I hereby certify that on October 15, 2007, I electronically filed **Defendants' Motion for Extension of Time to Answer, Move, or Otherwise Respond to Plaintiff's Complaint** with the Clerk of Court using the CM/ECF system which will send notification of such filings(s) to the following:

> Thomas M. Lake
> tlake@dudleylake.com

> Patrick E. Halliday
> phalliday@dudleylake.com

and I hereby certify that on October 15, 2007, I mailed by United States Postal Service, the document(s) to the following non-registered participants:

> None

|  |  |
|---|---|
| BY: | /s/ David M. Walter |
|  | Frederick P. Velde, #2893908 |
|  | Adrian E. Harless, #6183092 |
|  | David M. Walter, #6244907 |
|  | HEYL, ROYSTER, VOELKER & ALLEN |
|  | Suite 575, National City Center |
|  | P. O. Box 1687 |
|  | Springfield, IL  62705 |
|  | Phone: (217) 522-8822 |
|  | Fax:    (217) 523-3902 |
|  | E-mail: fvelde@hrva.com |
|  | aharless@hrva.com |
|  | dwalter@hrva.com |

**HEYL ROYSTER VOELKER & ALLEN**

**Suite 575
National City Center
1 N. Old State Capitol Plaza
P.O. Box 1687
Springfield, IL 62705-1687
Fax (217) 523-3902
(217) 522-8822**