10375-R5911
DMW/jly

IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| BONNIE E. LEISER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 07-CV-3254 |
| | ) | |
| SWAGART GROUP, LLC, Individually, | ) | |
| and d/b/a COMFORT INN OF LINCOLN, | ) | |
| ILLINOIS and/or, d/b/a THE BEST | ) | |
| WESTERN OF LINCOLN, ILLINOIS; | ) | |
| CHOICE HOTELS INTERNATIONAL, | ) | |
| INC., and VASANT PATEL, Individually, | ) | |
| | ) | |
| Defendants. | ) | |

**CERTIFICATE OF INTEREST**

NOW COME the Defendants, SWAGART GROUP, LLC, d/b/a COMFORT INN OF LINCOLN, and VASANT PATEL, by their attorneys, HEYL, ROYSTER, VOELKER & ALLEN, and for their Certificate of Interest state as follows:

1. The full name of every party or amicus the attorney represents in the case.

    Answer: Swagart Group, LLC, d/b/a Comfort Inn of Lincoln and Vasant Patel

2. If such party or amicus is a corporation:

    (a) Its parent corporation, if any; and

        Answer: Neither party is a corporation

    (b) A list of corporate stockholders which are publicly held companies owning 10 percent or more of the stock of the party or amicus.

        Answer: Neither party is a corporation.

3. The name of all law firms whose partners or associates appear for a party or are expected to appear for the party in this court.

**HEYL ROYSTER**
**VOELKER**
**&ALLEN**

Suite 575
National City Center
1 N. Old State Capitol Plaza
P.O. Box 1687
Springfield, IL 62705-1687
Fax (217) 523-3902
(217) 522-8822

10375-R5911
DMW/jly

   Answer:  Heyl, Royster, Voelker & Allen is the only law firm whose partners or associates are expected to appear for the Defendants in this case.

            Respectfully submitted,
            SWAGART GROUP, LLC, d/b/a COMFORT INN OF LINCOLN and VASANT PATEL, Individually,

            HEYL, ROYSTER, VOELKER & ALLEN,
            Attorneys for Defendants,

      BY:  /s/David M. Walter

            Frederick P. Velde, #2893908
            Adrian E. Harless, #6183092
            David M. Walter, #6244907
            HEYL, ROYSTER, VOELKER & ALLEN
            Suite 575, National City Center
            P. O. Box 1687
            Springfield, IL  62705
            Phone: (217) 522-8822
            Fax: (217) 523-3902
            E-mail: fvelde@hrva.com
                aharless@hrva.com
                dwalter@hrva.com

**HEYL ROYSTER**
**VOELKER & ALLEN**

**Suite 575**
**National City Center**
**1 N. Old State Capitol Plaza**
**P.O. Box 1687**
**Springfield, IL 62705-1687**
**Fax (217) 523-3902**
**(217) 522-8822**

10375-R5911
DMW/jly

## CERTIFICATE OF SERVICE

I hereby certify that on October 15, 2007 I electronically filed **Certificate of Interest** with the Clerk of Court using the CM/ECF system which will send notification of such filings(s) to the following:

> Thomas M. Lake
> Dudley & Lake
> Suite 200, 100 E. Cook Avenue
> Libertyville, IL   60048
> tlake@dudleylake.com
>
> Patrick E. Halliday
> Dudley & Lake
> Suite 200, 100 E. Cook Avenue
> Libertyville, IL   60048
> phalliday@dudleylake.com

and I hereby certify that on October15, 2007, I mailed by United States Postal Service, the document(s) to the following non-registered participants:

BY:  /s/David M. Walter

Frederick P. Velde, #2893908
Adrian E. Harless, #6183092
David M. Walter, #6244907
HEYL, ROYSTER, VOELKER & ALLEN
Suite 575, National City Center
P. O. Box 1687
Springfield, IL  62705
Phone: (217) 522-8822
Fax:    (217) 523-3902
E-mail: fvelde@hrva.com
           aharless@hrva.com
           dwalter@hrva.com

HEYL ROYSTER VOELKER & ALLEN

Suite 575
National City Center
1 N. Old State Capitol Plaza
P.O. Box 1687
Springfield, IL 62705-1687
Fax (217) 523-3902
(217) 522-8822