10375-R5910
DMW/jlp

IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| BONNIE E. LEISER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 07-CV-3254 |
| ) | |
| SWAGAT GROUP, LLC, Individually, ) | |
| and d/b/a COMFORT INN OF LINCOLN, ) | |
| ILLINOIS and/or, d/b/a THE BEST ) | |
| WESTERN OF LINCOLN, ILLINOIS; ) | |
| CHOICE HOTELS INTERNATIONAL, ) | |
| INC., and VASANT PATEL, Individually, ) | |
| ) | |
| Defendants. ) | |

## ENTRY OF APPEARANCE

NOW COMES ADRIAN E. HARLESS of HEYL, ROYSTER, VOELKER & ALLEN, and hereby enters an appearance as counsel on behalf of the Defendants, SWAGART GROUP, LLC, d/b/a COMFORT INN OF LINCOLN, and VASANT PATEL, in the above-captioned matter, and hereby states that he has been admitted to practice in the United States District Court, Central District of Illinois, and that he is a member in good standing of the bar of this Court.

HEYL ROYSTER
VOELKER
& ALLEN

Suite 575
National City Center
1 N. Old State Capitol Plaza
P.O. Box 1687
Springfield, IL 62705-1687
Fax (217) 523-3902
(217) 522-8822

10375-R5910
DMW/jlp

        Respectfully submitted,

        SWAGAT GROUP, LLC, d/b/a COMFORT INN OF LINCOLN, ILLINOIS, and VASANT PATEL, Defendants

        HEYL, ROYSTER, VOELKER & ALLEN, Attorneys for Defendants,

BY:   /s/ Adrian E. Harless
       Adrian E. Harless, #6183092
       HEYL, ROYSTER, VOELKER & ALLEN
       Suite 575, National City Center
       P. O. Box 1687
       Springfield, IL  62705
       Phone: (217) 522-8822
       Fax:   (217) 523-3902
       E-mail: aharless@hrva.com

**HEYL ROYSTER VOELKER &ALLEN**

Suite 575
National City Center
1 N. Old State Capitol Plaza
P.O. Box 1687
Springfield, IL 62705-1687
Fax (217) 523-3902
(217) 522-8822

2

10375-R5910
DMW/jlp

## CERTIFICATE OF SERVICE

I hereby certify that on October 17, 2007 , I electronically filed **Entry of Appearance** with the Clerk of Court using the CM/ECF system which will send notification of such filings(s) to the following:

>Thomas M. Lake
>tlake@dudleylake.com
>
>Patrick E. Halliday
>phalliday@dudleylake.com

and I hereby certify that on October 17, 2007, I mailed by United States Postal Service, the document(s) to the following non-registered participants:

>None

>/s/ Adrian E. Harless
>Adrian E. Harless, #6183092
>HEYL, ROYSTER, VOELKER & ALLEN
>Suite 575, National City Center
>P. O. Box 1687
>Springfield, IL  62705
>Phone: (217) 522-8822
>Fax:    (217) 523-3902
>E-mail: aharless@hrva.com

HEYL ROYSTER VOELKER & ALLEN

Suite 575
National City Center
1 N. Old State Capitol Plaza
P.O. Box 1687
Springfield, IL 62705-1687
Fax (217) 523-3902
(217) 522-8822