10375-R5910
DMW/jlp

IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| BONNIE E. LEISER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 07-CV-3254 |
| ) | |
| SWAGAT GROUP, LLC, Individually, ) | |
| and d/b/a COMFORT INN OF LINCOLN, ) | |
| ILLINOIS and/or, d/b/a THE BEST ) | |
| WESTERN OF LINCOLN, ILLINOIS; ) | |
| CHOICE HOTELS INTERNATIONAL, ) | |
| INC., and VASANT PATEL, Individually, ) | |
| ) | |
| Defendants. ) | |

## ENTRY OF APPEARANCE

NOW COMES FREDERICK P. VELDE of HEYL, ROYSTER, VOELKER & ALLEN, and hereby enters an appearance as counsel on behalf of the Defendants, SWAGART GROUP, LLC, d/b/a COMFORT INN OF LINCOLN, and VASANT PATEL, in the above-captioned matter, and hereby states that he has been admitted to practice in the United States District Court, Central District of Illinois, and that he is a member in good standing of the bar of this Court.

HEYL ROYSTER
VOELKER
& ALLEN

Suite 575
National City Center
1 N. Old State Capitol Plaza
P.O. Box 1687
Springfield, IL 62705-1687
Fax (217) 523-3902
(217) 522-8822

10375-R5910
DMW/jlp

            Respectfully submitted,

            SWAGAT GROUP, LLC, d/b/a COMFORT INN OF LINCOLN, ILLINOIS, and VASANT PATEL, Defendants

            HEYL, ROYSTER, VOELKER & ALLEN, Attorneys for Defendants,

BY:   /s/ Frederick P. Velde

            Frederick P. Velde, #2893908
            HEYL, ROYSTER, VOELKER & ALLEN
            Suite 575, National City Center
            P. O. Box 1687
            Springfield, IL  62705
            Phone: (217) 522-8822
            Fax:   (217) 523-3902
            E-mail: fvelde@hrva.com

**HeylRoyster**
**Voelker**
**&Allen**

**Suite 575**
**National City Center**
**1 N. Old State Capitol Plaza**
**P.O. Box 1687**
**Springfield, IL 62705-1687**
**Fax (217) 523-3902**
**(217) 522-8822**

10375-R5910
DMW/jlp

# CERTIFICATE OF SERVICE

I hereby certify that on October 17, 2007 , I electronically filed **Entry of Appearance** with the Clerk of Court using the CM/ECF system which will send notification of such filings(s) to the following:

Thomas M. Lake
tlake@dudleylake.com

Patrick E. Halliday
phalliday@dudleylake.com

and I hereby certify that on October 17, 2007, I mailed by United States Postal Service, the document(s) to the following non-registered participants:

None

/s/ Frederick P. Velde

Frederick P. Velde, #2893908
HEYL, ROYSTER, VOELKER & ALLEN
Suite 575, National City Center
P. O. Box 1687
Springfield, IL  62705
Phone: (217) 522-8822
Fax:    (217) 523-3902
E-mail: fvelde@hrva.com

HEYL ROYSTER
VOELKER
&ALLEN

Suite 575
National City Center
1 N. Old State Capitol Plaza
P.O. Box 1687
Springfield, IL 62705-1687
Fax (217) 523-3902
(217) 522-8822