E-FILED
Monday, 29 October, 2007   03:56:06 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| BONNIE E. LEISER, | ) |
| Plaintiff, | ) |
| v. | ) Case No.: 07-3254 |
| SWAGAT GROUP, LLC, Individually and d/b/a as COMFORT INN OF LINCOLN, IL and/or d/b/a THE BEST WESTERN OF LINCOLN, IL; CHOICE HOTELS INTERNATIONAL, INC. and VASANT PATEL, Individually,, | ) |
| Defendants. | ) |

## ENTRY OF APPEARANCE

COMES NOW the lawfirm of HINSHAW & CULBERTSON LLP, by JOHN E. NOLAN, and hereby enters its appearance on behalf of Defendant, CHOICE HOTELS INTERNATIONAL, INC., in the above-captioned matter.

Filed    10/29/07

Respectfully submitted,

/s/ John E. Nolan
John E. Nolan
Hinshaw & Culbertson LLP
400 South Ninth Street
Suite 200
Springfield, IL 62701
Telephone: 217-528-7375
Facsimile: 217-528-0075
jnolan@hinshawlaw.com
Attorney Bar No. 62070472

60167158v1 820918

## AFFIDAVIT OF SERVICE

The undersigned certifies that on October 29, 2007, she served a copy of the foregoing ENTRY OF APPEARANCE upon the following:

Mr. Thomas M. Lake
Dudley & Lake LLC
100 E. Cook Avenue, 2nd Floor
Libertyville, IL  60048

by depositing a copy thereof, enclosed in an envelope, in the United States Mail at 400 South Ninth Street, Springfield, Illinois, proper postage prepaid, at or about the hour of 5:00 o'clock p.m., addressed as above.

SUBSCRIBED and SWORN to
before me this _____ day of _____, 200__.

_____
Notary Public

HINSHAW & CULBERTSON LLP
400 South Ninth Street
Suite 200
Springfield, IL  62701
217-528-7375

60167158v1 820918