E-FILED
Monday, 29 October, 2007   03:57:13 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| BONNIE E. LEISER,<br><br>           Plaintiff,<br><br>v.<br><br>SWAGAT GROUP, LLC, Individually and d/b/a as COMFORT INN OF LINCOLN, IL and/or d/b/a THE BEST WESTERN OF LINCOLN, IL; CHOICE HOTELS INTERNATIONAL, INC. and VASANT PATEL, Individually,,<br><br>           Defendants. | Case No.: 07-3254 |

## DESIGNATION OF LEAD COUNSEL

COMES NOW the Defendant, CHOICE HOTELS INTERNATIONAL, INC., by and through its attorneys, HINSHAW & CULBERTSON LLP and pursuant to CDIL 11.2, state for their designation of lead counsel the following:

The undersigned is designated as lead counsel in the above-referenced matter.

Filed     10/29/07                                       Respectfully submitted,

                                                                /s/ John E. Nolan
                                                                John E. Nolan
                                                                Hinshaw & Culbertson LLP
                                                                400 South Ninth Street
                                                                Suite 200
                                                                Springfield, IL 62701
                                                                Telephone: 217-528-7375
                                                                Facsimile: 217-528-0075
                                                                jnolan@hinshawlaw.com
                                                                Attorney Bar No. 62070472

1

60167160v1 820918