**E-FILED**
Monday, 29 October, 2007   03:57:50 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| BONNIE E. LEISER,<br><br>    Plaintiff,<br><br>v.<br><br>SWAGAT GROUP, LLC, Individually and d/b/a as COMFORT INN OF LINCOLN, IL and/or d/b/a THE BEST WESTERN OF LINCOLN, IL; CHOICE HOTELS INTERNATIONAL, INC. and VASANT PATEL, Individually,,<br><br>    Defendants. | Case No.: 07-3254 |

## CERTIFICATE OF INTEREST

The undersigned, counsel of record for CHOICE HOTELS INTERNATIONAL, INC., furnishes the following in compliance with Rule 11.3 of this Court:

1. The undersigned attorneys represents Choice Hotels International, Inc.

2. Choice Hotels International, Inc. is a corporation.

   (a) Parent corporation: None

   (b) Choice Hotels International, Inc. has no affiliation with any other publically traded company.

3. Hinshaw & Culbertson LLP will appear on behalf of CHOICE HOTELS INTERNATIONAL, INC.  John E. Nolan of HINSHAW & CULBERTSON LLP, Springfield, IL office is lead counsel. Terrence P. McAvoy of HINSHAW & CULBERTSON LLP, Chicago office may also appear for CHOICE HOTELS INTERNATIONAL, INC., pending his admission to practice pursuant to CDIL 83.5.

60167172v1 820918

        Respectfully submitted,

        /s/ John E. Nolan
        John E. Nolan
        Hinshaw & Culbertson LLP
        400 South Ninth Street
        Suite 200
        Springfield, IL 62701
        Telephone: 217-528-7375
        Facsimile: 217-528-0075
        jnolan@hinshawlaw.com
        Attorney Bar No. 62070472

60167172v1 820918