UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| BONNIE E. LEISER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No.: 07-3254 |
| v. ) | |
| ) | |
| SWAGAT GROUP, LLC, Individually and ) | |
| d/b/a as COMFORT INN OF LINCOLN, IL ) | |
| and/or d/b/a THE BEST WESTERN OF ) | |
| LINCOLN, IL; CHOICE HOTELS ) | |
| INTERNATIONAL, INC. and VASANT ) | |
| PATEL, Individually,, ) | |
| ) | |
| Defendants. ) | |

**MOTION FOR EXTENSION OF TIME**

COMES NOW the Defendant, CHOICE HOTELS INTERNATIONAL, INC., by and through its attorneys, HINSHAW & CULBERTSON LLP, and for its Motion for Extension of Time pursuant to CDIL-6.1, states as follows:

1.  Defendant, CHOICE HOTELS INTERNATIONAL, INC., is being defended by the undersigned counsel in the above-referenced matter.

2.  Defendant, CHOICE HOTELS INTERNATIONAL, INC., seeks additional time within which to file its initial pleading.

3.  Defendant, CHOICE HOTELS INTERNATIONAL, INC., requests an additional twenty-one (21) days within which to file its responsive pleading.

4.  That a denial of this Motion would create a substantial injustice to CHOICE HOTELS INTERNATIONAL, INC.

5.  As of the date of this Motion, the undersigned counsel is unaware of whether or not opposing counsel has any objection to this Motion.

1

WHEREFORE, Defendant, CHOICE HOTELS INTERNATIONAL, INC., requests an additional twenty-one (21) days within which to respond to Plaintiff's Complaint.

Filed     October 29, 2007                    Respectfully submitted,

/s/ John E. Nolan
John E. Nolan
Hinshaw & Culbertson LLP
400 South Ninth Street
Suite 200
Springfield, IL 62701
Telephone: 217-528-7375
Facsimile: 217-528-0075
jnolan@hinshawlaw.com
Attorney Bar No. 62070472