UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| BONNIE E. LEISER, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> SWAGAT GROUP, LLC, Individually and ) <br> d/b/a as COMFORT INN OF LINCOLN, IL ) <br> and/or d/b/a THE BEST WESTERN OF ) <br> LINCOLN, IL; CHOICE HOTELS ) <br> INTERNATIONAL, INC. and VASANT ) <br> PATEL, Individually,, ) <br> ) <br> Defendants. ) | Case No.: 07-3254 |

**AMENDED MOTION FOR EXTENSION OF TIME**

COMES NOW the Defendant, CHOICE HOTELS INTERNATIONAL, INC., by and through its attorneys, HINSHAW & CULBERTSON LLP, and for its Motion for Extension of Time pursuant to CDIL-6.1, states as follows:

1. Defendant, CHOICE HOTELS INTERNATIONAL, INC., is being defended by the undersigned counsel in the above-referenced matter.

2. Defendant, CHOICE HOTELS INTERNATIONAL, INC., seeks additional time within which to file its initial pleading.

3. Defendant, CHOICE HOTELS INTERNATIONAL, INC., requests an additional twenty-one (21) days within which to file its responsive pleading.

4. That a denial of this Motion would create a substantial injustice to CHOICE HOTELS INTERNATIONAL, INC.

5. As of the date of this Amended Motion, the undersigned counsel has contacted Plaintiff's counsel's office on two separate occasions by telephone requesting a return call from counsel, Patrick Halliday, to determine whether or not Plaintiff has an objection to the Motion,

and has received no response to those voice mails.  Therefore, Defendant is unable to state whether or not opposing counsel has any objection to this Motion.

WHEREFORE, Defendant, CHOICE HOTELS INTERNATIONAL, INC., requests an additional twenty-one (21) days within which to respond to Plaintiff's Complaint.

Filed    October 30, 2007                    Respectfully submitted,


/s/ John E. Nolan
John E. Nolan
Hinshaw & Culbertson LLP
400 South Ninth Street
Suite 200
Springfield, IL 62701
Telephone: 217-528-7375
Facsimile: 217-528-0075
jnolan@hinshawlaw.com
Attorney Bar No. 62070472

## CERTIFICATE OF SERVICE

I hereby state that on October 30, 2007, the undersigned electronically filed the foregoing document on behalf of Defendant, CHOICE HOTELS INTERNATIONAL, INC., with the Clerk of the Court of the U.S. District Court, Central District, using CM-ECF system which will send notification of such filing to the following:

tlake@dudleylake.com

aharless@hrva.com

/s/ John E. Nolan
HINSHAW & CULBERTSON LLP
400 S. 9th, Suite 200
Springfield, IL  62701
(217) 528-7375
(217) 528-0075 (Facsimile)
jnolan@hinshawlaw.com
Attorney Bar No. 62070472

60167227v1 820918