FOREIGN

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____CENTRAL_____ District of _____ILLINOIS_____

BONNIE E. LEISER,
  Plaintiff,

V.

SWAGAT GROUP, LLC, Individually and
d/b/a as COMFORT INN OF LINCOLN
ILLINOIS and/or d/b/a THE BEST WESTERN
OF LINCOLN ILLINOIS; CHOICE HOTELS
INTERNATIONAL, INC. and VASANT PATEL,
Individually.

SUMMONS IN A CIVIL ACTION

CASE NUMBER:   07-3254

TO: (Name and address of Defendant)

  CHOICE HOTELS INTERNATIONAL, INC.
  c/o United States Corporation Company, Registered Agent
      33 North LaSalle Street
      Chicago, IL   60602

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Thomas M. Lake
Dudley & Lake, LLC
100 E. Cook Ave., 2nd Floor
Libertyville, IL 60048

```
000188-1.4.1 10/01/07 12:04
REF CASE    # 07  003254
   1 FOREIGN WRIT         50.00
   1 MILEAGE              10.00
REF SHERIFF # 044630
   CASE TOTAL             60.00 *
                          60.00 TL
                          60.00
```

an answer to the complaint which is served on you with this summons, within ___20___ days after service
of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you
for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the
Clerk of this Court within a reasonable period of time after service.

CLERK [signature redacted]

(By) DEPUTY CLERK

DATE   9-17-07



# SHERIFF'S OFFICE OF COOK COUNTY, ILLINOIS

**DISTRICT 003**

SHERIFF'S NUMBER 044630-001D CASE NUMBER 07354   DEPUTY: STROM 3696-

FILED DT 09-17-2007 RECEIVED DT 10-01-2007 DIE DT 10-15-2007 MULTIPLE SERVICE 1
DEFENDANT                                           ATTORNEY
CHOICE HOTELS INTERNATIONAL, INC.                   THOMAS M. LAKE/DUDLEY & LAKE, L
33 N LA SALLE ST                                    100 E. COOK AVE.
CHICAGO IL. 60602                                   LIBERTYVILLE IL. 60048
                                                    847 362-5385

PLAINTIFF LEISER, BONNIE E.

SERVICE INFORMATION: CF   C/O UNITED STATES CORPORATION COMPANY, R/A   **FOREIGN**

*******************************************************************************

(A)   I CERTIFY THAT I SERVED THIS SUMMONS ON THE DEFENDANT AS FOLLOWS:

.....1  PERSONAL SERVICE: BY LEAVING A COPY OF THE SUMMONS AND COMPLAINT WITH THE
        NAMED DEFENDANT PERSONALLY.
.....2  SUBSTITUTE SERVICE: BY LEAVING A COPY OF THE SUMMONS AND A COPY OF THE COMPLAINT
        AT THE DEFENDANT'S USUAL PLACE OF ABODE WITH SOME PERSON OF THE FAMILY OR A PERSON
        RESIDING THERE, OF THE AGE OF 13 YEARS OR UPWARDS, AND INFORMING THAT PERSON OF
        THE CONTENTS THEREOF. ALSO, A COPY OF THE SUMMONS WAS MAILED ON THE
        _____ DAY OF _____ 20___, IN A SEALED ENVELOPE WITH POSTAGE FULLY
        PREPAID, ADDRESSED TO THE DEFENDANT AT HIS OR HER USUAL PLACE OF ABODE.
        SAID PARTY REFUSED NAME _____
.....3  SERVICE ON: CORPORATION X  COMPANY ____ BUSINESS ____ PARTNERSHIP ____
        BY LEAVING A COPY OF THE SUMMONS AND COMPLAINT (OR INTERROGATORIES) WITH THE
        REGISTERED AGENT, AUTHORIZED PERSON OR PARTNER OF THE DEFENDANT.
.....4  CERTIFIED MAIL _____

(B)   THOMAS J. DART, SHERIFF, BY: _____, DEPUTY 3696-
1   SEX M/F  RACE B  AGE 40
2   NAME OF DEFENDANT CHOICE HOTELS INTERNATIONAL, INC.
    WRIT SERVED ON MIA WINTERSMITH CFO
    THIS 10 DAY OF OCT, 20 07 TIME 11:00 A.M./P.M.

ADDITIONAL REMARKS _____

*******************************************************************************

THE NAMED DEFENDANT WAS NOT SERVED.

TYPE OF BLDG _____                    ATTEMPTED SERVICES

NEIGHBORS NAME _____                  DATE       TIME A.M./P.M.

ADDRESS _____                         ___ ___ : ___ ___

REASON NOT SERVED:                      ___ ___ : ___ ___
        07 EMPLOYER REFUSAL
___ 01 MOVED          ___ 08 RETURNED BY ATTY   ___ ___ : ___ ___
___ 02 NO CONTACT     ___ 09 DECEASED
___ 03 EMPTY LOT      ___ 10 BLDG DEMOLISHED    ___ ___ : ___ ___
___ 04 NOT LISTED     ___ 11 NO REGISTERED AGT.
___ 05 WRONG ADDRESS  ___ 12 OTHER REASONS      ___ ___ : ___ ___
___ 06 NO SUCH ADDRESS ___ 13 OUT OF COUNTY
                                        ___ ___ : ___ ___

FEE   .00   MILEAGE   .00   TOTAL   .00                    SG20

FOREIGN