E-FILED
Tuesday, 30 October, 2007  03:55:23 PM
Clerk, U.S. District Court, ILCD

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

**CENTRAL** District of **ILLINOIS**

BONNIE E. LEISER,
　　Plaintiff,

V.

SWAGAT GROUP, LLC, Individually and
d/b/a as COMFORT INN OF LINCOLN
ILLINOIS and/or d/b/a THE BEST WESTERN
OF LINCOLN ILLINOIS; CHOICE HOTELS
INTERNATIONAL, INC. and VASANT PATEL,
Individually.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:　07-3254

TO: (Name and address of Defendant)

　　Vasant Patel
　　107 Oak Park Drive
　　Lincoln, IL　62656

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Thomas M. Lake
Dudley & Lake, LLC
100 E. Cook Ave., 2nd Floor
Libertyvile, IL 60048

an answer to the complaint which is served on you with this summons, within ____20____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

CLERK

(By) DEPUTY CLERK

9-17-07

DATE



## SHERIFF'S OFFICE OF LOGAN COUNTY, ILLINOIS

**Control #:** 24875  
**Case #:** 07-3254  
**Date Recv'd:** 9/27/2007  
**Defendant:** Patel, Vasant  
107 Oak Park Dr.  
Lincoln, IL 62656  
**Employer:**  
**Plaintiff** Leiser, Bonnie E.  
**Service Inf:**

**Paper:** Summons  
**Date Filed:** 9/17/2007

**County:** US District Ct.  
**Court Date:** 20 days

---

I certify that I served this process on the defendant as follows:

__X__ 1. **PERSONAL SERVICE:** By leaving a copy of the attached document(s) with the named defendant personally.

_____ 2. **SUBSTITUTE SERVICE:** By leaving a copy of the attached document(s) at his usual place of abode with a person of the family of said defendant of age 13 years or upward and by informing such person with whom said attached document(s) was left of the contents thereof and by also sending a copy of said process in a sealed envelope, postage fully prepaid, addressed to the said defendant at his usual place of abode.

_____ 3. **CORPORATION SERVICE:** By leaving a copy of the attached document(s) with an agent of said corporation.

_____ 4. **NOT FOUND:** The within named defendant not found in my county this _____ day of _____, 2007.

_____ 5. **CERTIFIED MAIL:** By mailing a copy of the Take Notice, Certified Mail, to above address.

*(IF DIFFERENT THAN INFORMATION POSTED FOR DEFENDANT)

*Person Served: _____  
*Address: _____  

Sex: M  
Race: A  
Age: 42

**Date Served:** 9-28-07   **Time Served:** 7:15 a.m./p.m.   **Date Mailed:** _____

**Number of Miles:** 1    STEVEN G. NICHOLS, SHERIFF OF LOGAN COUNTY  
☐ OOP entered in LEADS as served.   By: _____, Deputy

****************************************************************

**REASON NOT SERVED**  
___ 01 Moved-No Forwarding    ___ 04 Evaded Service    ___ 07 Deceased  
___ 02 Wrong Address          ___ 05 No Contact Made   ___ 08 Returned Per Attorney  
___ 03 Moved-New Address:     ___ 06 Other: _____

**SERVICE ATTEMPTS**  
DATE    TIME

If fees are due, please remit to:  
Logan County Sheriff  
601 Broadway, #23  
Lincoln, IL 62656

**SHERIFF'S FEES**

**Atty/Plaintiff:**  
Dudley & Lake  
100 East Cook Ave., 2nd Floor  
Libertyville, IL 60048

Service          $  32.00  
Return           $  10.00  
Mileage($1.00/mile) $  1.00  
Postage          $  
**TOTAL**        $  43.00

Phone: 847-362-5385

24875  Prepaid $43.00