FOREIGN

044627

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

__CENTRAL__ District of __ILLINOIS__

BONNIE E. LEISER,
Plaintiff,

V.

SWAGAT GROUP, LLC, Individually and
d/b/a as COMFORT INN OF LINCOLN
ILLINOIS and/or d/b/a THE BEST WESTERN
OF LINCOLN ILLINOIS; CHOICE HOTELS
INTERNATIONAL, INC. and VASANT PATEL,
Individually.

SUMMONS IN A CIVIL ACTION

CASE NUMBER: 07-3254

TO: (Name and address of Defendant)

SWAGAT GROUP, LLC, d/b/a Comfort Inn of Lincoln, IL and/or Best Western of Lincoln, IL
c/o Himahsum Desai, Registered Agent
701 Waterford Drive
~~Lincoln~~, IL   62056
Des Plaines

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Thomas M. Lake
Dudley & Lake, LLC
100 E. Cook Ave., 2nd Floor
Libertyville, IL 60048

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

```
000187-1.4.1 10/01/07 12:03
REF CASE    # 07 003254
  1 FOREIGN WRIT         50.00
  1 MILEAGE              10.00
REF SHERIFF # 044627
CASE TOTAL               60.00 *
                     PAID
                         60.00
CASHIER: NICOLE
```

CLERK

DATE  9-17-07

(By) DEPUTY CLERK



# SHERIFF'S OFFICE OF COOK COUNTY, ILLINOIS

**DISTRICT 212**

SHERIFF'S NUMBER 044627-001D  CASE NUMBER 073254   DEPUTY: Kinsella 1349

FILED DT 09-17-2007 RECEIVED DT 10-01-2007 DIE DT 10-15-2007 MULTIPLE SERVICE 1
DEFENDANT                                                    ATTORNEY
SWAGAT GROUP, LLC DBA COMFORT INN OF LINCOLN, IL   THOMAS M. LAKE/DUDLEY & LAKE, L
701    WATERFORD DR                                 100 E. COOK AVE.
DES PLAINES IL. 60016                               LIBERTYVILLE IL. 60048
                                                    847 362-5385

PLAINTIFF LEISER, BONNIE E.

SERVICE INFORMATION: CF   C/O HIMAHSUM DESAI, R/A      **FOREIGN**

*******************************************************************************

(A)  I CERTIFY THAT I SERVED THIS SUMMONS ON THE DEFENDANT AS FOLLOWS:

.....1 PERSONAL SERVICE: BY LEAVING A COPY OF THE SUMMONS AND COMPLAINT WITH THE
       NAMED DEFENDANT PERSONALLY.
.....2 SUBSTITUTE SERVICE: BY LEAVING A COPY OF THE SUMMONS AND A COPY OF THE COMPLAINT
       AT THE DEFENDANT'S USUAL PLACE OF ABODE WITH SOME PERSON OF THE FAMILY OR A PERSON
       RESIDING THERE, OF THE AGE OF 13 YEARS OR UPWARDS, AND INFORMING THAT PERSON OF
       THE CONTENTS THEREOF. ALSO, A COPY OF THE SUMMONS WAS MAILED ON THE
       _____ DAY OF _____ 20__, IN A SEALED ENVELOPE WITH POSTAGE FULLY
       PREPAID, ADDRESSED TO THE DEFENDANT AT HIS OR HER USUAL PLACE OF ABODE.
       SAID PARTY REFUSED NAME
..X..3 SERVICE ON: CORPORATION✓  COMPANY ____ BUSINESS ____ PARTNERSHIP ____
       BY LEAVING A COPY OF THE SUMMONS AND COMPLAINT (OR INTERROGATORIES) WITH THE
       REGISTERED AGENT, AUTHORIZED PERSON OR PARTNER OF THE DEFENDANT.
.....4 CERTIFIED MAIL _____

(B) THOMAS J. DART, SHERIFF, BY: ____Kinsella 1349____, DEPUTY
  1 SEX  F  M/F   RACE  EI   AGE  48
  2 NAME OF DEFENDANT SWAGAT GROUP, LLC DBA COMFORT INN OF LINCOLN, IL
    WRIT SERVED ON _____angelli Desai_____
    THIS  15  DAY OF  Oct , 20 07  TIME  7:4  A.M. P.M.

ADDITIONAL REMARKS _____

*******************************************************************************

THE NAMED DEFENDANT WAS NOT SERVED.

TYPE OF BLDG  Single family Home              ATTEMPTED SERVICES
NEIGHBORS NAME _____                 DATE        TIME   A.M./P.M.
ADDRESS _____                  _____  ___:___  ____
                                              _____  ___:___  ____
REASON NOT SERVED:
                    __ 07 EMPLOYER REFUSAL    _____  ___:___  ____
__ 01 MOVED         __ 08 RETURNED BY ATTY    _____  ___:___  ____
__ 02 NO CONTACT    __ 09 DECEASED
__ 03 EMPTY LOT     __ 10 BLDG DEMOLISHED     _____  ___:___  ____
__ 04 NOT LISTED    __ 11 NO REGISTERED AGT.
__ 05 WRONG ADDRESS __ 12 OTHER REASONS       _____  ___:___  ____
__ 06 NO SUCH ADDRESS __ 13 OUT OF COUNTY
                                              _____  ___:___  ____

FEE   .00   MILEAGE   .00   TOTAL   .00                   SG20