10375-R5911
AEH/jlp

IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| BONNIE E. LEISER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 07-CV-3254 |
| | ) | |
| SWAGAT GROUP, LLC, Individually, | ) | |
| and d/b/a COMFORT INN OF LINCOLN, | ) | |
| ILLINOIS and/or, d/b/a THE BEST | ) | |
| WESTERN OF LINCOLN, ILLINOIS; | ) | |
| CHOICE HOTELS INTERNATIONAL, | ) | |
| INC., and VASANT PATEL, Individually, | ) | |
| | ) | |
| Defendants. | ) | |

**ANSWER TO PLAINTIFF'S COMPLAINT AT LAW**

NOW COME the Defendants, SWAGAT GROUP, LLC, d/b/a COMFORT INN OF LINCOLN, and VASANT PATEL, by their attorneys, HEYL, ROYSTER, VOELKER & ALLEN, and for their Answer to Plaintiff's Complaint at Law, state as follows:

**Designation of Lead Counsel**

Pursuant to Rule 11.2 of the United States District Court for the Central District of Illinois, Adrian E. Harless is designated as lead counsel.

**COUNT I**

For its Answer to Count I of the Plaintiff's Complaint, SWAGAT GROUP, LLC, d/b/a COMFORT INN OF LINCOLN, states as follows:

1. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1, and, therefore, these allegations are denied.

2. Defendant admits that on January 14, 2006 and at the present time, Defendant, SWAGAT GROUP, LLC, d/b/a COMFORT INN OF LINCOLN, is an Illinois Corporation, duly

HEYL ROYSTER
VOELKER
& ALLEN

Suite 575
National City Center
1 N. Old State Capitol Plaza
P.O. Box 1687
Springfield, IL 62705-1687
Fax (217) 523-3902
(217) 522-8822

10375-R5911
AEH/jlp

licensed to do business in the State of Illinois, with offices of its registered agent, Himanshu Desai, at 701 Waterford Drive, Des Plaines, Illinois, and its principal office located at 2811 Woodlawn Road, Lincoln, Illinois 62656. Defendant denies the remaining allegations of Paragraph 2.

3. Defendant admits that on January 14, 2006, Defendant, Choice Hotels International, Inc., was a Delaware Corporation, doing business in the State of Illinois, with offices of its registered agent at 33 North LaSalle Street, Chicago, Illinois 60602, and its principal office located in Columbia Pike, Silver Spring, Maryland.

4. Defendant admits the allegations of Paragraph 4.

5. Defendant admits that on January 14, 2006, and at the present time, Swagat Group, LLC conducted business as Comfort Inn of Lincoln and owned and operated a hotel located at 2811 Woodlawn Road, Lincoln, Illinois 62656. The Defendant denies the remaining allegations of Paragraph 5.

6. Defendant admits that on or about January 14, 2006 and at all times material, Swagat Group, LLC conducted business as Comfort Inn of Lincoln and had on its premises a swimming pool and hot tub available for use by qualified guests during specified hours.

7. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 7, and, therefore, these allegations are denied.

8. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 8, and, therefore, these allegations are denied.

9. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 9, and, therefore, these allegations are denied.

HEYL ROYSTER
VOELKER
&ALLEN

Suite 575
National City Center
1 N. Old State Capitol Plaza
P.O. Box 1687
Springfield, IL 62705-1687
Fax (217) 523-3902
(217) 522-8822

10375-R5911
AEH/jlp

10. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 10, and, therefore, these allegations are denied.

11. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 11, and, therefore, these allegations are denied.

12. Defendant denies the allegations of Paragraph 12.

13. Defendant denies the allegations of Paragraph 13.

14. Defendant denies the allegations of Paragraph 14.

15. Defendant denies the allegations of Paragraph 15 and the subparagraphs contained in Paragraph 15 (a) through (o).

16. Defendant denies the allegations of Paragraph 16.

WHEREFORE, the Defendant prays that judgment be entered in its favor and against the Plaintiff and Defendant be awarded its costs.

## COUNT II

Defendants make no response to this Count because it is not directed to them.

## COUNT III

For his Answer to Count III of the Plaintiff's Complaint, VASANT PATEL, states as follows:

1-4. Defendant incorporates by reference Paragraphs 1 through 4 of the Answer to Count I of the Plaintiff's Complaint, as and for Paragraphs 1 through 4 of Count III of the Complaint.

