UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| BONNIE E. LEISER, )<br><br>Plaintiff, )<br><br>v. )<br><br>SWAGAT GROUP, LLC,  CHOICE HOTELS )<br>INTERNATIONAL, INC. and VASANT )<br>PATEL, Individually, )<br><br>Defendants, and )<br><br>CHOICE HOTELS INTERNATIONAL, INC., )<br><br>Cross-Claimant/ )<br>Third Party Plaintiff, )<br><br>vs. )<br><br>SWAGAT GROUP, LLC, VASANT PATEL, )<br>Individually, )<br>)<br>Cross-Defendants, and<br><br>HIMANSHU M. DESAI, Individually, VIJAY<br>C. PATEL, Individually, and VAIDIK<br>INTERNATIONAL, INC.<br><br>Third Party Defendants. | Case No.: 07-3254 |

## THIRD PARTY COMPLAINT

COMES NOW the Defendant, CHOICE HOTELS INTERNATIONAL, INC., by and through its attorneys, HINSHAW & CULBERTSON, LLP and for its THIRD PARTY COMPLAINT, states as follows:

## COUNT I – EXPRESS INDEMNITY

### Himanshu M. Desai, Individually

1.     Defendant/Third Party Plaintiff, Choice Hotels International, Inc., has been named a Defendant in the above-referenced action by Plaintiff, Bonnie E. Leiser for injuries

allegedly sustained while allegedly a guest at a hotel at 2811 Woodlawn Road, Lincoln, IL

62656, owned and operated by Swagat Group LLC, Vasant Patel, Individually, HIMANSHU M.

DESAI, Individually, Vijay C. Patel Individually, and Vaidik International Inc. (hereinafter

"Franchisees").

2.     That pursuant to a Franchise Agreement effective February 15, 2001 between

Choice Hotels International, Inc. and Franchisees, Choice Hotels International, Inc. granted a

license to Franchisees for the use of Choice Hotel's trademarks and logos in the operation of

their hotel.

3.     That pursuant to the Franchise Agreement, Franchisees, including HIMANSHU

M. DESAI, individually, obligated themselves to the following terms and conditions within the

Franchise Agreement:

> **13.     Indemnification**
>
> You must defend, indemnify and hold harmless us, our affiliates
> and subsidiaries, our and their respective officers, directors, agents,
> and employees (the "indemnified parties") from any claim, loss,
> cost, damage, expense and liability (a "Claim") including
> reasonable attorneys' fees (whether or not a lawsuit has been filed)
> and any court costs, resulting from any damage or loss, including
> personal injury, of any nature, connected with the Hotel
> construction or operation, or any facilities that are managed by
> others in the Hotel, or out of, or as a result of, by your (or your
> agent's or employee's) error, omission, act, or failure, even where
> negligence of an Indemnified Party is alleged. . . .

4.     That the claims alleged by Plaintiff are claims for which indemnification is

provided to Choice Hotels International in the Indemnification provision of the Franchise

Agreement.

2

5.      That Franchisees, and HIMANSHU M. DESAI Individually, jointly and severally promised to indemnify Choice Hotels International from any claims asserted against it for their acts or omissions in the operation of the hotel.

6.      That should Choice Hotels International, Inc. be found liable pursuant to the allegations of Plaintiff in her Complaint, Choice Hotels International, Inc. is entitled to express indemnity from HIMANSHU M. DESAI, for all damages.

WHEREFORE, Defendant/Third Party Plaintiff, CHOICE HOTELS INTERNATIONAL, INC., respectfully requests judgment in its favor and against Defendant/Third Party Defendant, HIMANSHU M. DESAI, should CHOICE HOTELS INTERNATIONAL, INC. be determined liable to Plaintiff in the above-referenced matter in the amount of damages rendered against it, together with an award of attorneys' fees and costs for its defense of this suit and for any other relief this Court deems just.

## COUNT II – IMPLIED INDEMNITY

### Himanshu M. Desai, Individually

1.      Defendant/Third Party Plaintiff, Choice Hotels International, Inc., has been named a Defendant in the above-referenced action by Plaintiff, Bonnie E. Leiser for injuries allegedly sustained while allegedly a guest at a hotel at 2811 Woodlawn Road, Lincoln, IL 62656, owned and operated by Swagat Group LLC, Vasant Patel, Individually, HIMANSHU M. DESAI, Individually, Vijay C. Patel Individually, and Vaidik International Inc. (hereinafter "Franchisees").

