10375-R5911
AEH/jlp

IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| BONNIE E. LEISER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 07-CV-3254 |
| ) | |
| SWAGAT GROUP, LLC, Individually, ) | |
| and d/b/a COMFORT INN OF LINCOLN, ) | |
| ILLINOIS and/or, d/b/a THE BEST ) | |
| WESTERN OF LINCOLN, ILLINOIS; ) | |
| CHOICE HOTELS INTERNATIONAL, ) | |
| INC., and VASANT PATEL, Individually, ) | |
| ) | |
| Defendants. ) | |

**ANSWER TO CROSS CLAIM**

NOW COME the Defendants, SWAGAT GROUP, LLC, d/b/a COMFORT INN OF LINCOLN, and VASANT PATEL, by their attorneys, HEYL, ROYSTER, VOELKER & ALLEN, and for their Answer to the Cross Claim filed by Choice Hotels, International state as follows:

**COUNT I**

1. Defendant/Cross Defendant admits the allegations of Paragraph 1.

2. Defendant/Cross Defendant admits the allegations of Paragraph 2.

3. Defendant/Cross Defendant admits that some of the language cited in paragraph 3 is contained in paragraph 13 of the franchise agreement but denies that the language cited is an accurate or complete statement of the provisions of paragraph 13 of the franchise agreement. Defendant/Cross Defendant denies the remaining allegations of paragraph 3.

4. Defendant/Cross Defendant denies the allegations of paragraph 4.

5. Defendant/Cross Defendant denies the allegations of paragraph 5.

HEYL ROYSTER
VOELKER
&ALLEN

Suite 575
National City Center
1 N. Old State Capitol Plaza
P.O. Box 1687
Springfield, IL 62705-1687
Fax (217) 523-3902
(217) 522-8822

10375-R5911
AEH/jlp

WHEREFORE, Defendant/Cross Defendant, Swagat Group LLC prays that judgment be entered in its favor and against Defendant/Cross Plaintiff Choice Hotels, International.

## AFFIRMATIVE DEFENSES TO COUNT I

1. The Cross Complaint fails to state a claim upon which relief can be granted.

2. Cross Plaintiff is not entitled to indemnity under the terms of the franchise agreement because the indemnity provision of the franchise agreement is unenforceable.

3. Cross Plaintiff is not entitled to recover attorney's fees and costs under the terms of the franchise agreement because the indemnity provision of the franchise agreement is unenforceable.

WHEREFOR, Defendant/Cross Defendant, Swagat Group LLC prays that judgment be entered in its favor and against Defendant/Cross Plaintiff Choice Hotels, International.

## COUNT II

1. Defendant/Cross Defendant admits the allegations of Paragraph 1.

2. Defendant/Cross Defendant admits Plaintiff Bonnie Leiser has alleged Choice Hotels is liable for the acts of its agents in the operation of a hotel that Choice Hotels owned and operated.

3. Defendant/Cross Defendant denies the allegations of Paragraph 3.

WHEREFORE, Defendant/Cross Defendant, Swagat Group LLC prays that judgment be entered in its favor and against Defendant/Cross Plaintiff Choice Hotels, International.

## AFFIRMATIVE DEFENSES TO COUNT II

1. The Cross Complaint fails to state a claim upon which relief can be granted.

2. Cross Plaintiff is not entitled to implied indemnity because there is no basis or relationship in law or fact which would entitle it to seek indemnity from the Defendant/Cross Defendant.

HEYL ROYSTER
VOELKER
&ALLEN

Suite 575
National City Center
1 N. Old State Capitol Plaza
P.O. Box 1687
Springfield, IL 62705-1687
Fax (217) 523-3902
(217) 522-8822

2

10375-R5911
AEH/jlp

WHEREFORE, Defendant/Cross Defendant, Swagat Group LLC prays that judgment be entered in its favor and against Defendant/Cross Plaintiff Choice Hotels, International.

## COUNT III

1. Defendant/Cross Defendant admits the allegations of Paragraph 1.

2. Defendant/Cross Defendant admits that Plaintiff Bonnie Leiser alleges in her complaint that she has sustained injuries as a result of contracting Legionnaire's Disease and she alleges the injuries were the result of the operation and maintenance of the aquatic facilities described in her complaint.

3. Defendant/Cross Defendant admits the allegations of Paragraph 3.

4. Defendant/Cross Defendant denies the allegations of Paragraph 4.

5. Defendant/Cross Defendant denies the allegations of Paragraph 5.

6. Defendant/Cross Defendant denies the allegations of Paragraph 6.

WHEREFOR, Defendant/Cross Defendant, Swagat Group LLC prays that judgment be entered in its favor and against Defendant/Cross Plaintiff Choice Hotels, International.

