**E-FILED**
Wednesday, 05 December, 2007 01:05:08 PM
Clerk, U.S. District Court, ILCD

## IN THE UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS
_____ DIVISION

BONNIE E. LEISER,                                  )
                                                   )
                            Plaintiff,      )
                                                   )
           -vs-                                 )    No.           07 cv 3254
                                                   )
SWAGAT GROUP, LLC, Individually and d/b/a          )
COMFORT INN OF LINCOLN, ILLINOIS                   )
and/or d/b/a THE BEST WESTERN OF LINCOLN           )
ILLINOIS: CHOICE HOTELS     Defendant.          )
INTERNATIONAL INC. and VASANT PATEL, Individually

## SCHEDULING ORDER

Pursuant to Rule 16(b) of the Federal Rules of Civil Procedure, a

scheduling conference was held on _____**11/26/07**_____ with attorneys

Thomas Lake, Adrian E. Harless and John Nolan

TIME LIMITS AND SETTINGS ARE ORDERED AS FOLLOWS:

    1.    Initial disclosures under Rule 26 to be made by

\_\_\_**3/31/08**_____.

    2.    No motions to join other parties or to amend the pleadings to be

filed after \_\_**11/15/08**\_\_\_\_\_.

    3.    All Plaintiffs are to identify testifying experts and to provide Rule

26 expert reports by \_\_\_**1/15/09**_____. All Defendants are to

identify testifying experts and to provide Rule 26 expert reports by

\_\_\_**5/19/09**_____.

4.    The parties have until __11/15/08_____, to complete fact

discovery.  Any written discovery served subsequent to the date of this

Order to be served by a date that allows the served party the full 30 days

provided by the Federal Rules of Civil Procedure in which to comply.  The

parties have until _____7/15/09_____ to complete expert discovery.

5.    Motions to compel and other motions relating to discovery shall

be pursued in a diligent and timely manner, but in no event filed more than

sixty (60) days following the event (e.g. failure to answer interrogatories,

objections to request for production, etc.) that is the subject of the motion.

The parties are required to meet and confer on the discovery dispute as

required by Rule 37(a) within the 60-day period.   Except for good cause

shown, any discovery motion that is not timely filed and any discovery

motion that is filed after the discovery deadline will not be considered by

the Court.   If a motion to compel discovery is found by the Court to be

time-barred, the moving party is prohibited from making a subsequent

discovery request for the discovery which the Court has found to be time-

barred.  All motions to compel must contain the certification required by

Rule 37 that the parties met and conferred and attempted to resolve the

discovery dispute.  If the certification is not included, the motion to compel

will be denied.

6.    The parties have until ___8/15/09___ to file dispositive motions. No dispositive motions filed after that date will be considered by the Court.

7.    Final Pre-trial Conference is scheduled for _____ at ___.m. before U.S. District Judge _____. All Motions in Limine to be filed on or prior to the Final Pre-Trial date. (See Local Rule 16.1 - Pre-Trial Procedures.)  The parties are directed to meet with the assigned law clerk on _____ at _____ _.m. to review proposed jury instructions.

8.    Trial is scheduled for _____ at _____ a.m. on the trial calendar of U.S. District Judge _____.

9.    If the parties consent to trial before U.S. Magistrate Judge Byron Cudmore, the final pre-trial date and trial date may be changed.

10.    Mediation will be hosted by U.S. Magistrate Judge Cudmore in Springfield at joint request of the parties. Attached is Judge Cudmore's memorandum concerning mediation.

11.    Evidence Presentation Equipment: Attached is an information sheet describing the evidence presentation equipment which can be made available to attorneys and *pro se* litigants in the four active District Judges' courtrooms.

12.    The parties are directed to meet and confer concerning
provisions for discovery or disclosure of electronically stored information.
The parties are directed to review Rule 16(b)(5) and (6) and Rule 26(f)
pertaining to electronically stored information.  If the parties cannot agree
upon a process / procedure for the discovery of electronically stored
information, a status report with proposals for the discovery of electronically
stored information shall be filed with the Court by ___3/31/08__.

NOTE: A CONTINUANCE OF THE TRIAL DATE AND/OR FINAL PRE-
TRIAL DATE, DOES NOT ALTER OR EXTEND ANY OF THE OTHER
ABOVE DATES.

ENTERED _____

_____
BYRON G. CUDMORE
UNITED STATES MAGISTRATE JUDGE