UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

BONNIE E. LEISER, )
)
Plaintiff, )
)
v. )
) Case No:   07 cv 3254
)
SWAGAT GROUP, LLC, Individually and d/b/a )
COMFORT INN OF LINCOLN, ILLINOIS ) JURY DEMAND
and/or d/b/a THE BEST WESTERN OF )
LINCOLN, ILLINOIS; CHOICE HOTELS )
INTERNATIONAL, INC., and )
VASANT PATEL, Individually, )
)
Defendants. )

## MOTION TO ADMIT TIMOTHY TRECHECK PRO HAC VICE

NOW COMES the Petitioner, THOMAS M. LAKE, Attorney for Plaintiff, BONNIE E. LEISER, and in support of his Motion to Admit Timothy Trecheck Pro Hac Vice, states as follows:

1. That Thomas M. Lake is counsel for Plaintiff, BONNIE E. LEISER. Mr. Lake is an Illinois licensed practitioner who is admitted to the Federal Trial Bar.

2. That Thomas M. Lake, along with attorney Timothy Trecheck represents the Plaintiff, BONNIE E. LEISER.

3. That attorney Timothy Trecheck has been a licensed member of the Wisconsin State Bar Association since 1993. Mr. Trecheck's license to practice law in Wisconsin is and has always been in good standing.

4. That Mr. Trecheck would like to participate in the Leiser case and all its aspects including discovery as well as trial.

5. That the Plaintiff, BONNIE E. LEISER, would like to have both Mr. Trecheck and Mr. Lake represent her in this matter.

1

6. That this motion was discussed with all counsel of record and will not be opposed.

WHEREFORE, Petitioner, THOMAS M. LAKE, respectfully requests that this Court grant his Motion and admit attorney Timothy Trecheck pro hac vice for the purposes of pursing and prosecuting this claim in all its aspects on behalf of Plaintiff, BONNIE E. LEISER.

Respectfully submitted,

s/Thomas M. Lake

_____
One of the Attorneys for Plaintiff

Thomas M. Lake (06201500)
Dudley & Lake, LLC
100 E. Cook Ave., 2nd Floor
Libertyville, IL 60048
(847) 362-5385