E-FILED
Wednesday, 05 December, 2007   01:18:16 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| BONNIE E. LEISER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | Case No:   07 cv 3254 |
| | ) | |
| SWAGAT GROUP, LLC, Individually and d/b/a | ) | |
| COMFORT INN OF LINCOLN, ILLINOIS | ) | JURY DEMAND |
| and/or d/b/a THE BEST WESTERN OF | ) | |
| LINCOLN, ILLINOIS; CHOICE HOTELS | ) | |
| INTERNATIONAL, INC., and | ) | |
| VASANT PATEL, Individually, | ) | |
| | ) | |
| Defendants. | ) | |

## MOTION TO CONSOLIDATE

NOW COMES the Plaintiff, BONNIE E. LEISER, by and through her attorneys, DUDLEY & LAKE, LLC, and in support of her Motion to Consolidate, states as follows:

1.   That this cause arises out of an event where the Plaintiff, BONNE E. LEISER, was a guest that the Defendants' hotel in or about January of 2006.

2.   That Ms. Leiser has alleged, generally, that as a guest of the Defendants' hotel, she was exposed to certain bacteria emanating from the Defendants' aquatic facilities that led to her injuries.

3.   That a related case has also been filed in The United States District Court for the Central District of Illinois under the case captioned Marjorie Braucher v. Swagat Group, et al. 07 cv 3253.

4.   That the Braucher case and the Leiser case share very similar allegations in so far as both cases allege that the respective Plaintiffs were injured as a result of being exposed to bacteria from the aquatic facilities from Defendants' premises.  Both Ms. Braucher and Ms. Leiser were

guests at the very same hotel believed to be owned and operated by the Defendant. Ms. Braucher was a guest in February of 2006 while Ms. Leiser was a guest in January of 2006.

5. That after both Ms. Braucher and Ms. Leiser left Defendants' hotel, they became ill and were ultimately diagnosed with either Legionaries' Disease or Pontiac Fever.

6. That the Illinois Department of Public Health subsequently performed an investigation into the pool and aquatic facilities at Defendants' hotel. As part of the investigation, the Illinois Department of Public Health has compiled a number of records and have utilized a number of employees and/or agents to perform the investigation.

7. That the investigation performed by the Illinois Department of Public Health is pertinent to both the Leiser and Braucher claims. It is anticipated that there will be a number of depositions taken of personnel from the Illinois Department of Public Health who were involved in the investigation of the outbreak of Legionaries' Disease and/or Pontiac Fever from the Defendants' premises.

8. That in order to avoid duplicating efforts in taking depositions and producing documents relative to the Illinois Department of Public Health, the parties in the Braucher and Leiser cases have agreed to consolidate, with the Court's permission, both cases for a limited purpose.

9. By this motion, Plaintiff seeks to consolidate the Leiser and Braucher cases for the limited purpose of conducting both written and oral discovery as it pertains to the Illinois Department of Public Health.

10. That Thomas M. Lake, counselor for Plaintiff in both cases has personally conferred with John Nolan and Adrian Harless, who represent the Defendants in both cases and all counsel are in agreement that a consolidation of the Illinois Department of Public Health discovery would avoid duplicating efforts in terms of depositions and written discovery.

WHEREFORE, Plaintiff, BONNIE E. LEISER, by and through her attorneys, DUDLEY & LAKE, respectfully request that this Court grant her motion and consolidate the Leiser and the Braucher cases for the limited purpose of conducting written and oral discovery with the Illinois Department of Public Health.

Respectfully submitted,

s/Thomas M. Lake

One of the attorneys for Plaintiff

Thomas M. Lake (06201500)
Dudley & Lake, LLC
100 E. Cook Ave., 2nd Floor
Libertyville, IL 60048
(847) 362-5385