E-FILED
Wednesday, 05 December, 2007 03:09:24 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DESTRICT COURT
CENTRAL DISCTRICT OF ILLINOIS

| | | |
|---|---|---|
| BONNIE E. LEISER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | Case No:   07-CV-3254 |
| | ) | |
| SWAGAT GROUP, LLC, Individually and d/b/a | ) | |
| COMFORT INN OF LINCOLN, ILLINOIS | ) | |
| and/or d/b/a THE BEST WESTERN OF | ) | |
| LINCOLN, ILLINOIS; CHOICE HOTELS | ) | |
| INTERNATIONAL, INC., and | ) | |
| VASANT PATEL, Individually, | ) | |
| | ) | |
| Defendants. | ) | |

### PLAINTIFF'S ANSWER TO DEFENDANT'S AFFIRMATIVE DEFENSES

NOW COMES, the Plaintiff, BONNIE LEISER, by and through her attorneys, Thomas M. Lake and Patrick E. Halliday of DUDLEY & LAKE, LLC, and in response to Defendant's, VASANT PATEL, affirmative defenses hereby states as follows:

### COUNT III

1.   Plaintiff denies the allegations contained in defendant's affirmative defenses to Count III as stated in their Answer to Plaintiff's Complaint at Law.

WHEREFORE, the Plaintiff, BONNIE LEISER, respectfully requests that the Defendant VASANT PATEL is personally liable and not entitled to judgment in his favor and/or a reduction in any amount by any award nor entitled to costs claimed therein.

Respectfully submitted,

By:     s/ Thomas M. Lake