IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS, SPRINGFIELD DIVISION

| | |
|---|---|
| BONNIE E. LEISER, | ) |
| Plaintiff, | ) ) ) |
| -vs- | ) No. 07-3254 |
| SWAGAT GROUP, LLC., et al., | ) ) ) |
| Defendants. | ) |

## ORDER

**Before Byron G. Cudmore, United States Magistrate Judge:**

Before the Court is Motion to Admit Timothy Trecheck *Pro Hac Vice* *(d/e 22)* filed by Attorney Thomas M. Lake.  From the Court's reading of the instant motion, it appears Attorney Trecheck is requesting authority to practice *pro hac vice* for the entirety of the above listed cause.  Local Rule 83.5(F) entitled "Admission *Pro Hac Vice*" provides that an attorney may be permitted to appear of record and participate in a case on <u>one occasion</u>; thereafter the attorney must secure regular admission or the attorney will not be permitted to participate in the case and may be subject to sanctions.

WHEREFORE counsel Timothy Trecheck is granted authority to practice in this cause *pro hac vice* for the purpose of the Rule 16 scheduling conference on behalf of Plaintiff Bonnie E. Leiser.   Thereafter,

Attorney Timothy Trecheck must secure regular admission from the Central District of Illinois and make application for registration in our electronic filing system.

ENTERED:        December 6, 2007

                                                            s/ Byron G. Cudmore
                                        _____
                                            BYRON G. CUDMORE
                                            UNITED STATES MAGISTRATE JUDGE