UNITED STATES DESTRICT COURT
CENTRAL DISCTRICT OF ILLINOIS

BONNIE E. LEISER,              )
                               )
          Plaintiff,           )
                               )
     v.                        )
                               )   Case No:   07-CV-3254
                               )
SWAGAT GROUP, LLC, Individually and d/b/a )
COMFORT INN OF LINCOLN, ILLINOIS )
and/or d/b/a THE BEST WESTERN OF )
LINCOLN, ILLINOIS; CHOICE HOTELS )
INTERNATIONAL, INC., and       )
VASANT PATEL, Individually,    )
                               )
          Defendants.          )

**PLAINTIFF'S ANSWER TO DEFENDANT'S AFFIRMATIVE DEFENSES**

NOW COMES, the Plaintiff, BONNIE LEISER, by and through her attorneys, Thomas M. Lake and Patrick E. Halliday of DUDLEY & LAKE, LLC, and in response to Defendant's, CHOICE HOTELS INTERNATIONAL, INC., affirmative defenses hereby states as follows:

**COUNT II**

1. Plaintiff does not have sufficient knowledge of the allegations contained in paragraph 1, and therefore, denies the same and demands strict proof thereof.

2. Denied.

3. Denied.

4. Denied.

WHEREFORE, the Plaintiff, BONNIE LEISER, respectfully requests that the Defendant CHOICE HOTELS INTERNATIONAL, INC., is not entitled to judgment in its favor and/or a reduction in any amount by any award nor entitled to costs claimed therein.

Respectfully submitted,


By:     s/ Thomas M. Lake

Thomas M. Lake
Patrick E. Halliday
DUDLEY & LAKE, LLC
100 E. Cook Ave, Suite 200
Libertyville, IL  60048
847/362-5385