UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| BONNIE E. LEISER, <br><br> Plaintiff, <br><br> v. <br><br> SWAGAT GROUP, LLC, Individually and d/b/a as COMFORT INN OF LINCOLN, IL and/or d/b/a THE BEST WESTERN OF LINCOLN, IL; CHOICE HOTELS INTERNATIONAL, INC. and VASANT PATEL, Individually, <br><br> and <br><br> CHOICE HOTELS INTERNATIONAL, INC. <br><br> Cross-Claimant and Third Party Plaintiff, <br><br> vs. <br><br> SWAGAT GROUP, LLC and VASANT PATEL, Individually, <br><br> Cross-Defendants; and <br><br> HIMANSHU M. DESAI, Individually, VIJAY C. PATEL, Individually, and VAIDIK INTERNATIONAL, INC., <br><br> Third Party Defendants. | Case No.: 07-3254 <br><br> Judge: Byron G. Cudmore |

## ANSWER TO CROSS-CLAIM

COMES NOW the Cross-Defendant, CHOICE HOTELS INTERNATIONAL, INC., by and through their attorneys, HINSHAW & CULBERTSON LLP, and for its Answer to the Cross-Claim of SWAGAT GROUP LLC and VASANT PATEL, states as follows:

1. Cross-Defendant, CHOICE HOTELS INTERNATIONAL, INC., admits that Plaintiff seeks recovery against the defendants, however, denies that Plaintiff is entitled to recovery against CHOICE HOTELS INTERNATIONAL INC..

60168595v1 882662

2. Cross-Defendant, CHOICE HOTELS INTERNATIONAL, INC., denies the allegations contained in paragraph 2 of SWAGAT GROUP'S and VASANT PATEL's Cross-Claim.

WHEREFORE, Cross-Defendant prays that judgment be entered in its favor and against Cross-Claimant as to all issues raised by SWAGAT GROUP LLC'S and VASANT PATEL'S Cross-Claim, that Cross-Claimant SWAGAT GROUP LLC and VASANT PATEL be denied the relief sought therein and that this Cross-Defendant CHOICE HOTELS INTERNATIONAL, INC., be awarded its costs of suit and any other relief this Court deems just.

Respectfully submitted,

/s/ John E. Nolan
John E. Nolan
Hinshaw & Culbertson LLP
400 South Ninth Street
Suite 200
Springfield, IL 62701
Telephone: 217-528-7375
Facsimile: 217-528-0075
jnolan@hinshawlaw.com
Attorney Bar No. 62070472

## AFFIDAVIT OF SERVICE

The undersigned certifies that on December 6, 2007, she served a copy of the foregoing ANSWER TO CROSS-CLAIM OF SWAGAT GROUP LLC upon the following:

| | |
|---|---|
| Mr. Thomas M. Lake | Adrian E. Harless |
| Patrick E. Halliday | Heyl, Royster, Voelker & Allen |
| Dudley & Lake LLC | 1 N. Old State Capitol Plaza |
| 100 E. Cook Avenue, 2nd Floor | P. O. Box 1687 |
| Libertyville, IL  60048 | Springfield, IL 62705 |

by depositing a copy thereof, enclosed in an envelope, in the United States Mail at 400 South Ninth Street, Springfield, Illinois, proper postage prepaid, at or about the hour of 5:00 o'clock p.m., addressed as above.

_____

SUBSCRIBED and SWORN to
before me this _____ day of _____, 200\_\_.


_____
Notary Public

HINSHAW & CULBERTSON LLP
400 South Ninth Street
Suite 200
Springfield, IL  62701
217-528-7375

3

60168595v1 882662