10375-R5911
AEH/jlp

IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| BONNIE E. LEISER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 07-CV-3254 |
| ) | |
| SWAGAT GROUP, LLC, Individually, ) | |
| VASANT PATEL, Individually; and ) | |
| CHOICE HOTELS, INTERNATIONAL, ) | |
| INC., ) | |
| ) | |
| Defendants, and ) | |
| ) | |
| CHOICE HOTELS, INTERNATIONAL, ) | |
| INC., ) | |
| ) | |
| Cross-Claimant/ ) | |
| Third Party Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| SWAGAT GROUP, LLC, and ) | |
| VASANT PATEL, Individually, ) | |
| ) | |
| Cross-Defendants, and ) | |
| ) | |
| HIMANSHU M. DESAI, Individually, ) | |
| VIJAY C. PATEL, Individually, and ) | |
| VAIDIK INTERNATIONAL, INC., ) | |
| ) | |
| Third Party Defendants. ) | |

## ANSWER TO THIRD PARTY COMPLAINT

NOW COME the Third Pary Defendants, HIMANSHU M. DESAI, Individually, VIJAY C. PATEL, Individually, and VAIDIK INTERNATIONAL, INC. by their attorneys, HEYL, ROYSTER, VOELKER & ALLEN, and for their Answer to the Third Party Complaint, state as follows:

**HEYL ROYSTER**
**VOELKER**
**&ALLEN**

Suite 575
National City Center
1 N. Old State Capitol Plaza
P.O. Box 1687
Springfield, IL 62705-1687
Fax (217) 523-3902
(217) 522-8822

10375-R5911
AEH/jlp

# COUNT I

1. Third Party Defendant admits that Choice Hotels International has been named as a Defendant in an action filed by Bonnie Leiser in which she alleges she sustained injuries while a guest at a hotel located at 2811 Woodlawn Road, Lincoln, Illinois, 62656. Third Party Defendant admits this hotel is owned and operated by Swagat Group, LLC. Third Party Defendant denies the remaining allegations of Paragraph 1.

2. Third Party Defendant denies that he, individually, operated the hotel located at 2811 Woodlawn Road, Lincoln, Illinois, 62656. Third Party Defendant admits the remaining allegations of Paragraph 2.

3. Third Party Defendant admits that some of the language cited in Paragraph 3 is contained in Paragraph 13 of the franchise agreement but denies that the language cited is an accurate or complete statement of the provisions of Paragraph 13 of the franchise agreement. Third Party Defendant denies the remaining allegations of Paragraph 3.

4. Third Party Defendant denies the allegations of Paragraph 4.

5. Third Party Defendant denies the allegations of Paragraph 5.

6. Third Party Defendant denies the allegations of Paragraph 6.

WHEREFORE, Third Party Defendant prays that judgment be entered in his favor and against Choice Hotels International.

## AFFIRMATIVE DEFENSES TO COUNT I

1. The Third Party Complaint fails to state a claim upon which relief can be granted.

HEYL ROYSTER
VOELKER
&ALLEN

Suite 575
National City Center
1 N. Old State Capitol Plaza
P.O. Box 1687
Springfield, IL 62705-1687
Fax (217) 523-3902
(217) 522-8822

10375-R5911
AEH/jlp

    2.    The Third Party Plaintiff is not entitled to indemnity under the terms of the franchise agreement because the indemnity provision of the franchise agreement is unenforceable.

    3.    The Third Party Plaintiff is not entitled to recover attorney's fees and costs under the terms of the franchise agreement because the indemnity provision of the franchise agreement is unenforceable.

WHEREFORE, Third Party Defendant prays that judgment be entered in his favor and against Choice Hotels, International.

## COUNT II

    1.    Third Party Defendant admits that Choice Hotels International has been named as a Defendant in an action filed by Bonnie Leiser in which she alleges she sustained injuries while a guest at a hotel located at 2811 Woodlawn Road, Lincoln, Illinois, 62656. Third Party Defendant admits this hotel is owned and operated by Swagat Group, LLC. Third Party Defendant denies the remaining allegations of Paragraph 1.

