UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| BONNIE E. LEISER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Case No.: 07-3254 |
| v. | ) |
| | ) |
| SWAGAT GROUP, LLC, Individually and | ) |
| d/b/a as COMFORT INN OF LINCOLN, IL | ) |
| and/or d/b/a THE BEST WESTERN OF | ) |
| LINCOLN, IL; CHOICE HOTELS | ) |
| INTERNATIONAL, INC. and VASANT | ) |
| PATEL, Individually, | ) |
| | ) |
| and | ) |
| | ) |
| CHOICE HOTELS INTERNATIONAL, INC. | ) |
| | ) |
| Cross-Claimant and Third Party Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| SWAGAT GROUP, LLC and VASANT | ) |
| PATEL, Individually, | ) |
| | ) |
| Cross-Defendants; and | ) |
| | ) |
| HIMANSHU M. DESAI, Individually, VIJAY | ) |
| C. PATEL, Individually, and VAIDIK | ) |
| INTERNATIONAL, INC., | ) |
| | ) |
| Third Party Defendants., | ) |
| | ) |
| | ) |

## ANSWER TO AFFIRMATIVE DEFENSES

COMES NOW the Third Party Plaintiff, CHOICE HOTELS INTERNATIONAL, INC.,

by and through its attorneys, HINSHAW & CULBERTSON LLP, and for its Answers to the

Affirmative Defenses of Third Party Defendants, state as follows:

## COUNT I

1.     Third Party Plaintiff, CHOICE HOTELS INTERNATIONAL, INC., denies the

allegations contained in Affirmative Defense 1 to Count I.

1

2.     Third Party Plaintiff, CHOICE HOTELS INTERNATIONAL, INC., denies the allegations contained in Affirmative Defense 2 to Count I.

3.     Third Party Plaintiff, CHOICE HOTELS INTERNATIONAL, INC., denies the allegations contained in Affirmative Defense 3 to Count I.

WHEREFORE, Third Party Plaintiff, CHOICE HOTELS INTERNATIONAL, INC., prays that judgment be entered in its favor and against Third Party Defendant, HIMANSHU M. DESAI, as to all issues relating to the Third Party Complaint and Affirmative Defenses and that this Third Party Plaintiff be awarded its costs of suit and any other relief this Court deems just.

## COUNT II

1.     Third Party Plaintiff, CHOICE HOTELS INTERNATIONAL, INC., denies the allegations contained in Affirmative Defense 1 to Count II.

2.     Third Party Plaintiff, CHOICE HOTELS INTERNATIONAL, INC., denies the allegations contained in Affirmative Defense 2 to Count II.

3.     Third Party Plaintiff, CHOICE HOTELS INTERNATIONAL, INC., denies the allegations contained in Affirmative Defense 3 to Count II.

WHEREFORE, Third Party Plaintiff, CHOICE HOTELS INTERNATIONAL, INC., prays that judgment be entered in its favor and against Third Party Defendant, HIMANSHU M. DESAI, as to all issues relating to the Third Party Complaint and Affirmative Defenses and that this Third Party Plaintiff be awarded its costs of suit and any other relief this Court deems just.

## COUNT III

1.     Third Party Plaintiff, CHOICE HOTELS INTERNATIONAL, INC., denies the allegations contained in Affirmative Defense 1 to Count III.

60168997v1 882662

2.      Third Party Plaintiff, CHOICE HOTELS INTERNATIONAL, INC., denies the allegations contained in Affirmative Defense 2 to Count III.

WHEREFORE, Third Party Plaintiff, CHOICE HOTELS INTERNATIONAL, INC., prays that judgment be entered in its favor and against Third Party Defendant, HIMANSHU M. DESAI, as to all issues relating to the Third Party Complaint and Affirmative Defenses and that this Third Party Plaintiff be awarded its costs of suit and any other relief this Court deems just.

## COUNT IV

1.      Third Party Plaintiff, CHOICE HOTELS INTERNATIONAL, INC., denies the allegations contained in Affirmative Defense 1 to Count IV.

2.      Third Party Plaintiff, CHOICE HOTELS INTERNATIONAL, INC., denies the allegations contained in Affirmative Defense 2 to Count IV.

3.      Third Party Plaintiff, CHOICE HOTELS INTERNATIONAL, INC., denies the allegations contained in Affirmative Defense 3 to Count IV.

WHEREFORE, Third Party Plaintiff, CHOICE HOTELS INTERNATIONAL, INC., prays that judgment be entered in its favor and against Third Party Defendant, VIJAY C. PATEL, Individually, as to all issues relating to the Third Party Complaint and Affirmative Defenses and that this Third Party Plaintiff be awarded its costs of suit and any other relief this Court deems just.

## COUNT V

1.      Third Party Plaintiff, CHOICE HOTELS INTERNATIONAL, INC., denies the allegations contained in Affirmative Defense 1 to Count V.

2.      Third Party Plaintiff, CHOICE HOTELS INTERNATIONAL, INC., denies the allegations contained in Affirmative Defense 2 to Count V.

