10375-R5911
AEH/jlp

IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| BONNIE E. LEISER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 07-CV-3254 |
| ) | |
| SWAGAT GROUP, LLC, Individually, and ) | |
| d/b/a COMFORT INN OF LINCOLN, ) | |
| ILLINOIS, and/or d/b/a THE BEST ) | |
| WESTERN OF LINCOLN, ILLINOIS, ) | |
| CHOICE HOTELS INTERNATIONAL, ) | |
| INC., VASANT PATEL, Individually and as ) | |
| agent of Choice Hotels International, ) | |
| HIMANSHU M. DESAI, Individually and as ) | |
| agent of Choice Hotels International, ) | |
| VIJAY C. PATEL, Individually and as ) | |
| agent of Choice Hotels International, and ) | |
| VAIDIK INTERNATIONAL, INC., ) | |
| ) | |
| Defendants. ) | |

**ANSWER TO PLAINTIFF'S FIRST AMENDED COMPLAINT AT LAW**

NOW COME the Defendants, SWAGAT GROUP, LLC, d/b/a COMFORT INN OF LINCOLN, VASANT PATEL, HIMANSHU M. DESAI, VIJAY C. PATEL, and VAIDIK INTERNATIONAL, INC., by their attorneys, HEYL, ROYSTER, VOELKER & ALLEN, and for their Answer to the Plaintiff's First Amended Complaint at Law, state as follows:

**Designation of Lead Counsel**

Pursuant to Rule 11.2 of the United States District Court for the Central District of Illinois, Adrian E. Harless is designated as lead counsel.

**COUNT I**

For its answer to Count I of the Plaintiff's First Amended Complaint at Law, Defendant, SWAGAT GROUP, LLC, states as follows:

HEYL ROYSTER
VOELKER
& ALLEN

Suite 575
National City Center
1 N. Old State Capitol Plaza
P.O. Box 1687
Springfield, IL 62705-1687
Fax (217) 523-3902
(217) 522-8822

10375-R5911
AEH/jlp

1. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1, and, therefore, these allegations are denied.

2. Defendant admits that on January 14, 2006 and at the present time, Defendant Swagat Group, LLC, d/b/a Comfort Inn of Lincoln, is an Illinois Corporation, duly licensed to do business in the State of Illinois, with offices of its registered agent, Himanshu Desai, at 701 Waterford Drive, Des Plaines, Illinois, and its principal office located at 2811 Woodlawn Road, Lincoln, Illinois, 62656. Defendant denies the remaining allegations of Paragraph 2.

3. Defendant admits that on January 14, 2006, Defendant, Choice Hotels International, Inc., was a Delaware Corporation, doing business in the State of Illinois, with offices of its registered agent at 33 North La Salle Street, Chicago, Illinois, 60602, and its principal office located at Columbia Pike, Silver Spring, Maryland.

4. Defendant admits the allegations of Paragraph 4.

5. Defendant admits that on January 14, 2006 and at the present time, Vijay C. Patel was and is a citizen and resident of the State of Illinois but denies the remaining allegations of Paragraph 5.

6. Defendant admits that on January 14, 2006 and at the present time, Defendant, Vaidik International, Inc., is an Illinois Corporation duly licensed to do business in the State of Illinois with offices of its registered agent, Himanshu M. Desai, at 701 Waterford Drive, Des Plaines, Illinois, 60016, but denies the remaining allegations of Paragraph 6.

7. Defendant admits that on January 14, 2006 and at the present time, Swagat Group, LLC, conducted business as Comfort Inn of Lincoln and owned and operated a hotel at 2811

HEYL ROYSTER
VOELKER
&ALLEN

Suite 575
National City Center
1 N. Old State Capitol Plaza
P.O. Box 1687
Springfield, IL 62705-1687
Fax (217) 523-3902
(217) 522-8822

2

10375-R5911
AEH/jlp

Woodlawn Road, Lincoln, Illinois, 62656. The Defendant denies the remaining allegations of Paragraph 7.

    8.    Defendant admits that on or about January 14, 2006 and at all times material, Swagat Group, LLC, conducted business as Comfort Inn of Lincoln and had on its premises a swimming pool and hot tub available for use by qualified guests during specified hours.

    9.    Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 9, and, therefore, these allegations are denied.

    10.    Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 10, and, therefore, these allegations are denied.

    11.    Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 11, and, therefore, these allegations are denied.

