UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| BONNIE E. LEISER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No:    07 cv 3254 |
| ) | |
| SWAGAT GROUP, LLC, Individually and d/b/a ) | |
| COMFORT INN OF LINCOLN, ILLINOIS ) | |
| and/or d/b/a THE BEST WESTERN OF ) | |
| LINCOLN, ILLINOIS; CHOICE HOTELS ) | |
| INTERNATIONAL, INC., and ) | |
| VASANT PATEL, Individually, ) | |
| ) | |
| Defendants. ) | |

### PLAINTIFF'S RESPONSE TO DEFENDANTS, SWAGAT GROUP, LLC d/b/a COMFORT INN OF LINCOLN ILLINOIS, VASANT PATEL, HIMANSHU M. DESAI, VIJAY C. PATEL and VAIDIK INTERNATIONAL, INC.'S AFFIRMATIVE DEFENSES TO FIRST AMENDED COMPLAINT AT LAW

NOW COMES the Plaintiff, by and through her attorneys, DUDLEY & LAKE, LLC, and in response to Defendants, Swagat Group, LLC, d/b/a Comfort Inns of Lincoln, Vasant Patel, Himanshu M. Desai, Vijay C. Patel, and Vaidik International, Inc.'s Affirmative Defenses to First Amended Complaint at Law, states as follows:

### AFFIRMATIVE DEFENSE TO COUNT II

1.    Plaintiff denies the affirmative defense to Count II.

WHEREFORE, Plaintiff requests that the Affirmative Defense to Count II be stricken and/or dismissed with prejudice and for any further relief this Court deems just.

### AFFIRMATIVE DEFENSE TO COUNT VI

1.    Plaintiff denies the affirmative defense to Count VI.

WHEREFORE, Plaintiff requests that the Affirmative Defense to Count VI be stricken and/or dismissed with prejudice and for any further relief this Court deems just.

1

### AFFIRMATIVE DEFENSE TO COUNT VII

1. Plaintiff denies the affirmative defense in Paragraph 1.

2. Plaintiff denies the affirmative defense in Paragraph 2.

WHEREFORE, Plaintiff requests that the Affirmative Defense to Count VII be stricken and/or dismissed with prejudice and for any further relief this Court deems just.

### AFFIRMATIVE DEFENSE TO COUNT VIII

1. Plaintiff denies the affirmative defense in Paragraph 1.

2. Plaintiff denies the affirmative defense in Paragraph 2.

WHEREFORE, Plaintiff requests that the Affirmative Defense to Count VIII be stricken and/or dismissed with prejudice and for any further relief this Court deems just.

### AFFIRMATIVE DEFENSE TO COUNT IX

1. Plaintiff denies the affirmative defense in Paragraph 1.

2. Plaintiff denies the affirmative defense in Paragraph 2.

WHEREFORE, Plaintiff requests that the Affirmative Defense to Count IX be stricken and/or dismissed with prejudice and for any further relief this Court deems just.

### AFFIRMATIVE DEFENSE TO COUNT X

1. Plaintiff denies the affirmative defense in Paragraph 1.

2. Plaintiff denies the affirmative defense in Paragraph 2.

WHEREFORE, Plaintiff requests that the Affirmative Defense to Count X be stricken and/or dismissed with prejudice and for any further relief this Court deems just.

### AFFIRMATIVE DEFENSE TO COUNT XI

1. Plaintiff denies the affirmative defense in Paragraph 1.

2. Plaintiff denies the affirmative defense in Paragraph 2.

WHEREFORE, Plaintiff requests that the Affirmative Defense to Count XI be stricken and/or dismissed with prejudice and for any further relief this Court deems just.

### AFFIRMATIVE DEFENSE TO COUNT XII

1. Plaintiff denies the affirmative defense in Paragraph 1.

2. Plaintiff denies the affirmative defense in Paragraph 2.

WHEREFORE, Plaintiff requests that the Affirmative Defense to Count XII be stricken and/or dismissed with prejudice and for any further relief this Court deems just.

### AFFIRMATIVE DEFENSE TO COUNT XIII

1. Plaintiff denies the affirmative defense in Paragraph 1.

2. Plaintiff denies the affirmative defense in Paragraph 2.

WHEREFORE, Plaintiff requests that the Affirmative Defense to Count XIII be stricken and/or dismissed with prejudice and for any further relief this Court deems just.

Respectfully submitted,

s/ Thomas M. Lake

Attorney for Plaintiff

Thomas M. Lake (06201500)
Dudley & Lake, LLC
100 E. Cook Ave., 2nd Floor
Libertyville, IL 60048
(847) 362-5385