E-FILED
Monday, 04 February, 2008  03:26:18 PM
Clerk, U.S. District Court, ILCD

10375-R5911
DMW/

## IN THE UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| BONNIE E. LEISER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )      No. 07-CV-3254 |
| | ) |
| SWAGAT GROUP, LLC, Individually, and | ) |
| d/b/a COMFORT INN OF LINCOLN, | ) |
| ILLINOIS, and/or d/b/a THE BEST | ) |
| WESTERN OF LINCOLN, ILLINOIS, | ) |
| CHOICE HOTELS INTERNATIONAL, | ) |
| INC., VASANT PATEL, Individually and as | ) |
| agent of Choice Hotels International, | ) |
| HIMANSHU M. DESAI, Individually and as | ) |
| agent of Choice Hotels International, | ) |
| VIJAY C. PATEL, Individually and as | ) |
| agent of Choice Hotels International, and | ) |
| VAIDIK INTERNATIONAL, INC., | ) |
| | ) |
| Defendants. | ) |

### ANSWER TO CROSS CLAIM

NOW COME the Defendants/Cross Defendants, SWAGAT GROUP, LLC, d/b/a COMFORT

INN OF LINCOLN, VASANT PATEL, HIMANSHU M. DESAI, VIJAY C. PATEL, and VAIDIK

INTERNATIONAL, INC., by their attorneys, HEYL, ROYSTER, VOELKER & ALLEN, and for

their Answer to the Cross Claim filed by Choice Hotels, International (Doc. #39) state as follows:

### COUNT I (AGAINST SWAGAT GROUP LLC)

1.     Defendant/Cross Defendant admits the allegations of Paragraph 1.

2.     Defendant/Cross Defendant admits the allegations of Paragraph 2.

HEYL ROYSTER
VOELKER
&ALLEN

Suite 575
National City Center
1 N. Old State Capitol Plaza
P.O. Box 1687
Springfield, IL 62705-1687
Fax (217) 523-3902
(217) 522-8822

10375-R5911
DMW/

    3.    Defendant/Cross Defendant admits that the language cited in paragraph 3 is contained in paragraph 13 of the franchise agreement but denies that the language cited is a complete statement of the provisions of paragraph 13 of the franchise agreement. Defendant/Cross Defendant denies the remaining allegations of paragraph 3.

    4.    Defendant/Cross Defendant denies the allegations of paragraph 4.

    5.    Defendant/Cross Defendant denies the allegations of paragraph 5.

    WHEREFORE, Defendant/Cross Defendant, SWAGAT GROUP LLC prays that judgment be entered in its favor and against Defendant/Cross Plaintiff Choice Hotels, International.

### AFFIRMATIVE DEFENSES TO COUNT I

    1.    The Cross Complaint fails to state a claim upon which relief can be granted.

    2.    Cross Plaintiff is not entitled to indemnity under the terms of the franchise agreement because the indemnity provision of the franchise agreement is unenforceable.

    3.    Cross Plaintiff is not entitled to recover attorney's fees and costs under the terms of the franchise agreement because the indemnity provision of the franchise agreement is unenforceable.

    WHEREFORE, Defendant/Cross Defendant, SWAGAT GROUP LLC prays that judgment be entered in its favor and against Defendant/Cross Plaintiff Choice Hotels, International.

### COUNT II (AGAINST SWAGAT GROUP LLC)

    1.    Defendant/Cross Defendant admits the allegations of Paragraph 1.

    2.    Defendant/Cross Defendant admits Plaintiff Bonnie E. Leiser has alleged Choice Hotels is liable for the acts of its agents in the operation of a hotel that Choice Hotels owned and operated.

**HEYL ROYSTER**
**VOELKER**
**&ALLEN**

Suite 575
National City Center
1 N. Old State Capitol Plaza
P.O. Box 1687
Springfield, IL 62705-1687
Fax (217) 523-3902
(217) 522-8822

10375-R5911
DMW/

3.      Defendant/Cross Defendant denies the allegations of Paragraph 3.

WHEREFORE, Defendant/Cross Defendant, SWAGAT GROUP LLC prays that judgment be entered in its favor and against Defendant/Cross Plaintiff Choice Hotels, International.

