UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| BONNIE E. LEISER,<br><br>    Plaintiff,<br><br>v.<br><br>SWAGAT GROUP, LLC., Individually and d/b/a COMFORT INN OF LINCOLN, IL and/or d/b/a THE BEST WESTERN OF LINCOLN, IL, CHOICE HOTELS INTERNATIONAL, INC., VASANT PATEL, Individually, HIMANSHU M. DESAI, Individually, VIJAY C. PATEL, Individually, VAIDIK INTERNATIONAL, INC.,<br><br>    Defendants/Cross-Claimants. | Case No.: 07-CV-3254<br><br>Judge: BYRON G. CUDMORE |

**MOTION FOR EXTENSION OF TIME**

COMES NOW the Defendant, CHOICE HOTELS INTERNATIONAL, INC., by and through its attorneys, HINSHAW & CULBERTSON LLP, and pursuant to FRCP 6(b) and CDIL-LR 6.1, states for its Motion for Extension of Time, the following:

1. On January 15, 2008, Defendants, SWAGAT GROUP, LLC., d/b/a COMFORT INN OF LINCOLN, VASANT PATEL, HIMANSHU M. DESAI, VIJAY C. PATEL and VAIDIK INTERNATIONAL, INC., filed an Answer to Plaintiff's Amended Complaint, together with a Cross-Claim against CHOICE HOTELS INTERNATIONAL, INC.

2. That CHOICE HOTELS INTERNATIONAL, INC.'S Answer to Cross-Claimant's Cross-Claim may have been due February 4, 2008.

3. That Counsel for the Defendant/Cross-Defendant, CHOICE HOTELS INTERNATIONAL, INC., was stranded at his residence due to a snow storm on Friday, February 1, 2008.

60170645v1 882662

4. That Counsel for the Defendant/Cross-Defendant, CHOICE HOTELS INTERNATIONAL, INC., was home with an illness on Monday, February 4, 2008.

5. That Defendant/Cross-Defendant's counsel was unable to effectuate a response to Defendant/Cross-Claimant's Cross-Claim on February 1st or February 4th due to his absence from the office, which both absences were out of the control of counsel for CHOICE HOTELS INTERNATIONAL, INC.

6. That Defendant/Cross-Defendant, CHOICE HOTELS INTERNATIONAL, INC., seeks an additional day within which to file a responsive pleading to Cross-Claimants SWAGAT GROUP, LLC., d/b/a COMFORT INN OF LINCOLN, VASANT PATEL, HIMANSHU M. DESAI, VIJAY C. PATEL and VAIDIK INTERNATIONAL, INC., Cross-Claim, which is based upon contribution.

7. That defense counsel has a response to Defendant/Cross-Claimant's Cross-Claim ready to be filed February 5, 2008 and attaches said Answer to this Motion and requests it be deemed filed *instanter* should this Court grant this Motion.

8. That a one day extension of time to Defendant/Cross-Claimant's Cross-Claim in relation to Plaintiff's First Amended Complaint will not unduly prejudice Defendant/Cross-Claimant or other parties.

9. That as the substantive nature of Plaintiff's claims in her Amended Complaint have changed little from her initial Complaint, the proposed response to Defendant/Cross-Claimant's Cross-Claim is essentially the same defenses already set forth.

10. That there has been no Scheduling Order entered, or Scheduling Conference set with the Court at this time due to the additional Defendants named by the Plaintiff in her Amended Complaint.

60170645v1 882662

11. That the parties have not exchanged Rule 26 Disclosures at this time.

12. That no oral discovery has yet to be undertaken in this case.

13. That the parties anticipate that the matter will not be ready for trial until approximately two years from this date.

14. That counsel for Defendant/Cross-Claimant has no objection to this Motion.

15. That a denial of this Motion would create substantial injustice given Defendant has viable defenses to the Cross-Claim as asserted by Defendants/Cross-Claimants, SWAGAT GROUP, LLC., d/b/a COMFORT INN OF LINCOLN, IL, VASANT PATEL, HIMANSHU M. DESAI, VIJAY C. PATEL and VAIDIK INTERNATIONAL, INC.

WHEREFORE, Defendant, CHOICE HOTELS INTERNATIONAL, INC., respectfully requests that this Honorable Court grant its Motion for Extension of Time and deem its Answer to Defendants/Cross-Claimants' Cross-Claim filed *instanter*.

