E-FILED
Tuesday, 05 February, 2008   04:42:32 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| BONNIE E. LEISER, <br><br> Plaintiff, <br><br> v. <br><br> SWAGAT GROUP, LLC., Individually and d/b/a COMFORT INN OF LINCOLN, IL and/or d/b/a THE BEST WESTERN OF LINCOLN, IL, CHOICE HOTELS INTERNATIONAL, INC., VASANT PATEL, Individually, HIMANSHU M. DESAI, Individually, VIJAY C. PATEL, Individually, VAIDIK INTERNATIONAL, INC., <br><br> Defendants/Cross-Claimants.. | Case No.: 07-CV-3254 <br><br> Judge: BYRON G. CUDMORE |

## ANSWER TO CROSS-CLAIM

COMES NOW CHOICE HOTELS INTERNATIONAL, INC., by and through its attorneys, HINSHAW & CULBERTSON LLP, and for its Answer to the Cross-Claim filed by SWAGAT GROUP, LLC., d/b/a COMFORT INN OF LINCOLN, VASANT PATEL, HIMANSHU M. DESAI, VIJAY C. PATEL and VAIDIK INTERNATIONAL, INC., states for its Answer, the following:

1. Defendant, CHOICE HOTELS INTERNATIONAL, INC., admits that Plaintiff seeks recovery against SWAGAT GROUP, LLC., VASANT PATEL, HIMANSHU M. DESAI, VIJAY C. PATEL and VAIDIK INTERNATIONAL, INC., as well as CHOICE HOTELS INTERNATIONAL, INC., however, denies that Plaintiff is entitled to any relief as alleged by Plaintiff in her Amended Complaint as against CHOICE HOTELS INTERNATIONAL, INC.

2. Defendant, CHOICE HOTELS INTERNATIONAL, INC., denies the allegations contained in paragraph 2 of Cross-Claimant's Cross-Claim.

WHEREFORE, Defendant, CHOICE HOTELS INTERNATIONAL, INC. prays that judgment be entered in its favor and against Plaintiff, BONNIE E. LEISER, as to all relief sought in Cross-Claimant's Cross-Claim, and that this Defendant, CHOICE HOTELS INTERNATIONAL, INC., be awarded its costs of suit and any other relief this Court deems just.

Respectfully submitted,

/s/ John E. Nolan
John E. Nolan
Hinshaw & Culbertson LLP
400 South Ninth Street
Suite 200
Springfield, IL 62701
Telephone: 217-528-7375
Facsimile: 217-528-0075
Attorney Bar No. 62070472
jnolan@hinshawlaw.com

60170643v1 882662

## CERTIFICATE OF SERVICE

I hereby state that on February 5, 2008, the undersigned electronically filed the foregoing document on behalf of Defendant, CHOICE HOTELS INTERNATIONAL, INC., with the Clerk of the Court of the U.S. District Court, Central District, using CM-ECF system which will send notification of such filing to the following:

tlake@dudleylake.com

aharless@hrva.com

/s/ John E. Nolan
HINSHAW & CULBERTSON LLP
400 S. 9th, Suite 200
Springfield, IL 62701
(217) 528-7375
(217) 528-0075 (Facsimile)
jnolan@hinshawlaw.com
Attorney Bar No. 62070472

3

60170643v1 882662