UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

BONNIE E. LEISER, )
)
      Plaintiff, )
)
v. )
) Case No:07 cv 3254
)
SWAGAT GROUP, LLC, Individually, and d/b/a )
COMFORT INN OF LINCOLN, ILLINOIS )
and/or d/b/a THE BEST WESTERN OF )
LINCOLN, ILLINOIS; CHOICE HOTELS )
INTERNATIONAL, INC., VASANT PATEL, )
Individually and as agent of Choice Hotels )
International; HIMANSHU M. DESAI, )
Individually and as agent of Choice Hotels )
International; VIJAY C. PATEL, Individually and )
As Agent of Choice Hotels International; )
And VAIDIK INTERNATIONAL, INC., )
)
      Defendants. )

## PLAINTIFF'S ANSWER TO DEFENDANT, CHOICE HOTELS INTERNATIONAL, INC.'S, AFFIRMATIVE DEFENSES TO PLAINTIFF'S FIRST AMENDED COMPLAINT

NOW COMES the Plaintiff, BONNIE LEISER, by and through her attorneys, DUDLEY & LAKE, LLC, an in response to Defendant, CHOICE HOTELS INTERNATIONAL INC.'S Affirmative Defenses to Plaintiff's First Amended Complaint, states as follows:

### AFFIRMATIVE DEFENSES TO COUNT III

1.    Plaintiff has insufficient knowledge to either admit or deny the allegations and demand strict proof thereof.

2.    Plaintiff has insufficient knowledge to either admit or deny the allegations and demand strict proof thereof.

3.    Denies.

4.    Denies.

WHEREFORE, Plaintiff, BONNIE LEISER, respectfully request that this Court strike and/or dismiss with prejudice the Affirmative Defenses to Count III of Plaintiff's First Amended Complaint.

### AFFIRMATIVE DEFENSE TO COUNT IV

1. Plaintiff has insufficient knowledge to either admit or deny the allegations and demand strict proof thereof.

2. Plaintiff has insufficient knowledge to either admit or deny the allegations and demand strict proof thereof.

3. Denies.

4. Denies.

WHEREFORE, Plaintiff, BONNIE LEISER, respectfully request that this Court strike and/or dismiss with prejudice the Affirmative Defenses to Count IV of Plaintiff's First Amended Complaint.

### AFFIRMATIVE DEFENSE TO COUNT V

1. Plaintiff has insufficient knowledge to either admit or deny the allegations and demand strict proof thereof.

2. Plaintiff has insufficient knowledge to either admit or deny the allegations and demand strict proof thereof.

3. Denies.

4. Denies.

WHEREFORE, Plaintiff, BONNIE LEISER, respectfully request that this Court strike and/or dismiss with prejudice the Affirmative Defenses to Count V of Plaintiff's First Amended Complaint.

Respectfully submitted,

s/Thomas M. Lake
_____
Attorney for Plaintiff

Thomas M. Lake (06201500)
Dudley & Lake, LLC
100 E. Cook Ave., 2nd Floor
Libertyville, IL 60048
(847) 362-5385