5. Defendant denies that he owned a hotel located at 2811 Woodlawn Road, Lincoln, Illinois 62656, but admits he was the general manager and an employee of Swagat Group, LLC on January 14, 2006.

HEYL ROYSTER
VOELKER
&ALLEN

Suite 575
National City Center
1 N. Old State Capitol Plaza
P.O. Box 1687
Springfield, IL 62705-1687
Fax (217) 523-3902
(217) 522-8822

3

10375-R5911
AEH/jlp

6. Defendant admits that the hotel located at 2811 Woodlawn Road, Lincoln, Illinois 62656, had on its premises a swimming pool and hot tub available for use by qualified guests during specified hours on January 14, 2006. Defendant denies the remaining allegations of Paragraph 6.

7. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 7, and, therefore, these allegations are denied.

8. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 8, and, therefore, these allegations are denied.

9. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 9, and, therefore, these allegations are denied.

10. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 10, and, therefore, these allegations are denied.

11. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 11, and, therefore, these allegations are denied.

12. Defendant denies the allegations of Paragraph 12.

13. Defendant denies the allegations of Paragraph 13.

14. Defendant denies the allegations of Paragraph 14.

15. Defendant denies the allegations of Paragraph 15 and each subparagraph contained in Paragraph 15 (a) through (o).

16. Defendant denies the allegations of Paragraph 16.

WHEREFORE, Defendant prays that judgment be entered in his favor and against the Plaintiff and Defendant be awarded his costs.

HEYL ROYSTER
VOELKER
&ALLEN

Suite 575
National City Center
1 N. Old State Capitol Plaza
P.O. Box 1687
Springfield, IL 62705-1687
Fax (217) 523-3902
(217) 522-8822

4

10375-R5911
AEH/jlp

## AFFIRMATIVE DEFENSE TO COUNT III

To the extent Plaintiff seeks to recover against Vasant Patel for the liability of Swagat Group, LLC, Vasant Patel is not personally liable to the Plaintiff in his official capacity as a member of Swagat Group, LLC.

WHEREFORE, Defendant prays that judgment be entered in his favor and against the Plaintiff and Defendant be awarded his costs.

          Respectfully submitted,

SWAGAT GROUP, LLC, Individually, and d/b/a COMFORT INN OF LINCOLN, ILLINOIS and/or, d/b/a THE BEST WESTERN OF LINCOLN, ILLINOIS, and VASANT PATEL, Individually,

HEYL, ROYSTER, VOELKER & ALLEN, Attorneys for Defendants,

BY: /s/ Adrian E. Harless
Adrian E. Harless, #6183092
Frederick P. Velde, #2893908
David M. Walter, #6244907
HEYL, ROYSTER, VOELKER & ALLEN
Suite 575, National City Center
P. O. Box 1687
Springfield, IL  62705
Phone: (217) 522-8822
Fax:    (217) 523-3902
E-mail: aharless@hrva.com
       fvelde@hrva.com
       dwalter@hrva.com

**HEYL ROYSTER VOELKER & ALLEN**

Suite 575
National City Center
1 N. Old State Capitol Plaza
P.O. Box 1687
Springfield, IL 62705-1687
Fax (217) 523-3902
(217) 522-8822

5

10375-R5911
AEH/jlp

## CERTIFICATE OF SERVICE

I hereby certify that on November 14, 2007, I electronically filed **Defendants' Answer Plaintiff's Complaint at Law** with the Clerk of Court using the CM/ECF system which will send notification of such filings(s) to the following:

Thomas M. Lake
tlake@dudleylake.com

Patrick E. Halliday
phalliday@dudleylake.com

and I hereby certify that on November 14, 2007, I mailed by United States Postal Service, the document(s) to the following non-registered participants:

None

BY:  /s/ Adrian E. Harless
Adrian E. Harless, #6183092
Frederick P. Velde, #2893908
David M. Walter, #6244907
HEYL, ROYSTER, VOELKER & ALLEN
Suite 575, National City Center
P. O. Box 1687
Springfield, IL 62705
Phone: (217) 522-8822
Fax:    (217) 523-3902
E-mail: aharless@hrva.com
            fvelde@hrva.com
            dwalter@hrva.com

**HeylRoyster**
**Voelker**
**&Allen**

**Suite 575
National City Center
1 N. Old State Capitol Plaza
P.O. Box 1687
Springfield, IL 62705-1687
Fax (217) 523-3902
(217) 522-8822**