2.      Plaintiff has alleged that Choice Hotels International, Inc. is liable for the acts of its alleged agents in the operation of the Hotel owned and operated by HIMANSHU M. DESAI.

3

3.      To the extent that Choice Hotels International, Inc. is found liable to Plaintiff, and to the extent that Choice Hotels International, Inc. is found vicariously liable for the acts of HIMANSHU M. DESAI, Choice Hotels International, Inc. is entitled to implied indemnity from HIMANSHU M. DESAI.

WHEREFORE, Defendant/Third Party Plaintiff, CHOICE HOTELS INTERNATIONAL, INC., respectfully requests judgment in its favor and against Third Party Defendant HIMANSHU M. DESAI, Individually, should CHOICE HOTELS INTERNATIONAL, INC. be determined liable to Plaintiff in the above-referenced matter in the amount of damages rendered against it, and for any other relief this Court deems just.

## COUNT III – CONTRIBUTION

### Himanshu M. Desai, Individually

1.      Defendant/Third Party Plaintiff, Choice Hotels International, Inc., has been named a Defendant in the above-referenced action by Plaintiff, Bonnie E. Leiser for injuries allegedly sustained while allegedly a guest at a hotel at 2811 Woodlawn Road, Lincoln, IL 62656, owned and operated by Swagat Group LLC, Vasant Patel, Individually, HIMANSHU M. DESAI, Individually, Vijay C. Patel Individually, and Vaidik International Inc. (hereinafter "Franchisees").

2.      Plaintiff has sought recovery for injuries allegedly sustained as a result of her alleged contraction of Legionnaire's Disease. She has alleged that these injuries are a result of the operation and maintenance of the aquatic facilities described in Plaintiff's Complaint.

3.      That there exists in the State of Illinois a statute commonly referred to as the Contribution Among Joint Tort Feasors Act (740 ILCS 100/1 *et seq*) which provides for a right of contribution where two or more persons are subject to liability in tort arising out of the same

4

injury to person and that there is a right of contribution among them, even though judgment has not been entered against any or all of them.

4.      That any liability for the failure to properly maintain the aquatic facilities as described in Plaintiff's Complaint is due to the acts of HIMANSHU M. DESAI, Individually, and any injuries allegedly flowing from said acts are proximately caused by HIMANSHU M. DESAI, Individually.

5.      That any injuries to the Plaintiff, and any damages assessed against Choice Hotels International, Inc. pursuant to the allegations of Plaintiff's Complaint, are due to the acts and/or omissions, if any, of HIMANSHU M. DESAI, which are the sole proximate cause of any such injuries or damages.

6.      That should Choice Hotels International, Inc. be found liable, it is entitled to contribution from HIMANSHU M. DESAI for his pro rata share of liability attributable to the cause of Plaintiff's alleged injuries.

WHEREFORE, Defendant/Third Party Plaintiff, CHOICE HOTELS INTERNATIONAL, INC., respectfully requests judgment be entered in its favor and against Defendant/Third Party Defendant, HIMANSHU M. DESAI, Individually for the entire amount of any judgment entered against CHOICE HOTELS INTERNATIONAL, INC. or, in the alternative, awarded judgment in an amount equal to HIMANSHU M. DESAI's pro rata share of liability for Plaintiff's damages and that Defendant be awarded its costs of suit and any other relief this Court deems just.

5

<u>**COUNT IV – EXPRESS INDEMNITY**</u>

**Vijay C. Patel, Individually**

1.      Defendant/Third Party Plaintiff, Choice Hotels International, Inc., has been named a Defendant in the above-referenced action by Plaintiff, Bonnie E. Leiser for injuries allegedly sustained while allegedly a guest at a hotel at 2811 Woodlawn Road, Lincoln, IL 62656, owned and operated by Swagat Group LLC, Vasant Patel, Individually, Himanshu M. Desai, Individually, VIJAY C. PATEL, Individually, and Vaidik International Inc. (hereinafter "Franchisees").

2.      That pursuant to a Franchise Agreement effective February 15, 2001 between Choice Hotels International, Inc. and Franchisees, Choice Hotels International, Inc. granted a license to Franchisees for the use of Choice Hotel's trademarks and logos in the operation of their hotel.