## COUNT IV

1. Defendant/Cross Defendant admits that Choice Hotels has been named a Defendant in a lawsuit filed by Bonnie Leiser in which she alleges injuries she alleges she sustained while a guest at a hotel she alleges was owned and operated by the Defendant/Counterdefendant Vasant Patel. Defendant/Counterdefendant denies that he owned the hotel.

2. Defendant/Cross Defendant admits the allegations of Paragraph 2.

3. Defendant/Cross Defendant admits that some of the language cited in paragraph 3 is contained in paragraph 13 of the franchise agreement but denies that the language cited is an

**HEYL ROYSTER
VOELKER
&ALLEN**

**Suite 575
National City Center
1 N. Old State Capitol Plaza
P.O. Box 1687
Springfield, IL 62705-1687
Fax (217) 523-3902
(217) 522-8822**

3


10375-R5911
AEH/jlp

accurate or complete statement of the provisions of paragraph 13 of the franchise agreement. Defendant/Cross Defendant denies the remaining allegations of paragraph 3.

4. Defendant/Cross Defendant denies the allegations of Paragraph 4.

WHEREFORE, Defendant/Cross Defendant, Vasant Patel prays that judgment be entered in his favor and against Defendant/Cross Plaintiff Choice Hotels, International.

## AFFIRMATIVE DEFENSES TO COUNT IV

1. The Cross Complaint fails to state a claim upon which relief can be granted.

2. Cross Plaintiff is not entitled to indemnity under the terms of the franchise agreement because the indemnity provision of the franchise agreement is unenforceable.

3. Cross Plaintiff is not entitled to recover attorney's fees and costs under the terms of the franchise agreement because the indemnity provision of the franchise agreement is unenforceable.

WHEREFORE, Defendant/Cross Defendant, Vasant Patel prays that judgment be entered in his favor and against Defendant/Cross Plaintiff Choice Hotels, International.

## COUNT V

1. Defendant/Cross Defendant admits that Choice Hotels has been named a Defendant in a lawsuit filed by Bonnie Leiser in which she alleges injuries she alleges she sustained while a guest at a hotel she alleges was owned and operated by the Defendant/Counterdefendant Vasant Patel. Defendant/Counterdefendant denies that he owned the hotel.

2. Defendant/Cross Defendant admits Plaintiff Bonnie Leiser has alleged Choice Hotels is liable for the acts of its agents in the operation of a hotel that Choice Hotels owned and operated. Defendant/Cross Defendant denies he owned the hotel.

3. Defendant/Cross Defendant denies the allegations of Paragraph 3.


HEYL ROYSTER
VOELKER
& ALLEN

Suite 575
National City Center
1 N. Old State Capitol Plaza
P.O. Box 1687
Springfield, IL 62705-1687
Fax (217) 523-3902
(217) 522-8822

4

10375-R5911
AEH/jlp

WHEREFORE, Defendant/Cross Defendant, Vasant Patel prays that judgment be entered in his favor and against Defendant/Cross Plaintiff Choice Hotels, International.

### AFFIRMATIVE DEFENSES TO COUNT V

1. The Cross Complaint fails to state a claim upon which relief can be granted.

2. Cross Plaintiff is not entitled to implied indemnity because there is no basis or relationship in law or fact which would entitle it to seek indemnity from the Defendant/Cross Defendant.

3. To the extent Plaintiff seeks to recover against Vasant Patel for the liability of Swagat Group, LLC, Vasant Patel is not personally liable to the Defendant/Cross Plaintiff in his official capacity as a member of Swagat Group, LLC.

WHEREFORE, Defendant/Cross Defendant, Vasant Patel prays that judgment be entered in his favor and against Defendant/Cross Plaintiff Choice Hotels, International.

### COUNT VI

1. Defendant/Cross Defendant admits that Choice Hotels has been named a Defendant in a lawsuit filed by Bonnie Leiser in which she alleges injuries she alleges she sustained while a guest at a hotel she alleges was owned and operated by the Defendant/Counterdefendant Vasant Patel. Defendant/Counterdefendant denies that he owned the hotel.

2. Defendant/Cross Defendant admits that Plaintiff Bonnie Leiser alleges in her complaint that she has sustained injuries as a result of contracting Legionnaire's Disease and she alleges the injuries were the result of the operation and maintenance of the aquatic facilities described in her complaint.

3, Defendant/Cross Defendant admits the allegations of Paragraph 3.

HEYL ROYSTER
VOELKER
&ALLEN

Suite 575
National City Center
1 N. Old State Capitol Plaza
P.O. Box 1687
Springfield, IL 62705-1687
Fax (217) 523-3902
(217) 522-8822

5

10375-R5911
AEH/jlp

4. Defendant/Cross Defendant denies the allegations of Paragraph 4.

5. Defendant/Cross Defendant denies the allegations of Paragraph 5.

6. Defendant/Cross Defendant denies the allegations of Paragraph 6.

WHEREFORE, Defendant/Cross Defendant, Vasant Patel prays that judgment be entered in his favor and against Defendant/Cross Plaintiff Choice Hotels, International.