    2.    Third Party Defendant admits Plaintiff Bonnie Leiser has alleged Choice Hotels is liable for the acts of its agents in the operation of a hotel that Choice Hotels owned and operated. Third Party Defendant denies that he owned and operated the hotel located at 2811 Woodlawn Road, Lincoln, Illinois, 62656.

    3.    Third Party Defendant denies the allegations of Paragraph 3.

WHEREFORE, Third Party Defendant prays that judgment be entered in his favor and against Choice Hotels, International.

## AFFIRMATIVE DEFENSES TO COUNT II

    1.    The Third Party Complaint fails to state a claim upon which relief can be granted.

HEYL ROYSTER VOELKER & ALLEN

Suite 575
National City Center
1 N. Old State Capitol Plaza
P.O. Box 1687
Springfield, IL 62705-1687
Fax (217) 523-3902
(217) 522-8822

10375-R5911
AEH/jlp

2. Third Party Plaintiff is not entitled to implied indemnity because there is no basis or relationship in law or fact which would entitle it to seek indemnity from the Third Party Defendant.

3. To the extent Third Party Plaintiff seeks to recover against Third Party Defendant for the liability of Swagat Group, LLC, Third Party Defendant is not personally liable to Third Party Defendant in his official capacity as a member of Swagat Group, LLC.

WHEREFORE, Third Party Defendant prays that judgment be entered in his favor and against Choice Hotels, International.

## COUNT III

1. Third Party Defendant admits that Choice Hotels International has been named as a Defendant in an action filed by Bonnie Leiser in which she alleges she sustained injuries while a guest at a hotel located at 2811 Woodlawn Road, Lincoln, Illinois, 62656. Third Party Defendant admits this hotel is owned and operated by Swagat Group, LLC. Third Party Defendant denies the remaining allegations of Paragraph 1.

2. Third Party Defendant admits that Bonnie Leiser alleges in her complaint that she has sustained injuries as a result of contracting Legionnaire's Disease and she alleges the injuries were the result of the operation and maintenance of the aquatic facilities described in her complaint.

3. Third Party Defendant admits the allegations of Paragraph 3.

4. Third Party Defendant denies the allegations of Paragraph 4.

5. Third Party Defendant denies the allegations of Paragraph 5.

6. Third Party Defendant denies the allegations of Paragraph 6.

WHEREFORE, Third Party Defendant prays that judgment be entered in his favor and against Choice Hotels, International.

HEYL ROYSTER
VOELKER
&ALLEN

Suite 575
National City Center
1 N. Old State Capitol Plaza
P.O. Box 1687
Springfield, IL 62705-1687
Fax (217) 523-3902
(217) 522-8822

10375-R5911
AEH/jlp

**AFFIRMATIVE DEFENSES TO COUNT III**

1. The Third Party Complaint fails to state a claim upon which relief can be granted.

2. To the extent Third Party Plaintiff seeks to recover against Third Party Defendant for the liability of Swagat Group, LLC, Third Party Defendant is not personally liable to Third Party Defendant in his official capacity as a member of Swagat Group, LLC.

WHEREFORE, Third Party Defendant prays that judgment be entered in his favor and against Choice Hotels, International.

**COUNT IV**

1. Third Party Defendant admits that Choice Hotels International has been named as a Defendant in an action filed by Bonnie Leiser in which she alleges she sustained injuries while a guest at a hotel located at 2811 Woodlawn Road, Lincoln, Illinois, 62656. Third Party Defendant admits this hotel is owned and operated by Swagat Group, LLC. Third Party Defendant denies the remaining allegations of Paragraph 1.

2. Third Party Defendant denies that he, individually, operated the hotel located at 2811 Woodlawn Road, Lincoln, Illinois, 62656. Third Party Defendant admits the remaining allegations of Paragraph 2.

3. Third Party Defendant admits that some of the language cited in Paragraph 3 is contained in Paragraph 13 of the franchise agreement but denies that the language cited is an accurate or complete statement of the provisions of Paragraph 13 of the franchise agreement. Third Party Defendant denies the remaining allegations of Paragraph 3.

4. Third Party Defendant denies the allegations of Paragraph 4.

5. Third Party Defendant denies the allegations of Paragraph 5.

HEYL ROYSTER
VOELKER
&ALLEN

Suite 575
National City Center
1 N. Old State Capitol Plaza
P.O. Box 1687
Springfield, IL 62705-1687
Fax (217) 523-3902
(217) 522-8822

10375-R5911
AEH/jlp

      6.      Third Party Defendant denies the allegations of Paragraph 6.

WHEREFORE, Third Party Defendant prays that judgment be entered in his favor and against Choice Hotels International.