60168997v1 882662

3.    Third Party Plaintiff, CHOICE HOTELS INTERNATIONAL, INC., denies the allegations contained in Affirmative Defense 3 to Count V.

WHEREFORE, Third Party Plaintiff, CHOICE HOTELS INTERNATIONAL, INC., prays that judgment be entered in its favor and against Third Party Defendant, VIJAY C. PATEL, Individually, as to all issues relating to the Third Party Complaint and Affirmative Defenses and that this Third Party Plaintiff be awarded its costs of suit and any other relief this Court deems just.

## COUNT VI

1.    Third Party Plaintiff, CHOICE HOTELS INTERNATIONAL, INC., denies the allegations contained in Affirmative Defense 1 to Count VI.

2.    Third Party Plaintiff, CHOICE HOTELS INTERNATIONAL, INC., denies the allegations contained in Affirmative Defense 2 to Count VI.

WHEREFORE, Third Party Plaintiff, CHOICE HOTELS INTERNATIONAL, INC., prays that judgment be entered in its favor and against Third Party Defendant, VIJAY C. PATEL, Individually, as to all issues relating to the Third Party Complaint and Affirmative Defenses and that this Third Party Plaintiff be awarded its costs of suit and any other relief this Court deems just.

## COUNT VII

1.    Third Party Plaintiff, CHOICE HOTELS INTERNATIONAL, INC., denies the allegations contained in Affirmative Defense 1 to Count VII.

2.    Third Party Plaintiff, CHOICE HOTELS INTERNATIONAL, INC., denies the allegations contained in Affirmative Defense 2 to Count VII.

60168997v1 882662

3.      Third Party Plaintiff, CHOICE HOTELS INTERNATIONAL, INC., denies the allegations contained in Affirmative Defense 3 to Count VII.

WHEREFORE, Third Party Plaintiff, CHOICE HOTELS INTERNATIONAL, INC., prays that judgment be entered in its favor and against Third Party Defendant, VAIDIK INTERNATIONAL, INC., as to all issues relating to the Third Party Complaint and Affirmative Defenses and that this Third Party Plaintiff be awarded its costs of suit and any other relief this Court deems just.

**COUNT VIII**

1.      Third Party Plaintiff, CHOICE HOTELS INTERNATIONAL, INC., denies the allegations contained in Affirmative Defense 1 to Count VIII.

2.      Third Party Plaintiff, CHOICE HOTELS INTERNATIONAL, INC., denies the allegations contained in Affirmative Defense 2 to Count VIII.

3.      Third Party Plaintiff, CHOICE HOTELS INTERNATIONAL, INC.,  denies the allegations contained in Affirmative Defense 3 to Count VIII.

WHEREFORE, Third Party Plaintiff, CHOICE HOTELS INTERNATIONAL, INC., prays that judgment be entered in its favor and against Third Party Defendant, VAIDIK INTERNATIONAL, INC., as to all issues relating to the Third Party Complaint and Affirmative Defenses and that this Third Party Plaintiff be awarded its costs of suit and any other relief this Court deems just.

**COUNT IX**

1.      Third Party Plaintiff, CHOICE HOTELS INTERNATIONAL, INC., denies the allegations contained in Affirmative Defense 1 to Count IX.

60168997v1 882662

      2.      Third Party Plaintiff, CHOICE HOTELS INTERNATIONAL, INC., denies the allegations contained in Affirmative Defense 2 to Count IX.

       WHEREFORE, Third Party Plaintiff, CHOICE HOTELS INTERNATIONAL, INC., prays that judgment be entered in its favor and against Third Party Defendant, VAIDIK INTERNATIONAL, INC., as to all issues relating to the Third Party Complaint and Affirmative Defenses and that this Third Party Plaintiff be awarded its costs of suit and any other relief this Court deems just.

Dated:     December 18, 2007            Respectfully submitted,

                               /s/ John E. Nolan
                               John E. Nolan
                               Hinshaw & Culbertson LLP
                               400 South Ninth Street
                               Suite 200
                               Springfield, IL 62701
                               Telephone: 217-528-7375
                               Facsimile: 217-528-0075
                               jnolan@hinshawlaw.com
                               Attorney Bar No. 62070472

60168997v1 882662

**CERTIFICATE OF SERVICE**

I hereby state that on December 18, 2007, the undersigned electronically filed the foregoing document on behalf of Third Party Plaintiff, CHOICE HOTELS INTERNATIONAL, INC., with the Clerk of the Court of the U.S. District Court, Central District, using CM-ECF system which will send notification of such filing to the following:


tlake@dudleylake.com

aharless@hrva.com


/s/ John E. Nolan
HINSHAW & CULBERTSON LLP
400 S. 9th, Suite 200
Springfield, IL  62701
(217) 528-7375
(217) 528-0075 (Facsimile)
jnolan@hinshawlaw.com
Attorney Bar No. 62070472

60168997v1 882662