    12.    Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 12, and, therefore, these allegations are denied.

    13.    Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 13, and, therefore, these allegations are denied.

    14.    Defendant denies the allegations of Paragraph 14.

    15.    Defendant denies the allegations of Paragraph 15.

    16.    Defendant denies the allegations of Paragraph 16.

    17.    Defendant denies the allegations of Paragraph 17 and the subparagraphs contained in Paragraph 17 (a) through (o).

    18.    Defendant denies the allegations of Paragraph 18.

**HEYL ROYSTER
VOELKER
&ALLEN**

**Suite 575
National City Center
1 N. Old State Capitol Plaza
P.O. Box 1687
Springfield, IL 62705-1687
Fax (217) 523-3902
(217) 522-8822**

10375-R5911
AEH/jlp

WHEREFORE, Defendant, SWAGAT GROUP, LLC, prays that judgment be entered in its favor and against the Plaintiff and Defendant be awarded its costs.

## COUNT II

For its answer to Count II of Plaintiff's First Amended Complaint at Law, Defendant, SWAGAT GROUP, LLC, states as follows:

1-18.   Defendant incorporates by reference Paragraphs 1 through 18 of Count I including all subparagraphs as and for Paragraphs 1 through 18 of Count II.

19.   Defendant admits that on and subsequent to January 1, 2006, and at all times material, it had on its premises aquatic facilities that was under its control but denies the remaining allegations of Paragraph 19.

20.   Defendant denies the allegations of Paragraph 20.

WHEREFORE, Defendant, SWAGAT GROUP, LLC, prays that judgment be entered in its favor and against the Plaintiff and Defendant be awarded its costs.

## AFFIRMATIVE DEFENSE TO COUNT II

1.   Plaintiff's First Amended Complaint fails to states a claim upon which relief can be granted.

WHEREFORE, Defendant prays that judgment be entered in its favor and against the Plaintiff and Defendant be awarded its costs.

## COUNTS III-V

Defendants make no response to Counts III through V because these Counts are not directed to them.

HEYL ROYSTER
VOELKER
&ALLEN

Suite 575
National City Center
1 N. Old State Capitol Plaza
P.O. Box 1687
Springfield, IL 62705-1687
Fax (217) 523-3902
(217) 522-8822

10375-R5911
AEH/jlp

# COUNT VI

For his answer to Count VI of the Plaintiff's First Amended Complaint at Law, VASANT PATEL states as follows:

1. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1, and, therefore, these allegations are denied.

2. Defendant admits that on January 14, 2006 and at the present time, Defendant Swagat Group, LLC, d/b/a Comfort Inn of Lincoln, is an Illinois Corporation, duly licensed to do business in the State of Illinois, with offices of its registered agent, Himanshu Desai, at 701 Waterford Drive, Des Plaines, Illinois, and its principal office located at 2811 Woodlawn Road, Lincoln, Illinois, 62656. Defendant denies the remaining allegations of Paragraph 2.

3. Defendant admits that on January 14, 2006, Defendant, Choice Hotels International, Inc., was a Delaware Corporation, doing business in the State of Illinois, with offices of its registered agent at 33 North La Salle Street, Chicago, Illinois, 60602, and its principal office located at Columbia Pike, Silver Spring, Maryland.

4. Defendant admits the allegations of Paragraph 4.

5. Defendant admits that on January 14, 2006 and at the present time, Vijay C. Patel was and is a citizen and resident of the State of Illinois but denies the remaining allegations of Paragraph 5.

6. Defendant admits that on January 14, 2006 and at the present time, Defendant, Vaidik International, Inc., is an Illinois Corporation duly licensed to do business in the State of Illinois with offices of its registered agent, Himanshu M. Desai, at 701 Waterford Drive, Des Plaines, Illinois, 60016, but denies the remaining allegations of Paragraph 6.

HEYL ROYSTER
VOELKER
&ALLEN

Suite 575
National City Center
1 N. Old State Capitol Plaza
P.O. Box 1687
Springfield, IL 62705-1687
Fax (217) 523-3902
(217) 522-8822

5

10375-R5911
AEH/jlp

    7.    Defendant denies he owned a hotel located at 2811 Woodlawn Road, Lincoln, Illinois, 62656, but admits he was the general manager and an employee of Swagat Group, LLC, on January 14, 2006.