## AFFIRMATIVE DEFENSES TO COUNT II

1.      The Cross Complaint fails to state a claim upon which relief can be granted.

2.      Cross Plaintiff is not entitled to implied indemnity because there is no basis or relationship in law or fact which would entitle it to seek indemnity from the Defendant/Cross Defendant.

WHEREFORE, Defendant/Cross Defendant, SWAGAT GROUP LLC prays that judgment be entered in its favor and against Defendant/Cross Plaintiff Choice Hotels, International.

## COUNT III (AGAINST SWAGAT GROUP LLC)

1.      Defendant/Cross Defendant admits the allegations of Paragraph 1.

2.      Defendant/Cross Defendant admits that Plaintiff Bonnie E. Leiser alleges in her complaint that she sustained injuries as a result of contracting Legionnaire's Disease and she alleges the injuries were the result of the operation and maintenance of the aquatic facilities described in her complaint.

3.      Defendant/Cross Defendant admits the allegations of Paragraph 3.

4.      Defendant/Cross Defendant denies the allegations of Paragraph 4.

5.      Defendant/Cross Defendant denies the allegations of Paragraph 5.

6.      Defendant/Cross Defendant denies the allegations of Paragraph 6.

**HEYL ROYSTER**
**VOELKER**
**& ALLEN**

Suite 575
National City Center
1 N. Old State Capitol Plaza
P.O. Box 1687
Springfield, IL 62705-1687
Fax (217) 523-3902
(217) 522-8822

3

10375-R5911
DMW/

WHEREFORE, Defendant/Cross Defendant, SWAGAT GROUP LLC prays that judgment be entered in its favor and against Defendant/Cross Plaintiff Choice Hotels, International.

## COUNT IV (AGAINST VASANT PATEL)

1.    Defendant/Cross Defendant admits that Choice Hotels has been named a Defendant in a lawsuit filed by Bonnie E. Leiser in which she alleges she sustained injuries while a guest at a hotel she alleges was owned and operated by the Defendant/Cross Defendant Vasant Patel. Defendant/Cross Defendant denies that he owned the hotel.

2.    Defendant/Cross Defendant admits the allegations of Paragraph 2.

3.    Defendant/Cross Defendant admits that the language cited in paragraph 3 is contained in paragraph 13 of the franchise agreement but denies that the language cited is a complete statement of the provisions of paragraph 13 of the franchise agreement.  Defendant/Cross Defendant denies the remaining allegations of paragraph 3.

4.    Defendant/Cross Defendant denies the allegations of Paragraph 4.

WHEREFORE, Defendant/Cross Defendant, VASANT PATEL prays that judgment be entered in his favor and against Defendant/Cross Plaintiff Choice Hotels, International.

## AFFIRMATIVE DEFENSES TO COUNT IV

1.    The Cross Complaint fails to state a claim upon which relief can be granted.

2.    Cross Plaintiff is not entitled to indemnity under the terms of the franchise agreement because the indemnity provision of the franchise agreement is unenforceable.

3.    Cross Plaintiff is not entitled to recover attorney's fees and costs under the terms of the franchise agreement because the indemnity provision of the franchise agreement is unenforceable.

**HEYLROYSTER**
**VOELKER**
**&ALLEN**

Suite 575
National City Center
1 N. Old State Capitol Plaza
P.O. Box 1687
Springfield, IL 62705-1687
Fax (217) 523-3902
(217) 522-8822

4

10375-R5911
DMW/

WHEREFORE, Defendant/Cross Defendant, VASANT PATEL  prays that judgment be entered in his favor and against Defendant/Cross Plaintiff Choice Hotels, International.

### COUNT V (AGAINST VASANT PATEL)

1.    Defendant/Cross Defendant admits that Choice Hotels has been named a Defendant in a lawsuit filed by Bonnie E. Leiser  in which she alleges she sustained  injuries while a guest at a hotel she alleges was owned and operated by the Defendant/Cross Defendant Vasant Patel. Defendant/Cross Defendant denies that he owned the hotel.