Respectfully submitted,

/s/ John E. Nolan
John E. Nolan
Hinshaw & Culbertson LLP
400 South Ninth Street
Suite 200
Springfield, IL 62701
Telephone: 217-528-7375
Facsimile: 217-528-0075
Attorney Bar No. 62070472
jnolan@hinshawlaw.com

60170645v1 882662

## CERTIFICATE OF SERVICE

I hereby state that on February 5, 2008, the undersigned electronically filed the foregoing document on behalf of Defendant, CHOICE HOTELS INTERNATIONAL, INC., with the Clerk of the Court of the U.S. District Court, Central District, using CM-ECF system which will send notification of such filing to the following:

tlake@dudleylake.com

aharless@hrva.com

>/s/ John E. Nolan
>HINSHAW & CULBERTSON LLP
>400 S. 9th, Suite 200
>Springfield, IL  62701
>(217) 528-7375
>(217) 528-0075 (Facsimile)
>jnolan@hinshawlaw.com
>Attorney Bar No. 62070472

4

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| BONNIE E. LEISER,<br><br>    Plaintiff,<br><br>v.<br><br>SWAGAT GROUP, LLC., Individually and d/b/a COMFORT INN OF LINCOLN, IL and/or d/b/a THE BEST WESTERN OF LINCOLN, IL, CHOICE HOTELS INTERNATIONAL, INC., VASANT PATEL, Individually, HIMANSHU M. DESAI, Individually, VIJAY C. PATEL, Individually, VAIDIK INTERNATIONAL, INC.,<br><br>    Defendants/Cross-Claimants.. | Case No.: 07-CV-3254<br><br>Judge: BYRON G. CUDMORE |

**ANSWER TO CROSS-CLAIM**

COMES NOW CHOICE HOTELS INTERNATIONAL, INC., by and through its attorneys, HINSHAW & CULBERTSON LLP, and for its Answer to the Cross-Claim filed by SWAGAT GROUP, LLC., d/b/a COMFORT INN OF LINCOLN, VASANT PATEL, HIMANSHU M. DESAI, VIJAY C. PATEL and VAIDIK INTERNATIONAL, INC., states for its Answer, the following:

1.  Defendant, CHOICE HOTELS INTERNATIONAL, INC., admits that Plaintiff seeks recovery against SWAGAT GROUP, LLC., VASANT PATEL, HIMANSHU M. DESAI, VIJAY C. PATEL and VAIDIK INTERNATIONAL, INC., as well as CHOICE HOTELS INTERNATIONAL, INC., however, denies that Plaintiff is entitled to any relief as alleged by Plaintiff in her Amended Complaint as against CHOICE HOTELS INTERNATIONAL, INC.

2.  Defendant, CHOICE HOTELS INTERNATIONAL, INC., denies the allegations contained in paragraph 2 of Cross-Claimant's Cross-Claim.

60170643v1 882662

WHEREFORE, Defendant, CHOICE HOTELS INTERNATIONAL, INC. prays that judgment be entered in its favor and against Plaintiff, BONNIE E. LEISER, as to all relief sought in Cross-Claimant's Cross-Claim, and that this Defendant, CHOICE HOTELS INTERNATIONAL, INC., be awarded its costs of suit and any other relief this Court deems just.

Respectfully submitted,

/s/ John E. Nolan
John E. Nolan
Hinshaw & Culbertson LLP
400 South Ninth Street
Suite 200
Springfield, IL 62701
Telephone: 217-528-7375
Facsimile: 217-528-0075
Attorney Bar No. 62070472
jnolan@hinshawlaw.com

60170643v1 882662

**CERTIFICATE OF SERVICE**

I hereby state that on February 5, 2008, the undersigned electronically filed the foregoing document on behalf of Defendant, CHOICE HOTELS INTERNATIONAL, INC., with the Clerk of the Court of the U.S. District Court, Central District, using CM-ECF system which will send notification of such filing to the following:

tlake@dudleylake.com

aharless@hrva.com

/s/ John E. Nolan
HINSHAW & CULBERTSON LLP
400 S. 9th, Suite 200
Springfield, IL 62701
(217) 528-7375
(217) 528-0075 (Facsimile)
jnolan@hinshawlaw.com
Attorney Bar No. 62070472

60170643v1 882662