3.      That pursuant to the Franchise Agreement, Franchisees, including VIJAY C. PATEL, individually, obligated themselves to the following terms and conditions within the Franchise Agreement:

> **13.      Indemnification**
>
> You must defend, indemnify and hold harmless us, our affiliates and subsidiaries, our and their respective officers, directors, agents, and employees (the "indemnified parties") from any claim, loss, cost, damage, expense and liability (a "Claim") including reasonable attorneys' fees (whether or not a lawsuit has been filed) and any court costs, resulting from any damage or loss, including personal injury, of any nature, connected with the Hotel construction or operation, or any facilities that are managed by others in the Hotel, or out of, or as a result of, by your (or your agent's or employee's) error, omission, act, or failure, even where negligence of an Indemnified Party is alleged. . . .

6

4.      That the claims alleged by Plaintiff are claims for which indemnification is provided to Choice Hotels International in the Indemnification provision of the Franchise Agreement.

5.      That Franchisees, and VIJAY C. PATEL, Individually, jointly and severally promised to indemnify Choice Hotels International from any claims asserted against it for their acts or omissions in the operation of the hotel.

6.      That should Choice Hotels International, Inc. be found liable pursuant to the allegations of Plaintiff in her Complaint, Choice Hotels International, Inc. is entitled to express indemnity from VIJAY C. PATEL, for all damages.

WHEREFORE,      Defendant/Third      Party      Plaintiff,      CHOICE      HOTELS INTERNATIONAL, INC., respectfully requests judgment in its favor and against Defendant/Third Party Defendant, VIJAY C. PATEL should CHOICE HOTELS INTERNATIONAL, INC. be determined liable to Plaintiff in the above-referenced matter in the amount of damages rendered against it, together with an award of attorneys' fees and costs for its defense of this suit and for any other relief this Court deems just.

## COUNT V – IMPLIED INDEMNITY

### Vijay C. Patel, Individually

1.      Defendant/Third Party Plaintiff, Choice Hotels International, Inc., has been named a Defendant in the above-referenced action by Plaintiff, Bonnie E. Leiser for injuries allegedly sustained while allegedly a guest at a hotel at 2811 Woodlawn Road, Lincoln, IL 62656, owned and operated by Swagat Group LLC, Vasant Patel, Individually, Himanshu M. Desai, Individually, VIJAY C. PATEL, Individually, and Vaidik International Inc. (hereinafter "Franchisees").

60167985v1 882662

2.      Plaintiff has alleged that Choice Hotels International, Inc. is liable for the acts of its alleged agents in the operation of the Hotel owned and operated by VIJAY C. PATEL, Individually.

3.      To the extent that Choice Hotels International, Inc. is found liable to Plaintiff, and to the extent that Choice Hotels International, Inc. is found vicariously liable for the acts of VIJAY C. PATEL, Individually, Choice Hotels International, Inc. is entitled to implied indemnity from VIJAY C. PATEL, Individually.

WHEREFORE, Defendant/Third Party Plaintiff, CHOICE HOTELS INTERNATIONAL, INC., respectfully requests judgment in its favor and against Third Party Defendant VIJAY C. PATEL, Individually, should CHOICE HOTELS INTERNATIONAL, INC. be determined liable to Plaintiff in the above-referenced matter in the amount of damages rendered against it, and for any other relief this Court deems just.

## COUNT VI – CONTRIBUTION

### Vijay C. Patel, Individually

1.      Defendant/Third Party Plaintiff, Choice Hotels International, Inc., has been named a Defendant in the above-referenced action by Plaintiff, Bonnie E. Leiser for injuries allegedly sustained while allegedly a guest at a hotel at 2811 Woodlawn Road, Lincoln, IL 62656, owned and operated by Swagat Group LLC, Vasant Patel, Individually, Himanshu M. Desai, Individually, VIJAY C. PATEL, Individually, and Vaidik International Inc. (hereinafter "Franchisees").

2.      Plaintiff has sought recovery for injuries allegedly sustained as a result of her alleged contraction of Legionnaire's Disease.  She has alleged that these injuries are a result of the operation and maintenance of the aquatic facilities described in Plaintiff's Complaint.

8

3.      That there exists in the State of Illinois a statute commonly referred to as the Contribution Among Joint Tort Feasors Act (740 ILCS 100/1 *et seq*) which provides for a right of contribution where two or more persons are subject to liability in tort arising out of the same injury to person and that there is a right of contribution among them, even though judgment has not been entered against any or all of them.

4.      That any liability for the failure to properly maintain the aquatic facilities as described in Plaintiff's Complaint is due to the acts of VIJAY C. PATEL, Individually, and any injuries allegedly flowing from said acts are proximately caused by VIJAY C. PATEL.