## AFFIRMATIVE DEFENSE TO COUNT VI

1. To the extent Plaintiff seeks to recover against Vasant Patel for the liability of Swagat Group, LLC, Vasant Patel is not personally liable to the Defendant/Cross Plaintiff in his official capacity as a member of Swagat Group, LLC.

WHEREFORE, Defendant/Cross Defendant, Vasant Patel prays that judgment be entered in his favor and against Defendant/Cross Plaintiff Choice Hotels, International.

## CROSS CLAIM

NOW COME the Defendants, SWAGAT GROUP, LLC, Individually, and d/b/a COMFORT INN OF LINCOLN, , and VASANT PATEL, Individually, by their attorneys, HEYL, ROYSTER, VOELKER & ALLEN, and for their Cross Claim against CHOICE HOTELS INTERNATIONAL, INC., states as follows:

1. Plaintiffs seek recovery against SWAGAT GROUP, LLC; VASANT PATEL, and CHOICE HOTELS, INTERNATIONAL.

2. In the event judgment is entered in favor of the Plaintiffs and against SWAGAT GROUP, LLC; VASANT PATEL, and CHOICE HOTELS, INTERNATIONAL, SWAGAT GROUP, LLC; and VASANT PATEL are entitled to contribution from CHOICE HOTELS, INTERNATIONAL in an amount commensurate to CHOICE HOTELS, INTERNATIONAL's relative degree of culpability.

HEYL ROYSTER
VOELKER
& ALLEN

Suite 575
National City Center
1 N. Old State Capitol Plaza
P.O. Box 1687
Springfield, IL 62705-1687
Fax (217) 523-3902
(217) 522-8822

6

10375-R5911
AEH/jlp

WHEREFORE, SWAGAT GROUP, LLC, Individually, and d/b/a COMFORT INN OF LINCOLN, , and VASANT PATEL pray that in the event judgment is entered in favor of the Plaintiff against them that they further have and recover a judgment against CHOICE HOTELS, INTERNATIONAL, in an amount commensurate with its relative degree of culpability.

        Respectfully submitted,

        SWAGAT GROUP, LLC, Individually, and d/b/a COMFORT INN OF LINCOLN, ILLINOIS and/or, d/b/a THE BEST WESTERN OF LINCOLN, ILLINOIS, and VASANT PATEL, Individually,

        HEYL, ROYSTER, VOELKER & ALLEN, Attorneys for Defendants,

BY: /s/ Adrian E. Harless
Adrian E. Harless, #6183092
Frederick P. Velde, #2893908
David M. Walter, #6244907
HEYL, ROYSTER, VOELKER & ALLEN
Suite 575, National City Center
P. O. Box 1687
Springfield, IL 62705
Phone: (217) 522-8822
Fax:   (217) 523-3902
E-mail: aharless@hrva.com
        fvelde@hrva.com
        dwalter@hrva.com

## CERTIFICATE OF SERVICE

I hereby certify that on December 4, 2007, I electronically filed **Defendants' Answer to Cross Claim** with the Clerk of Court using the CM/ECF system which will send notification of such filings(s) to the following:

Thomas M. Lake
tlake@dudleylake.com

HEYL ROYSTER VOELKER & ALLEN

Suite 575
National City Center
1 N. Old State Capitol Plaza
P.O. Box 1687
Springfield, IL 62705-1687
Fax (217) 523-3902
(217) 522-8822

10375-R5911
AEH/jlp

    Patrick E. Halliday
    phalliday@dudleylake.com

and I hereby certify that on December 4, 2007, I mailed by United States Postal Service, the document(s) to the following non-registered participants:

    None

|  |  |
|---|---|
| BY: | /s/ Adrian E. Harless |
|  | Adrian E. Harless, #6183092 |
|  | Frederick P. Velde, #2893908 |
|  | David M. Walter, #6244907 |
|  | HEYL, ROYSTER, VOELKER & ALLEN |
|  | Suite 575, National City Center |
|  | P. O. Box 1687 |
|  | Springfield, IL 62705 |
|  | Phone: (217) 522-8822 |
|  | Fax: (217) 523-3902 |
|  | E-mail: aharless@hrva.com |
|  | fvelde@hrva.com |
|  | dwalter@hrva.com |

HEYL ROYSTER VOELKER & ALLEN

Suite 575
National City Center
1 N. Old State Capitol Plaza
P.O. Box 1687
Springfield, IL 62705-1687
Fax (217) 523-3902
(217) 522-8822