### AFFIRMATIVE DEFENSES TO COUNT IV

      1.      The Third Party Complaint fails to state a claim upon which relief can be granted.

      2.      The Third Party Plaintiff is not entitled to indemnity under the terms of the franchise agreement because the indemnity provision of the franchise agreement is unenforceable.

      3.      The Third Party Plaintiff is not entitled to recover attorney's fees and costs under the terms of the franchise agreement because the indemnity provision of the franchise agreement is unenforceable.

WHEREFORE, Third Party Defendant prays that judgment be entered in his favor and against Choice Hotels, International.

### COUNT V

      1.      Third Party Defendant admits that Choice Hotels International has been named as a Defendant in an action filed by Bonnie Leiser in which she alleges she sustained injuries while a guest at a hotel located at 2811 Woodlawn Road, Lincoln, Illinois, 62656. Third Party Defendant admits this hotel is owned and operated by Swagat Group, LLC. Third Party Defendant denies the remaining allegations of Paragraph 1.

      2.      Third Party Defendant admits Plaintiff Bonnie Leiser has alleged Choice Hotels is liable for the acts of its agents in the operation of a hotel that Choice Hotels owned and operated. Third Party Defendant denies that he owned and operated the hotel located at 2811 Woodlawn Road, Lincoln, Illinois, 62656.

HEYL ROYSTER
VOELKER
&ALLEN

Suite 575
National City Center
1 N. Old State Capitol Plaza
P.O. Box 1687
Springfield, IL 62705-1687
Fax (217) 523-3902
(217) 522-8822

10375-R5911
AEH/jlp

    3.    Third Party Defendant denies the allegations of Paragraph 3.

WHEREFORE, Third Party Defendant prays that judgment be entered in his favor and against Choice Hotels, International.

## AFFIRMATIVE DEFENSES TO COUNT V

    1.    The Third Party Complaint fails to state a claim upon which relief can be granted.

    2.    Third Party Plaintiff is not entitled to implied indemnity because there is no basis or relationship in law or fact which would entitle it to seek indemnity from the Third Party Defendant.

    3.    To the extent Third Party Plaintiff seeks to recover against Third Party Defendant for the liability of Swagat Group, LLC, Third Party Defendant is not personally liable to Third Party Defendant in his official capacity as a member of Swagat Group, LLC.

WHEREFORE, Third Party Defendant prays that judgment be entered in his favor and against Choice Hotels, International.

## COUNT VI

    1.    Third Party Defendant admits that Choice Hotels International has been named as a Defendant in an action filed by Bonnie Leiser in which she alleges she sustained injuries while a guest at a hotel located at 2811 Woodlawn Road, Lincoln, Illinois, 62656. Third Party Defendant admits this hotel is owned and operated by Swagat Group, LLC. Third Party Defendant denies the remaining allegations of Paragraph 1.

    2.    Third Party Defendant admits that Bonnie Leiser alleges in her complaint that she has sustained injuries as a result of contracting Legionnaire's Disease and she alleges the injuries were the result of the operation and maintenance of the aquatic facilities described in her complaint.

    3.    Third Party Defendant admits the allegations of Paragraph 3.

HEYL ROYSTER
VOELKER
&ALLEN

Suite 575
National City Center
1 N. Old State Capitol Plaza
P.O. Box 1687
Springfield, IL 62705-1687
Fax (217) 523-3902
(217) 522-8822

7

10375-R5911
AEH/jlp

4. Third Party Defendant denies the allegations of Paragraph 4.

5. Third Party Defendant denies the allegations of Paragraph 5.

6. Third Party Defendant denies the allegations of Paragraph 6.

WHEREFORE, Third Party Defendant prays that judgment be entered in his favor and against Choice Hotels, International.

### AFFIRMATIVE DEFENSES TO COUNT VI

1. The Third Party Complaint fails to state a claim upon which relief can be granted.

2. To the extent Third Party Plaintiff seeks to recover against Third Party Defendant for the liability of Swagat Group, LLC, Third Party Defendant is not personally liable to Third Party Defendant in his official capacity as a member of Swagat Group, LLC.