    8.    Defendant admits that the hotel located at 2811 Woodlawn Road, Lincoln, Illinois, 62656, had on its premises a swimming pool and hot tub available for use by qualified guests during specified hours on January 14, 2006. Defendant denies the remaining allegations of Paragraph 8.

    9.    Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 9, and, therefore, these allegations are denied.

    10.    Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 10, and, therefore, these allegations are denied.

    11.    Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 11, and, therefore, these allegations are denied.

    12.    Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 12, and, therefore, these allegations are denied.

    13.    Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 13, and, therefore, these allegations are denied.

    14.    Defendant denies the allegations of Paragraph 14.

    15.    Defendant denies the allegations of Paragraph 15.

    16.    Defendant denies the allegations of Paragraph 16.

    17.    Defendant denies the allegations of Paragraph 17 and subparagraphs contained within Paragraph 17 (a) through (o).

    18.    Defendant denies the allegations of Paragraph 18.

HEYL ROYSTER
VOELKER
&ALLEN

Suite 575
National City Center
1 N. Old State Capitol Plaza
P.O. Box 1687
Springfield, IL 62705-1687
Fax (217) 523-3902
(217) 522-8822

10375-R5911
AEH/jlp

WHEREFORE, Defendant, VASANT PATEL, prays that judgment be entered in his favor and against the Plaintiff and Defendant be awarded his costs.

### AFFIRMATIVE DEFENSE TO COUNT VI

1. To the extent Plaintiff seeks to recover against Vasant Patel for the liability of Swagat Group, LLC, Vasant Patel is not personally liable to the Plaintiff in his official capacity as a member of Swagat Group, LLC.

WHEREFORE, Defendant prays that judgment be entered in his favor and against the Plaintiff and Defendant be awarded his costs.

### COUNT VII

For his answer to Count VII of Plaintiff's First Amended Complaint at Law, VASANT PATEL, states as follows:

1-18. Defendant incorporates by reference Paragraphs 1-18 of Count VI including all subparagraphs as and for his answer to Paragraphs 1-18 of Count VII.

19. Defendant denies the allegations of Paragraph 19.

20. Defendant denies the allegations of Paragraph 19.

WHEREFORE, Defendant, VASANT PATEL, prays that judgment be entered in his favor and against the Plaintiff and Defendant be awarded his costs.

### AFFIRMATIVE DEFENSE TO COUNT VII

1. Plaintiff's First Amended Complaint fails to states a claim upon which relief can be granted.

2. To the extent Plaintiff seeks to recover against Vasant Patel for the liability of

HEYL ROYSTER
VOELKER
& ALLEN

Suite 575
National City Center
1 N. Old State Capitol Plaza
P.O. Box 1687
Springfield, IL 62705-1687
Fax (217) 523-3902
(217) 522-8822

10375-R5911
AEH/jlp

Swagat Group, LLC, Vasant Patel is not personally liable to the Plaintiff in his official capacity as a member of Swagat Group, LLC.

WHEREFORE, Defendant prays that judgment be entered in his favor and against the Plaintiff and Defendant be awarded his costs.

## COUNT VIII

For his answer to Count VIII of the Plaintiff's First Amended Complaint at Law, Defendant VIJAY C. PATEL, states as follows:

1. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1, and, therefore, these allegations are denied.

2. Defendant admits that on January 14, 2006 and at the present time, Defendant Swagat Group, LLC, d/b/a Comfort Inn of Lincoln, is an Illinois Corporation, duly licensed to do business in the State of Illinois, with offices of its registered agent, Himanshu Desai, at 701 Waterford Drive, Des Plaines, Illinois, and its principal office located at 2811 Woodlawn Road, Lincoln, Illinois, 62656. Defendant denies the remaining allegations of Paragraph 2.

3. Defendant admits that on January 14, 2006, Defendant, Choice Hotels International, Inc., was a Delaware Corporation, doing business in the State of Illinois, with offices of its registered agent at 33 North La Salle Street, Chicago, Illinois, 60602, and its principal office located at Columbia Pike, Silver Spring, Maryland.

4. Defendant admits the allegations of Paragraph 4.

5. Defendant admits that on January 14, 2006 and at the present time, Vijay C. Patel was and is a citizen and resident of the State of Illinois but denies the remaining allegations of Paragraph 5.