2.    Defendant/Cross Defendant admits Plaintiff Bonnie E. Leiser has alleged Choice Hotels is liable for the acts of its agents in the operation of a hotel that Choice Hotels owned and operated.  Defendant/Cross Defendant denies he owned the hotel.

3.    Defendant/Cross Defendant denies the allegations of Paragraph 3.

WHEREFORE, Defendant/Cross Defendant, VASANT PATEL  prays that judgment be entered in his favor and against Defendant/Cross Plaintiff Choice Hotels, International.

### AFFIRMATIVE DEFENSES TO COUNT V

1.    The Cross Complaint fails to state a claim upon which relief can be granted.

2.    Cross Plaintiff is not entitled to implied indemnity because there is no basis or relationship in law or fact which would entitle it to seek indemnity from the Defendant/Cross Defendant.

3.    To the extent Plaintiff seeks to recover against Vasant Patel for the liability of Swagat Group, LLC, Vasant Patel is not personally liable to the Defendant/Cross Plaintiff in his official capacity as a member of Swagat Group, LLC.

HEYL ROYSTER
VOELKER
& ALLEN

Suite 575
National City Center
1 N. Old State Capitol Plaza
P.O. Box 1687
Springfield, IL 62705-1687
Fax (217) 523-3902
(217) 522-8822

5

10375-R5911
DMW/

WHEREFORE, Defendant/Cross Defendant, VASANT PATEL prays that judgment be entered in his favor and against Defendant/Cross Plaintiff Choice Hotels, International.

## COUNT VI (AGAINST VASANT PATEL)

1.      Defendant/Cross Defendant admits that Choice Hotels has been named a Defendant in a lawsuit filed by Bonnie E. Leiser  in which she alleges she sustained  injuries while a guest at a hotel she alleges was owned and operated by the Defendant/Cross Defendant Vasant Patel. Defendant/Cross Defendant denies that he owned the hotel.

2.      Defendant/Cross Defendant admits that Plaintiff Bonnie E. Leiser  alleges in her complaint that she sustained injuries as a result of contracting Legionnaire's Disease and she alleges the injuries were the result of the operation and maintenance of the aquatic facilities described in her complaint.

3.      Defendant/Cross Defendant admits the allegations of Paragraph 3.

4.      Defendant/Cross Defendant denies the allegations of Paragraph 4.

5.      Defendant/Cross Defendant denies the allegations of Paragraph 5.

6.      Defendant/Cross Defendant denies the allegations of Paragraph 6.

WHEREFORE, Defendant/Cross Defendant, VASANT PATEL prays that judgment be entered in his favor and against Defendant/Cross Plaintiff Choice Hotels, International.

## AFFIRMATIVE DEFENSE TO COUNT VI

HEYLROYSTER
VOELKER
&ALLEN

Suite 575
National City Center
1 N. Old State Capitol Plaza
P.O. Box 1687
Springfield, IL 62705-1687
Fax (217) 523-3902
(217) 522-8822

10375-R5911
DMW/

    1.     To the extent Plaintiff seeks to recover against Vasant Patel for the liability of Swagat Group, LLC, Vasant Patel is not personally liable to the Defendant/Cross Plaintiff in his official capacity as a member of Swagat Group, LLC.

    WHEREFORE, Defendant/Cross Defendant, VASANT PATEL prays that judgment be entered in his favor and against Defendant/Cross Plaintiff Choice Hotels, International.

### COUNT VII (AGAINST HIMANSHU M. DESAI)

    1.     Defendant/Cross Defendant admits that Choice Hotels has been named a Defendant in a lawsuit filed by Bonnie E. Leiser in which she makes such allegations. Defendant/Cross Defendant denies that he owned the hotel. Defendant/Cross Defendant denies the remaining allegations in paragraph 1, except as otherwise admitted in his Answer to the Plaintiff Bonnie E. Leiser's Amended Complaint.

    2.     Defendant/Cross Defendant denies that he owned the hotel. Defendant/Cross Defendant admits the remaining allegations of Paragraph 2.