5.      That any injuries to the Plaintiff, and any damages assessed against Choice Hotels International, Inc. pursuant to the allegations of Plaintiff's Complaint, are due to the acts and/or omissions, if any, of VIJAY C. PATEL, Individually, which are the sole proximate cause of any such injuries or damages.

6.      That should Choice Hotels International, Inc. be found liable, it is entitled to contribution from VIJAY C. PATEL, Individually, for his pro rata share of liability attributable to the cause of Plaintiff's alleged injuries.

WHEREFORE,     Defendant/Third     Party     Plaintiff,     CHOICE     HOTELS INTERNATIONAL, INC., respectfully requests judgment be entered in its favor and against Defendant/Third Party Defendant, VIJAY C. PATEL, Individually for the entire amount of any judgment entered against CHOICE HOTELS INTERNATIONAL, INC. or, in the alternative, awarded judgment in an amount equal to VIJAY C. PATEL's pro rata share of liability for Plaintiff's damages and that Defendant be awarded its costs of suit and any other relief this Court deems just.

60167985v1 882662

## <u>COUNT VII – EXPRESS INDEMNITY</u>

### Vaidik International, Inc.

1.      Defendant/Third Party Plaintiff, Choice Hotels International, Inc., has been named a Defendant in the above-referenced action by Plaintiff, Bonnie E. Leiser for injuries allegedly sustained while allegedly a guest at a hotel at 2811 Woodlawn Road, Lincoln, IL 62656, owned and operated by Swagat Group LLC, Vasant Patel, Individually, Himanshu M. Desai, Individually, Vijay C. Patel, Individually, and VAIDIK INTERNATIONAL, INC. (hereinafter "Franchisees").

2.      That pursuant to a Franchise Agreement effective February 15, 2001 between Choice Hotels International, Inc. and Franchisees, Choice Hotels International, Inc. granted a license to Franchisees for the use of Choice Hotel's trademarks and logos in the operation of their hotel.

3.      That pursuant to the Franchise Agreement, Franchisees, including VAIDIK INTERNATIONAL, INC obligated themselves to the following terms and conditions within the Franchise Agreement:

> **13.     Indemnification**
>
> You must defend, indemnify and hold harmless us, our affiliates and subsidiaries, our and their respective officers, directors, agents, and employees (the "indemnified parties") from any claim, loss, cost, damage, expense and liability (a "Claim") including reasonable attorneys' fees (whether or not a lawsuit has been filed) and any court costs, resulting from any damage or loss, including personal injury, of any nature, connected with the Hotel construction or operation, or any facilities that are managed by others in the Hotel, or out of, or as a result of, by your (or your agent's or employee's) error, omission, act, or failure, even where negligence of an Indemnified Party is alleged. . . .

10

60167985v1 882662

4.    That the claims alleged by Plaintiff are claims for which indemnification is provided to Choice Hotels International in the Indemnification provision of the Franchise Agreement.

5.    That Franchisees, and VAIDIK INTERNATIONAL, INC, jointly and severally promised to indemnify Choice Hotels International from any claims asserted against it for their acts or omissions in the operation of the hotel.

6.    That should Choice Hotels International, Inc. be found liable pursuant to the allegations of Plaintiff in her Complaint, Choice Hotels International, Inc. is entitled to express indemnity from VAIDIK INTERNATIONAL, INC, for all damages.

WHEREFORE, Defendant/Third Party Plaintiff, CHOICE HOTELS INTERNATIONAL, INC., respectfully requests judgment in its favor and against Defendant/Third Party Defendant, VAIDIK INTERNATIONAL, INC should CHOICE HOTELS INTERNATIONAL, INC. be determined liable to Plaintiff in the above-referenced matter in the amount of damages rendered against it, together with an award of attorneys' fees and costs for its defense of this suit and for any other relief this Court deems just.

## COUNT VIII – IMPLIED INDEMNITY

### Vaidik International, Inc.

1.    Defendant/Third Party Plaintiff, Choice Hotels International, Inc., has been named a Defendant in the above-referenced action by Plaintiff, Bonnie E. Leiser for injuries allegedly sustained while allegedly a guest at a hotel at 2811 Woodlawn Road, Lincoln, IL 62656, owned and operated by Swagat Group LLC, Vasant Patel, Individually, Himanshu M. Desai, Individually, Vijay C. Patel, Individually, and VAIDIK INTERNATIONAL, INC. (hereinafter "Franchisees").