WHEREFORE, Third Party Defendant prays that judgment be entered in his favor and against Choice Hotels, International.

### COUNT VII

1. Third Party Defendant admits that Choice Hotels International has been named as a Defendant in an action filed by Bonnie Leiser in which she alleges she sustained injuries while a guest at a hotel located at 2811 Woodlawn Road, Lincoln, Illinois, 62656. Third Party Defendant admits this hotel is owned and operated by Swagat Group, LLC. Third Party Defendant denies the remaining allegations of Paragraph 1.

2. Third Party Defendant denies that it operated the hotel located at 2811 Woodlawn Road, Lincoln, Illinois, 62656. Third Party Defendant admits the remaining allegations of Paragraph 2.

HEYL ROYSTER
VOELKER
&ALLEN

Suite 575
National City Center
1 N. Old State Capitol Plaza
P.O. Box 1687
Springfield, IL 62705-1687
Fax (217) 523-3902
(217) 522-8822

10375-R5911
AEH/jlp

  3. Third Party Defendant admits that some of the language cited in Paragraph 3 is contained in Paragraph 13 of the franchise agreement but denies that the language cited is an accurate or complete statement of the provisions of Paragraph 13 of the franchise agreement. Third Party Defendant denies the remaining allegations of Paragraph 3.

  4. Third Party Defendant denies the allegations of Paragraph 4.

  5. Third Party Defendant denies the allegations of Paragraph 5.

  6. Third Party Defendant denies the allegations of Paragraph 6.

  WHEREFORE, Third Party Defendant prays that judgment be entered in its favor and against Choice Hotels International.

### AFFIRMATIVE DEFENSES TO COUNT VII

  1. The Third Party Complaint fails to state a claim upon which relief can be granted.

  2. The Third Party Plaintiff is not entitled to indemnity under the terms of the franchise agreement because the indemnity provision of the franchise agreement is unenforceable.

  3. The Third Party Plaintiff is not entitled to recover attorney's fees and costs under the terms of the franchise agreement because the indemnity provision of the franchise agreement is unenforceable.

  WHEREFORE, Third Party Defendant prays that judgment be entered in its favor and against Choice Hotels, International.

### COUNT VIII

  1. Third Party Defendant admits that Choice Hotels International has been named as a Defendant in an action filed by Bonnie Leiser in which she alleges she sustained injuries while a guest at a hotel located at 2811 Woodlawn Road, Lincoln, Illinois, 62656. Third Party Defendant admits

**HEYL ROYSTER VOELKER & ALLEN**

Suite 575
National City Center
1 N. Old State Capitol Plaza
P.O. Box 1687
Springfield, IL 62705-1687
Fax (217) 523-3902
(217) 522-8822

10375-R5911
AEH/jlp

this hotel is owned and operated by Swagat Group, LLC. Third Party Defendant denies the remaining allegations of Paragraph 1.

2.     Third Party Defendant admits Plaintiff Bonnie Leiser has alleged Choice Hotels is liable for the acts of its agents in the operation of a hotel that Choice Hotels owned and operated. Third Party Defendant denies that it owned and operated the hotel located at 2811 Woodlawn Road, Lincoln, Illinois, 62656.

3.     Third Party Defendant denies the allegations of Paragraph 3.

WHEREFORE, Third Party Defendant prays that judgment be entered in his favor and against Choice Hotels, International.

### AFFIRMATIVE DEFENSES TO COUNT VIII

1.     The Third Party Complaint fails to state a claim upon which relief can be granted.

2.     Third Party Plaintiff is not entitled to implied indemnity because there is no basis or relationship in law or fact which would entitle it to seek indemnity from the Third Party Defendant.

3.     To the extent Third Party Plaintiff seeks to recover against Third Party Defendant for the liability of Swagat Group, LLC, Third Party Defendant is not personally liable to Third Party Defendant in its official capacity as a member of Swagat Group, LLC.

WHEREFORE, Third Party Defendant prays that judgment be entered in his favor and against Choice Hotels, International.