**HEYL ROYSTER VOELKER & ALLEN**

**Suite 575
National City Center
1 N. Old State Capitol Plaza
P.O. Box 1687
Springfield, IL 62705-1687
Fax (217) 523-3902
(217) 522-8822**

8

10375-R5911
AEH/jlp

6. Defendant admits that on January 14, 2006 and at the present time, Defendant, Vaidik International, Inc., is an Illinois Corporation duly licensed to do business in the State of Illinois with offices of its registered agent, Himanshu M. Desai, at 701 Waterford Drive, Des Plaines, Illinois, 60016, but denies the remaining allegations of Paragraph 6.

7. Defendant denies the allegations of Paragraph 7.

8. Defendant denies the allegations of Paragraph 8.

9. Defendant denies the allegations of Paragraph 9.

10. Defendant denies the allegations of Paragraph 10.

11. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 11, and, therefore, these allegations are denied.

12. Defendant denies the allegations of Paragraph 12.

13. Defendant denies the allegations of Paragraph 13.

14. Defendant denies the allegations of Paragraph 14.

15. Defendant denies the allegations of Paragraph 15.

16. Defendant denies the allegations of Paragraph 16.

17. Defendant denies the allegations of Paragraph 17 and subparagraphs contained within Paragraph 17 (a) through (o).

18. Defendant denies the allegations of Paragraph 18.

WHEREFORE, Defendant, VIJAY C. PATEL, prays that judgment be entered in his favor and against the Plaintiff and Defendant be awarded his costs.

**HEYL ROYSTER VOELKER & ALLEN**

Suite 575
National City Center
1 N. Old State Capitol Plaza
P.O. Box 1687
Springfield, IL 62705-1687
Fax (217) 523-3902
(217) 522-8822

10375-R5911
AEH/jlp

## AFFIRMATIVE DEFENSE OF COUNT VIII

1. Plaintiff's First Amended Complaint fails to states a claim upon which relief can be granted.

2. To the extent Plaintiff seeks to recover against Vijay C. Patel for the liability of Swagat Group, LLC, Vijay C. Patel is not personally liable to the Plaintiff in his official capacity as a member of Swagat Group, LLC.

WHEREFORE, Defendant prays that judgment be entered in his favor and against the Plaintiff and Defendant be awarded his costs.

## COUNT IX

For his answer to Count IX of the Plaintiff's First Amended Complaint at Law, Defendant, VIJAY C. PATEL, states as follows:

1-18. Defendant incorporates by reference Paragraphs 1-18 of Count VIII including all subparagraphs as and for his answer to Paragraphs 1-18 of Count IX.

19. Defendant denies the allegations of Paragraph 19.

20. Defendant denies the allegations of Paragraph 20.

WHEREFORE, Defendant, VIJAY C. PATEL, prays that judgment be entered in his favor and against the Plaintiff and Defendant be awarded his costs.

## AFFIRMATIVE DEFENSE OF COUNT IX

1. Plaintiff's First Amended Complaint fails to states a claim upon which relief can be granted.

HEYL ROYSTER VOELKER & ALLEN

**Suite 575
National City Center
1 N. Old State Capitol Plaza
P.O. Box 1687
Springfield, IL 62705-1687
Fax (217) 523-3902
(217) 522-8822**

10375-R5911
AEH/jlp

2. To the extent Plaintiff seeks to recover against Vijay C. Patel for the liability of Swagat Group, LLC, Vijay C. Patel is not personally liable to the Plaintiff in his official capacity as a member of Swagat Group, LLC.

WHEREFORE, Defendant prays that judgment be entered in his favor and against the Plaintiff and Defendant be awarded his costs.

## COUNT X

For his answer Count X of the Plaintiff's First Amended Complaint at Law, Defendant HIMANSHU M. DESAI, states as follows:

1. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1, and, therefore, these allegations are denied.

2. Defendant admits that on January 14, 2006 and at the present time, Defendant Swagat Group, LLC, d/b/a Comfort Inn of Lincoln, is an Illinois Corporation, duly licensed to do business in the State of Illinois, with offices of its registered agent, Himanshu Desai, at 701 Waterford Drive, Des Plaines, Illinois, and its principal office located at 2811 Woodlawn Road, Lincoln, Illinois, 62656. Defendant denies the remaining allegations of Paragraph 2.

3. Defendant admits that on January 14, 2006, Defendant, Choice Hotels International, Inc., was a Delaware Corporation, doing business in the State of Illinois, with offices of its registered agent at 33 North La Salle Street, Chicago, Illinois, 60602, and its principal office located at Columbia Pike, Silver Spring, Maryland.