    3.     Defendant/Cross Defendant admits that the language cited in paragraph 3 is contained in paragraph 13 of the franchise agreement but denies that the language cited is a complete statement of the provisions of paragraph 13 of the franchise agreement. Defendant/Cross Defendant denies the remaining allegations of paragraph 3.

    4.     Defendant/Cross Defendant denies the allegations of Paragraph 4.

HEYLROYSTER
VOELKER
&ALLEN

Suite 575
National City Center
1 N. Old State Capitol Plaza
P.O. Box 1687
Springfield, IL 62705-1687
Fax (217) 523-3902
(217) 522-8822

10375-R5911
DMW/

5.     Defendant/Cross Defendant admits that the franchise agreement contains an indemnity provision at paragraph 13. Defendant/Cross Defendant denies the remaining allegations of Paragraph 5.

6.     Defendant/Cross Defendant denies the allegations of Paragraph 6.

WHEREFORE, Defendant/Cross Defendant, HIMANSHU M. DESAI prays that judgment be entered in his favor and against Defendant/Cross Plaintiff Choice Hotels, International.

## AFFIRMATIVE DEFENSES TO COUNT VII

1.     The Cross Complaint fails to state a claim upon which relief can be granted.

2.     Cross Plaintiff is not entitled to indemnity under the terms of the franchise agreement because the indemnity provision of the franchise agreement is unenforceable.

3.     Cross Plaintiff is not entitled to recover attorney's fees and costs under the terms of the franchise agreement because the indemnity provision of the franchise agreement is unenforceable.

WHEREFORE, Defendant/Cross Defendant, HIMANSHU M. DESAI prays that judgment be entered in his favor and against Defendant/Cross Plaintiff Choice Hotels, International.

## COUNT VIII (AGAINST HIMANSHU M. DESAI)

1.     Defendant/Cross Defendant admits that Choice Hotels has been named a Defendant in a lawsuit filed by Bonnie E. Leiser in which she makes such allegations. Defendant/Cross Defendant denies that he owned the hotel. Defendant/Cross Defendant denies the remaining allegations in paragraph 1, except as otherwise admitted in his Answer to the Plaintiff Bonnie E. Leiser's Amended Complaint.

HEYL ROYSTER
VOELKER
& ALLEN

Suite 575
National City Center
1 N. Old State Capitol Plaza
P.O. Box 1687
Springfield, IL 62705-1687
Fax (217) 523-3902
(217) 522-8822

10375-R5911
DMW/

2.    Defendant/Cross Defendant admits Plaintiff Bonnie E. Leiser has alleged Choice Hotels is liable for the acts of its agents in the operation of a hotel that Choice Hotels owned and operated.  Defendant/Cross Defendant denies he owned the hotel.

3.    Defendant/Cross Defendant denies the allegations of Paragraph 3.

WHEREFORE, Defendant/Cross Defendant, HIMANSHU M. DESAI prays that judgment be entered in his favor and against Defendant/Cross Plaintiff Choice Hotels, International.

## AFFIRMATIVE DEFENSES TO COUNT VIII

1.    The Cross Complaint fails to state a claim upon which relief can be granted.

2.    Cross Plaintiff is not entitled to implied indemnity because there is no basis or relationship in law or fact which would entitle it to seek indemnity from the Defendant/Cross Defendant.

3.    To the extent Plaintiff seeks to recover against HIMANSHU M. DESAI for the liability of Swagat Group, LLC, HIMANSHU M. DESAI is not personally liable to the Defendant/Cross Plaintiff in his official capacity as a member of Swagat Group, LLC.

WHEREFORE, Defendant/Cross Defendant, HIMANSHU M. DESAI prays that judgment be entered in his favor and against Defendant/Cross Plaintiff Choice Hotels, International.