11

2.      Plaintiff has alleged that Choice Hotels International, Inc. is liable for the acts of its alleged agents in the operation of the Hotel owned and operated by VAIDIK INTERNATIONAL, INC..

3.      To the extent that Choice Hotels International, Inc. is found liable to Plaintiff, and to the extent that Choice Hotels International, Inc. is found vicariously liable for the acts of VAIDIK INTERNATIONAL, INC., Choice Hotels International, Inc. is entitled to implied indemnity from VAIDIK INTERNATIONAL, INC..

WHEREFORE, Defendant/Third Party Plaintiff, CHOICE HOTELS INTERNATIONAL, INC., respectfully requests judgment in its favor and against Third Party Defendant VAIDIK INTERNATIONAL, INC., should CHOICE HOTELS INTERNATIONAL, INC. be determined liable to Plaintiff in the above-referenced matter in the amount of damages rendered against it, and for any other relief this Court deems just.

## COUNT IX – CONTRIBUTION

### Vaidik International, Inc.

1.      Defendant/Third Party Plaintiff, Choice Hotels International, Inc., has been named a Defendant in the above-referenced action by Plaintiff, Bonnie E. Leiser for injuries allegedly sustained while allegedly a guest at a hotel at 2811 Woodlawn Road, Lincoln, IL 62656, owned and operated by Swagat Group LLC, Vasant Patel, Individually, Himanshu M. Desai, Individually, Vijay C. Patel, Individually, and VAIDIK INTERNATIONAL, INC. (hereinafter "Franchisees").

2.      Plaintiff has sought recovery for injuries allegedly sustained as a result of her alleged contraction of Legionnaire's Disease.  She has alleged that these injuries are a result of the operation and maintenance of the aquatic facilities described in Plaintiff's Complaint.

3.      That there exists in the State of Illinois a statute commonly referred to as the Contribution Among Joint Tort Feasors Act (740 ILCS 100/1 *et seq*) which provides for a right of contribution where two or more persons are subject to liability in tort arising out of the same injury to person and that there is a right of contribution among them, even though judgment has not been entered against any or all of them.

4.      That any liability for the failure to properly maintain the aquatic facilities as described in Plaintiff's Complaint is due to the acts of VAIDIK INTERNATIONAL, INC., and any injuries allegedly flowing from said acts are proximately caused by VAIDIK INTERNATIONAL, INC.

5.      That any injuries to the Plaintiff, and any damages assessed against Choice Hotels International, Inc. pursuant to the allegations of Plaintiff's Complaint, are due to the acts and/or omissions, if any, of VAIDIK INTERNATIONAL, INC., which are the sole proximate cause of any such injuries or damages.

6.      That should Choice Hotels International, Inc. be found liable, it is entitled to contribution from VAIDIK INTERNATIONAL, INC, for its pro rata share of liability attributable to the cause of Plaintiff's alleged injuries.

WHEREFORE,      Defendant/Third      Party      Plaintiff,      CHOICE      HOTELS INTERNATIONAL, INC., respectfully requests judgment be entered in its favor and against Defendant/Third Party Defendant, VAIDIK INTERNATIONAL, INC. for the entire amount of any judgment entered against CHOICE HOTELS INTERNATIONAL, INC. or, in the alternative, awarded judgment in an amount equal to VAIDIK INTERNATIONAL, INC.'s pro rata share of liability for Plaintiff's damages and that Defendant be awarded its costs of suit and any other relief this Court deems just.

60167985v1 882662

Filed:    November 26, 2007                Respectfully submitted,


                                           /s/ John E. Nolan
                                           John E. Nolan
                                           Hinshaw & Culbertson LLP
                                           400 South Ninth Street
                                           Suite 200
                                           Springfield, IL 62701
                                           Telephone: 217-528-7375
                                           Facsimile: 217-528-0075
                                           jnolan@hinshawlaw.com

60167985v1 882662

**CERTIFICATE OF SERVICE**

I hereby state that on November 26, 2007, the undersigned electronically filed the foregoing document on behalf of Defendant, CHOICE HOTELS INTERNATIONAL, INC., with the Clerk of the Court of the U.S. District Court, Central District, using CM-ECF system which will send notification of such filing to the following:

tlake@dudleylake.com

aharless@hrva.com

/s/ John E. Nolan
HINSHAW & CULBERTSON LLP
400 S. 9th, Suite 200
Springfield, IL  62701
(217) 528-7375
(217) 528-0075 (Facsimile)
jnolan@hinshawlaw.com
Attorney Bar No. 62070472

15

60167985v1 882662