### COUNT IX

1.     Third Party Defendant admits that Choice Hotels International has been named as a Defendant in an action filed by Bonnie Leiser in which she alleges she sustained injuries while a guest at a hotel located at 2811 Woodlawn Road, Lincoln, Illinois, 62656. Third Party Defendant admits



HEYL ROYSTER
VOELKER
& ALLEN

Suite 575
National City Center
1 N. Old State Capitol Plaza
P.O. Box 1687
Springfield, IL 62705-1687
Fax (217) 523-3902
(217) 522-8822

10

10375-R5911
AEH/jlp

this hotel is owned and operated by Swagat Group, LLC. Third Party Defendant denies the remaining allegations of Paragraph 1.

2. Third Party Defendant admits that Bonnie Leiser alleges in her complaint that she has sustained injuries as a result of contracting Legionnaire's Disease and she alleges the injuries were the result of the operation and maintenance of the aquatic facilities described in her complaint.

3. Third Party Defendant admits the allegations of Paragraph 3.

4. Third Party Defendant denies the allegations of Paragraph 4.

5. Third Party Defendant denies the allegations of Paragraph 5.

6. Third Party Defendant denies the allegations of Paragraph 6.

WHEREFORE, Third Party Defendant prays that judgment be entered in its favor and against Choice Hotels, International.

## AFFIRMATIVE DEFENSE TO COUNT IX

1. The Third Party Complaint fails to state a claim upon which relief can be granted.

2. To the extent Third Party Plaintiff seeks to recover against Third Party Defendant for the liability of Swagat Group, LLC, Third Party Defendant is not personally liable to Third Party Defendant in its official capacity as a member of Swagat Group, LLC.

WHEREFORE, Third Party Defendant prays that judgment be entered in its favor and against Choice Hotels, International.

HEYL ROYSTER
VOELKER
& ALLEN

Suite 575
National City Center
1 N. Old State Capitol Plaza
P.O. Box 1687
Springfield, IL 62705-1687
Fax (217) 523-3902
(217) 522-8822

10375-R5911
AEH/jlp

        Respectfully submitted,

        HIMANSHU M. DESAI, Individually, VIJAY C. PATEL, Individually, and VAIDIK INTERNATIONAL, INC.,

        HEYL, ROYSTER, VOELKER & ALLEN, Attorneys for Defendants,

BY:   /s/ Adrian E. Harless
       Adrian E. Harless, #6183092
       Frederick P. Velde, #2893908
       David M. Walter, #6244907
       HEYL, ROYSTER, VOELKER & ALLEN
       Suite 575, National City Center
       P. O. Box 1687
       Springfield, IL  62705
       Phone: (217) 522-8822
       Fax:    (217) 523-3902
       E-mail: aharless@hrva.com
               fvelde@hrva.com
               dwalter@hrva.com

HEYL ROYSTER VOELKER & ALLEN

Suite 575
National City Center
1 N. Old State Capitol Plaza
P.O. Box 1687
Springfield, IL 62705-1687
Fax (217) 523-3902
(217) 522-8822

10375-R5911
AEH/jlp

# CERTIFICATE OF SERVICE

I hereby certify that on December 17, 2007, I electronically filed **ANSWER TO THIRD PARTY COMPLAINT** with the Clerk of Court using the CM/ECF system which will send notification of such filings(s) to the following:

Thomas M. Lake
tlake@dudleylake.com

Patrick E. Halliday
phalliday@dudleylake.com

John E. Nolan
jnolan@hinshawlaw.com

and I hereby certify that on December 17, 2007, I mailed by United States Postal Service, the document(s) to the following non-registered participants:

None.

/s/ Adrian E. Harless
Adrian E. Harless, #6183092
Frederick P. Velde, #2893908
David M. Walter, #6244907
HEYL, ROYSTER, VOELKER & ALLEN
Suite 575, National City Center
P. O. Box 1687
Springfield, IL 62705
Phone: (217) 522-8822
Fax:    (217) 523-3902
E-mail: aharless@hrva.com
           fvelde@hrva.com
           dwalter@hrva.com

HEYL ROYSTER VOELKER & ALLEN

Suite 575
National City Center
1 N. Old State Capitol Plaza
P.O. Box 1687
Springfield, IL 62705-1687
Fax (217) 523-3902
(217) 522-8822