4. Defendant admits the allegations of Paragraph 4.

HEYL ROYSTER
VOELKER
&ALLEN

**Suite 575
National City Center
1 N. Old State Capitol Plaza
P.O. Box 1687
Springfield, IL 62705-1687
Fax (217) 523-3902
(217) 522-8822**

11

10375-R5911
AEH/jlp

  5. Defendant admits that on January 14, 2006 and at the present time, Vijay C. Patel was and is a citizen and resident of the State of Illinois but denies the remaining allegations of Paragraph 5.

  6. Defendant admits that on January 14, 2006 and at the present time, Defendant, Vaidik International, Inc., is an Illinois Corporation duly licensed to do business in the State of Illinois with offices of its registered agent, Himanshu M. Desai, at 701 Waterford Drive, Des Plaines, Illinois, 60016, but denies the remaining allegations of Paragraph 6.

  7. Defendant denies the allegations of Paragraph 7.

  8. Defendant denies the allegations of Paragraph 8.

  9. Defendant denies the allegations of Paragraph 9.

  10. Defendant denies the allegations of Paragraph 10.

  11. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 11, and, therefore, these allegations are denied.

  12. Defendant denies the allegations of Paragraph 12.

  13. Defendant denies the allegations of Paragraph 13.

  14. Defendant denies the allegations of Paragraph 14.

  15. Defendant denies the allegations of Paragraph 15.

  16. Defendant denies the allegations of Paragraph 16.

  17. Defendant denies the allegations of Paragraph 17 and subparagraphs contained within Paragraph 17 (a) through (o).

  18. Defendant denies the allegations of Paragraph 18.

HEYL ROYSTER
VOELKER
& ALLEN

**Suite 575**
**National City Center**
**1 N. Old State Capitol Plaza**
**P.O. Box 1687**
**Springfield, IL 62705-1687**
**Fax (217) 523-3902**
**(217) 522-8822**

10375-R5911
AEH/jlp

WHEREFORE, Defendant, HIMANSHU M. DESAI, prays that judgment be entered in his favor and against the Plaintiff and Defendant be awarded his costs.

## AFFIRMATIVE DEFENSE OF COUNT X

1. Plaintiff's First Amended Complaint fails to states a claim upon which relief can be granted.

2. To the extent Plaintiff seeks to recover against Himanshu M. Desai for the liability of Swagat Group, LLC, Himanshu M. Desai is not personally liable to the Plaintiff in his official capacity as a member of Swagat Group, LLC.

WHEREFORE, Defendant prays that judgment be entered in his favor and against the Plaintiff and Defendant be awarded his costs.

## COUNT XI

For his answer to Count XI of the Plaintiff's First Amended Complaint at Law, Defendant, HIMANSHU M. DESAI, states as follows:

1-18. Defendant incorporates by reference Paragraphs 1-18 of Count X including all subparagraphs as and for his answer to Paragraphs 1-18 of Count XI.

19. Defendant denies the allegations of Paragraph 19.

20. Defendant denies the allegations of Paragraph 20.

WHEREFORE, Defendant, HIMANSHU M. DESAI, prays that judgment be entered in his favor and against the Plaintiff and Defendant be awarded his costs.

## AFFIRMATIVE DEFENSE OF COUNT XI

1. Plaintiff's First Amended Complaint fails to states a claim upon which relief can be granted.

HEYLROYSTER
VOELKER
&ALLEN

Suite 575
National City Center
1 N. Old State Capitol Plaza
P.O. Box 1687
Springfield, IL 62705-1687
Fax (217) 523-3902
(217) 522-8822

10375-R5911
AEH/jlp

    2.    To the extent Plaintiff seeks to recover against Himanshu M. Desai for the liability of Swagat Group, LLC, Himanshu M. Desai is not personally liable to the Plaintiff in his official capacity as a member of Swagat Group, LLC.

WHEREFORE, Defendant prays that judgment be entered in his favor and against the Plaintiff and Defendant be awarded his costs.

### COUNT XII

For its answer to Count XII of the Plaintiff's First Amended Complaint at Law, Defendant, VAIDIK INTERNATIONAL, INC., states as follows:

    1.    Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1, and, therefore, these allegations are denied.