## COUNT IX (AGAINST HIMANSHU M. DESAI)

1.    Defendant/Cross Defendant admits that Choice Hotels has been named a Defendant in a lawsuit filed by Bonnie E. Leiser in which she makes such allegations.  Defendant/Cross Defendant denies that he owned the hotel.  Defendant/Cross Defendant denies the remaining

HEYL ROYSTER
VOELKER
& ALLEN

Suite 575
National City Center
1 N. Old State Capitol Plaza
P.O. Box 1687
Springfield, IL 62705-1687
Fax (217) 523-3902
(217) 522-8822

10375-R5911
DMW/

allegations in paragraph 1, except as otherwise admitted in his Answer to the Plaintiff Bonnie E.
Leiser's Amended Complaint.

2.      Defendant/Cross Defendant admits that Plaintiff Bonnie E. Leiser alleges in her
complaint that she sustained injuries as a result of contracting Legionnaire's Disease and she alleges
the injuries were the result of the operation and maintenance of the aquatic facilities described in her
complaint.

3.      Defendant/Cross Defendant admits the allegations of Paragraph 3.

4.      Defendant/Cross Defendant denies the allegations of Paragraph 4.

5.      Defendant/Cross Defendant denies the allegations of Paragraph 5.

6.      Defendant/Cross Defendant denies the allegations of Paragraph 6.

WHEREFORE, Defendant/Cross Defendant, HIMANSHU M. DESAI prays that judgment
be entered in his favor and against Defendant/Cross Plaintiff Choice Hotels, International.

### AFFIRMATIVE DEFENSE TO COUNT IX

1.      To the extent Plaintiff seeks to recover against HIMANSHU M. DESAI for the
liability of Swagat Group, LLC, HIMANSHU M. DESAI is not personally liable to the
Defendant/Cross Plaintiff in his official capacity as a member of Swagat Group, LLC.

WHEREFORE, Defendant/Cross Defendant, HIMANSHU M. DESAI prays that judgment
be entered in his favor and against Defendant/Cross Plaintiff Choice Hotels, International.

### COUNT X (AGAINST VIJAY C. PATEL)

1.      Defendant/Cross Defendant admits that Choice Hotels has been named a Defendant
in a lawsuit filed by Bonnie E. Leiser in which she makes such allegations.  Defendant/Cross



HEYLROYSTER
VOELKER
&ALLEN

Suite 575
National City Center
1 N. Old State Capitol Plaza
P.O. Box 1687
Springfield, IL 62705-1687
Fax (217) 523-3902
(217) 522-8822

10375-R5911
DMW/

Defendant denies that he owned the hotel.  Defendant/Cross Defendant denies the remaining allegations in paragraph 1, except as otherwise admitted in his Answer to the Plaintiff Bonnie E. Leiser's Amended Complaint.

2.      Defendant/Cross Defendant denies that he owned the hotel. Defendant/Cross Defendant admits the remaining allegations of Paragraph 2.

3.      Defendant/Cross Defendant admits that the language cited in paragraph 3 is contained in paragraph 13 of the franchise agreement but denies that the language cited  is a complete statement of the provisions of paragraph 13 of the franchise agreement.  Defendant/Cross Defendant denies the remaining allegations of paragraph 3.

4.      Defendant/Cross Defendant denies the allegations of Paragraph 4.

5.      Defendant/Cross Defendant admits that the franchise agreement contains an indemnity provision at paragraph 13.  Defendant/Cross Defendant denies the remaining allegations of Paragraph 5.

6.      Defendant/Cross Defendant denies the allegations of Paragraph 6.

WHEREFORE, Defendant/Cross Defendant, VIJAY C. PATEL prays that judgment be entered in his favor and against Defendant/Cross Plaintiff Choice Hotels, International.

### AFFIRMATIVE DEFENSES TO COUNT X

1.      The Cross Complaint fails to state a claim upon which relief can be granted.

2.      Cross Plaintiff is not entitled to indemnity under the terms of the franchise agreement because the indemnity provision of the franchise agreement is unenforceable.

HEYL ROYSTER
VOELKER
& ALLEN

Suite 575
National City Center
1 N. Old State Capitol Plaza
P.O. Box 1687
Springfield, IL 62705-1687
Fax (217) 523-3902
(217) 522-8822

11

10375-R5911
DMW/

3.      Cross Plaintiff is not entitled to recover attorney's fees and costs under the terms of the franchise agreement because the indemnity provision of the franchise agreement is unenforceable.