    2.    Defendant admits that on January 14, 2006 and at the present time, Defendant Swagat Group, LLC, d/b/a Comfort Inn of Lincoln, is an Illinois Corporation, duly licensed to do business in the State of Illinois, with offices of its registered agent, Himanshu Desai, at 701 Waterford Drive, Des Plaines, Illinois, and its principal office located at 2811 Woodlawn Road, Lincoln, Illinois, 62656. Defendant denies the remaining allegations of Paragraph 2.

    3.    Defendant admits that on January 14, 2006, Defendant, Choice Hotels International, Inc., was a Delaware Corporation, doing business in the State of Illinois, with offices of its registered agent at 33 North La Salle Street, Chicago, Illinois, 60602, and its principal office located at Columbia Pike, Silver Spring, Maryland.

    4.    Defendant admits the allegations of Paragraph 4.

HEYL ROYSTER
VOELKER
&ALLEN

Suite 575
National City Center
1 N. Old State Capitol Plaza
P.O. Box 1687
Springfield, IL 62705-1687
Fax (217) 523-3902
(217) 522-8822

10375-R5911
AEH/jlp

  5.  Defendant admits that on January 14, 2006 and at the present time, Vijay C. Patel was and is a citizen and resident of the State of Illinois but denies the remaining allegations of Paragraph 5.

  6.  Defendant admits that on January 14, 2006 and at the present time, Defendant, Vaidik International, Inc., is an Illinois Corporation duly licensed to do business in the State of Illinois with offices of its registered agent, Himanshu M. Desai, at 701 Waterford Drive, Des Plaines, Illinois, 60016, but denies the remaining allegations of Paragraph 6.

  7.  Defendant denies the allegations of Paragraph 7.

  8.  Defendant denies the allegations of Paragraph 8.

  9.  Defendant denies the allegations of Paragraph 9.

  10.  Defendant denies the allegations of Paragraph 10.

  11.  Defendant denies the allegations of Paragraph 11.

  12.  Defendant denies the allegations of Paragraph 12.

  13.  Defendant denies the allegations of Paragraph 13.

  14.  Defendant denies the allegations of Paragraph 14.

  15.  Defendant denies the allegations of Paragraph 15.

  16.  Defendant denies the allegations of Paragraph 16.

  17.  Defendant denies the allegations of Paragraph 17 and subparagraphs contained within Paragraph 17 (a) through (o).

  18.  Defendant denies the allegations of Paragraph 18.

WHEREFORE, Defendant, VAIDIK INTERNATIONAL, INC., prays that judgment be entered in its favor and against the Plaintiff and Defendant be awarded its costs.

HEYL ROYSTER
VOELKER
& ALLEN

Suite 575
National City Center
1 N. Old State Capitol Plaza
P.O. Box 1687
Springfield, IL 62705-1687
Fax (217) 523-3902
(217) 522-8822

10375-R5911
AEH/jlp

## AFFIRMATIVE DEFENSE OF COUNT XII

1.  Plaintiff's First Amended Complaint fails to states a claim upon which relief can be granted.

2.  To the extent Plaintiff seeks to recover against Vaidik International, Inc., for the liability of Swagat Group, LLC, Vaidik International, Inc., is not personally liable to the Plaintiff in its official capacity as a member of Swagat Group, LLC.

WHEREFORE, Defendant prays that judgment be entered in its favor and against the Plaintiff and Defendant be awarded its costs.

## COUNT XIII

For its answer to the Plaintiff's First Amended Complaint at Law, Defendant, VAIDIK INTERNATIONAL, INC., states as follows:

1-18.  Defendant incorporates by reference Paragraphs 1-18 of Count XII including all subparagraphs as and for his answer to Paragraphs 1-18 of Count XIII.

19.  Defendant denies the allegations of Paragraph 19.

20.  Defendant denies the allegations of Paragraph 20.

WHEREFORE, Defendant, VAIDIK INTERNATIONAL, INC., prays that judgment be entered in its favor and against the Plaintiff and Defendant be awarded its costs.

## AFFIRMATIVE DEFENSE OF COUNT XIII

1.  Plaintiff's First Amended Complaint fails to states a claim upon which relief can be granted.



**HEYL ROYSTER VOELKER & ALLEN**

**Suite 575
National City Center
1 N. Old State Capitol Plaza
P.O. Box 1687
Springfield, IL 62705-1687
Fax (217) 523-3902
(217) 522-8822**

10375-R5911
AEH/jlp

    2.    To the extent Plaintiff seeks to recover against Vaidik International, Inc., for the liability of Swagat Group, LLC, Vaidik International, Inc., is not personally liable to the Plaintiff in its official capacity as a member of Swagat Group, LLC.