WHEREFORE, Defendant/Cross Defendant, VIJAY C. PATEL  prays that judgment be entered in his favor and against Defendant/Cross Plaintiff Choice Hotels, International.

## COUNT XI (AGAINST VIJAY C. PATEL)

1.      Defendant/Cross Defendant admits that Choice Hotels has been named a Defendant in a lawsuit filed by Bonnie E. Leiser in which she makes such allegations.  Defendant/Cross Defendant denies that he owned the hotel.  Defendant/Cross Defendant denies the remaining allegations in paragraph 1, except as otherwise admitted in his Answer to the Plaintiff Bonnie E. Leiser's Amended Complaint.

2.      Defendant/Cross Defendant admits Plaintiff Bonnie E. Leiser has alleged Choice Hotels is liable for the acts of its agents in the operation of a hotel that Choice Hotels owned and operated.  Defendant/Cross Defendant denies he owned the hotel.

3.      Defendant/Cross Defendant denies the allegations of Paragraph 3.

WHEREFORE, Defendant/Cross Defendant, VIJAY C. PATEL  prays that judgment be entered in his favor and against Defendant/Cross Plaintiff Choice Hotels, International.

## AFFIRMATIVE DEFENSES TO COUNT XI

1.      The Cross Complaint fails to state a claim upon which relief can be granted.

2.      Cross Plaintiff is not entitled to implied indemnity because there is no basis or relationship in law or fact which would entitle it to seek indemnity from the Defendant/Cross Defendant.

**HEYL ROYSTER**
**VOELKER**
**&ALLEN**

Suite 575
National City Center
1 N. Old State Capitol Plaza
P.O. Box 1687
Springfield, IL 62705-1687
Fax (217) 523-3902
(217) 522-8822

12

10375-R5911
DMW/

    3.    To the extent Plaintiff seeks to recover against VIJAY C. PATEL for the liability of Swagat Group, LLC, VIJAY C. PATEL is not personally liable to the Defendant/Cross Plaintiff in his official capacity as a member of Swagat Group, LLC.

    WHEREFORE, Defendant/Cross Defendant, VIJAY C. PATEL prays that judgment be entered in his favor and against Defendant/Cross Plaintiff Choice Hotels, International.

## COUNT XII (AGAINST VIJAY C. PATEL)

    1.    Defendant/Cross Defendant admits that Choice Hotels has been named a Defendant in a lawsuit filed by Bonnie E. Leiser in which she makes such allegations.  Defendant/Cross Defendant denies that he owned the hotel.  Defendant/Cross Defendant denies the remaining allegations in paragraph 1, except as otherwise admitted in his Answer to the Plaintiff Bonnie E. Leiser's Amended Complaint.

    2.    Defendant/Cross Defendant admits that Plaintiff Bonnie E. Leiser alleges in her complaint that she  sustained injuries as a result of contracting Legionnaire's Disease and she alleges the injuries were the result of the operation and maintenance of the aquatic facilities described in her complaint.

    3.    Defendant/Cross Defendant admits the allegations of Paragraph 3.

    4.    Defendant/Cross Defendant denies the allegations of Paragraph 4.

    5.    Defendant/Cross Defendant denies the allegations of Paragraph 5.

    6.    Defendant/Cross Defendant denies the allegations of Paragraph 6.

    WHEREFORE, Defendant/Cross Defendant, VIJAY C. PATEL prays that judgment be entered in his favor and against Defendant/Cross Plaintiff Choice Hotels, International.

HEYLROYSTER
VOELKER
&ALLEN

Suite 575
National City Center
1 N. Old State Capitol Plaza
P.O. Box 1687
Springfield, IL 62705-1687
Fax (217) 523-3902
(217) 522-8822

13

10375-R5911
DMW/

## AFFIRMATIVE DEFENSE TO COUNT COUNT XII

1.      To the extent Plaintiff seeks to recover against VIJAY C. PATEL for the liability of Swagat Group, LLC, VIJAY C. PATEL is not personally liable to the Defendant/Cross Plaintiff in his official capacity as a member of Swagat Group, LLC.