WHEREFORE, Defendant prays that judgment be entered in its favor and against the Plaintiff and Defendant be awarded its costs.

## CROSS CLAIM

NOW COME the Defendants, SWAGAT GROUP, LLC, d/b/a COMFORT INN OF LINCOLN, VASANT PATEL, HIMANSHU M. DESAI, VIJAY C. PATEL, and VAIDIK INTERNATIONAL, INC., by their attorneys, HEYL, ROYSTER, VOELKER & ALLEN, and for their Cross Claim against Choice Hotels International, Inc., state as follows:

    1.    Plaintiffs seek recovery against Swagat Group, LLC, Vasant Patel, Himanshu M. Desai, Vijay C. Patel, and Vaidik International, Inc.; and Choice Hotels International.

    2.    In the event judgment is entered in favor of the Plaintiffs and against Swagat Group, LLC, Vasant Patel, Himanshu M. Desai, Vijay C. Patel, and Vaidik International, Inc., and Choice Hotels International, Swagat Group, LLC, Vasant Patel, Himanshu M. Desai, Vijay C. Patel, and Vaidik International, Inc., are entitled to contribution from Choice Hotels International in an amount commensurate to Choice Hotels International's relative degree of culpability.

WHEREFORE, SWAGAT GROUP, LLC, d/b/a COMFORT INN OF LINCOLN, VASANT PATEL, HIMANSHU M. DESAI, VIJAY C. PATEL, and VAIDIK INTERNATIONAL, INC., pray that in the event judgment is entered in favor of the Plaintiff and against them that they further have and recover a judgment against Choice Hotels, International, in an amount commensurate with its relative degree of culpability.

HEYL ROYSTER VOELKER & ALLEN

Suite 575
National City Center
1 N. Old State Capitol Plaza
P.O. Box 1687
Springfield, IL 62705-1687
Fax (217) 523-3902
(217) 522-8822

17

10375-R5911
AEH/jlp

          Respectfully submitted,

          SWAGAT GROUP, LLC, d/b/a COMFORT INN OF LINCOLN, VASANT PATEL, HIMANSHU M. DESAI, VIJAY C. PATEL, and VAIDIK INTERNATIONAL, INC., Defendants

          HEYL, ROYSTER, VOELKER & ALLEN, Attorneys for Defendants,

BY:  /s/ Adrian E. Harless
       Adrian E. Harless, #6183092
       Frederick P. Velde, #2893908
       David M. Walter, #6244907
       HEYL, ROYSTER, VOELKER & ALLEN
       Suite 575, National City Center
       P. O. Box 1687
       Springfield, IL 62705
       Phone: (217) 522-8822
       Fax:   (217) 523-3902
       E-mail: aharless@hrva.com
                fvelde@hrva.com
            dwalter@hrva.com

**HEYL ROYSTER VOELKER & ALLEN**

**Suite 575
National City Center
1 N. Old State Capitol Plaza
P.O. Box 1687
Springfield, IL 62705-1687
Fax (217) 523-3902
(217) 522-8822**

10375-R5911
AEH/jlp

# CERTIFICATE OF SERVICE

I hereby certify that on January 15, 2008, I electronically filed **ANSWER TO PLAINTIFF'S FIRST AMENDED COMPLAINT AT LAW** with the Clerk of Court using the CM/ECF system which will send notification of such filings(s) to the following:

Thomas M. Lake
tlake@dudleylake.com

Patrick E. Halliday
phalliday@dudleylake.com

John E. Nolan
jnolan@hinshawlaw.com

and I hereby certify that on January 15, 2008, I mailed by United States Postal Service, the document(s) to the following non-registered participants:

None.

/s/ Adrian E. Harless
Adrian E. Harless, #6183092
Frederick P. Velde, #2893908
David M. Walter, #6244907
HEYL, ROYSTER, VOELKER & ALLEN
Suite 575, National City Center
P. O. Box 1687
Springfield, IL  62705
Phone: (217) 522-8822
Fax:    (217) 523-3902
E-mail: aharless@hrva.com
        fvelde@hrva.com
        dwalter@hrva.com

HEYL ROYSTER VOELKER & ALLEN

Suite 575
National City Center
1 N. Old State Capitol Plaza
P.O. Box 1687
Springfield, IL 62705-1687
Fax (217) 523-3902
(217) 522-8822