WHEREFORE, Defendant/Cross Defendant, VIJAY C. PATEL prays that judgment be entered in his favor and against Defendant/Cross Plaintiff Choice Hotels, International.

## COUNT XIII (AGAINST VAIDIK INTERNATIONAL, INC.)

1.      Defendant/Cross Defendant admits that Choice Hotels has been named a Defendant in a lawsuit filed by Bonnie E. Leiser  in which she makes such allegations.  Defendant/Cross Defendant denies the remaining allegations in paragraph 1, except as otherwise admitted in its Answer to the Plaintiff Bonnie E. Leiser's Amended Complaint.

2.      Defendant/Cross Defendant denies that it owned the hotel.  Defendant/Cross Defendant admits the remaining allegations of Paragraph 2.

3.      Defendant/Cross Defendant admits that the language cited in paragraph 3 is contained in paragraph 13 of the franchise agreement but denies that the language cited  is a complete statement of the provisions of paragraph 13 of the franchise agreement.  Defendant/Cross Defendant denies the remaining allegations of paragraph 3.

4.      Defendant/Cross Defendant denies the allegations of Paragraph 4.

5.      Defendant/Cross Defendant admits that the franchise agreement contains an indemnity provision at paragraph 13.  Defendant/Cross Defendant denies the remaining allegations of Paragraph 5.

HEYLROYSTER
VOELKER
&ALLEN

Suite 575
National City Center
1 N. Old State Capitol Plaza
P.O. Box 1687
Springfield, IL 62705-1687
Fax (217) 523-3902
(217) 522-8822

10375-R5911
DMW/

6.    Defendant/Cross Defendant denies the allegations of Paragraph 6.

WHEREFORE, Defendant/Cross Defendant, VAIDIK INTERNATIONAL, INC. prays that judgment be entered in his favor and against Defendant/Cross Plaintiff Choice Hotels, International.

## AFFIRMATIVE DEFENSES TO COUNT XIII

1.    The Cross Complaint fails to state a claim upon which relief can be granted.

2.    Cross Plaintiff is not entitled to indemnity under the terms of the franchise agreement because the indemnity provision of the franchise agreement is unenforceable.

3.    Cross Plaintiff is not entitled to recover attorney's fees and costs under the terms of the franchise agreement because the indemnity provision of the franchise agreement is unenforceable.

WHEREFORE, Defendant/Cross Defendant, VAIDIK INTERNATIONAL, INC prays that judgment be entered in its favor and against Defendant/Cross Plaintiff Choice Hotels, International.

## COUNT XIV (AGAINST VAIDIK INTERNATIONAL, INC.)

1.    Defendant/Cross Defendant admits that Choice Hotels has been named a Defendant in a lawsuit filed by Bonnie E. Leiser  in which she makes such allegations.  Defendant/Cross Defendant denies the remaining allegations in paragraph 1, except as otherwise admitted in its Answer to the Plaintiff Bonnie E. Leiser's Amended Complaint.

2.    Defendant/Cross Defendant admits Plaintiff Bonnie E. Leiser has alleged Choice Hotels is liable for the acts of its agents in the operation of a hotel that Choice Hotels owned and operated.  Defendant/Cross Defendant denies it owned the hotel.

3.    Defendant/Cross Defendant denies the allegations of Paragraph 3.

HEYLROYSTER
VOELKER
&ALLEN

Suite 575
National City Center
1 N. Old State Capitol Plaza
P.O. Box 1687
Springfield, IL 62705-1687
Fax (217) 523-3902
(217) 522-8822

15

10375-R5911
DMW/

WHEREFORE, Defendant/Cross Defendant, VAIDIK INTERNATIONAL, INC. prays that judgment be entered in its favor and against Defendant/Cross Plaintiff Choice Hotels, International.

### AFFIRMATIVE DEFENSES TO COUNT XIV

1.    The Cross Complaint fails to state a claim upon which relief can be granted.

2.    Cross Plaintiff is not entitled to implied indemnity because there is no basis or relationship in law or fact which would entitle it to seek indemnity from the Defendant/Cross Defendant.

WHEREFORE, Defendant/Cross Defendant, VAIDIK INTERNATIONAL, INC. prays that judgment be entered in its favor and against Defendant/Cross Plaintiff Choice Hotels, International.

### COUNT XV (AGAINST VAIDIK INTERNATIONAL, INC.)

1.    Defendant/Cross Defendant admits that Choice Hotels has been named a Defendant in a lawsuit filed by Bonnie E. Leiser in which she makes such allegations.  Defendant/Cross Defendant denies the remaining allegations in paragraph 1, except as otherwise admitted in its Answer to the Plaintiff Bonnie E. Leiser's Amended Complaint.

2.    Defendant/Cross Defendant admits that Plaintiff Bonnie E. Leiser alleges in her complaint that she  sustained injuries as a result of contracting Legionnaire's Disease and  she alleges the injuries were the result of the operation and maintenance of the aquatic facilities described in her complaint.

3.    Defendant/Cross Defendant admits the allegations of Paragraph 3.

4.    Defendant/Cross Defendant denies the allegations of Paragraph 4.

5.    Defendant/Cross Defendant denies the allegations of Paragraph 5.

HEYL ROYSTER
VOELKER
& ALLEN

Suite 575
National City Center
1 N. Old State Capitol Plaza
P.O. Box 1687
Springfield, IL 62705-1687
Fax (217) 523-3902
(217) 522-8822

10375-R5911
DMW/

6.     Defendant/Cross Defendant denies the allegations of Paragraph 6.

WHEREFORE, Defendant/Cross Defendant, VAIDIK INTERNATIONAL, INC. prays that

judgment be entered in its favor and against Defendant/Cross Plaintiff Choice Hotels, International.

Respectfully submitted,

SWAGAT GROUP, LLC, d/b/a COMFORT INN OF LINCOLN, VASANT PATEL, HIMANSHU M. DESAI, VIJAY C. PATEL, and VAIDIK INTERNATIONAL, INC.,

HEYL, ROYSTER, VOELKER & ALLEN
Attorneys for Defendants

BY:    /s/ David M. Walter
       Adrian E. Harless, #6183092
       Frederick P. Velde, #2893908
       David M. Walter, #6244907
       HEYL, ROYSTER, VOELKER & ALLEN
       Suite 575, National City Center
       P. O. Box 1687
       Springfield, IL  62705
       Phone: (217) 522-8822
       Fax:    (217) 523-3902
       E-mail: aharless@hrva.com
               fvelde@hrva.com
               dwalter@hrva.com

## CERTIFICATE OF SERVICE

I hereby certify that on February 4, 2008, I electronically filed **ANSWER TO CROSS CLAIM** with the Clerk of Court using the CM/ECF system which will send notification of such filings(s) to the following:

Thomas M. Lake
tlake@dudleylake.com

Patrick E. Halliday

HEYL ROYSTER
VOELKER
& ALLEN

Suite 575
National City Center
1 N. Old State Capitol Plaza
P.O. Box 1687
Springfield, IL 62705-1687
Fax (217) 523-3902
(217) 522-8822

17

10375-R5911
DMW/


phalliday@dudleylake.com

John E. Nolan
jnolan@hinshawlaw.com

and I hereby certify that on February 4, 2008, I mailed by United States Postal Service, the
document(s) to the following non-registered participants:
           None.

                                         /s/ David M. Walter
                                         Adrian E. Harless, #6183092
                                         Frederick P. Velde, #2893908
                                         David M. Walter, #6244907
                                         HEYL, ROYSTER, VOELKER & ALLEN
                                         Suite 575, National City Center
                                         P. O. Box 1687
                                         Springfield, IL  62705
                                         Phone: (217) 522-8822
                                         Fax:     (217) 523-3902
                                         E-mail: aharless@hrva.com
                                                     fvelde@hrva.com
                                                     dwalter@hrva.com

HEYL ROYSTER
VOELKER
& ALLEN

Suite 575
National City Center
1 N. Old State Capitol Plaza
P.O. Box 1687
Springfield, IL 62705-1687
Fax (217) 523-3902
(217) 522-8822