UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| BONNIE E. LEISER,<br><br>　　　　Plaintiff,<br><br>v.<br><br>SWAGAT GROUP, LLC, Individually, and d/b/a COMFORT INN OF LINCOLN, ILLINOIS and/or d/b/a THE BEST WESTERN OF LINCOLN, ILLINOIS; CHOICE HOTELS INTERNATIONAL, INC., VASANT PATEL, Individually and as agent of Choice Hotels International; HIMANSHU M. DESAI, Individually and as agent of Choice Hotels International; VIJAY C. PATEL, Individually and As Agent of Choice Hotels International; And VAIDIK INTERNATIONAL, INC.,<br><br>　　　　Defendants. | )<br>)<br>)<br>)<br>)<br>)  Case No:07 cv 3254<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## Notice of Filing

To:　All Counsel of Record
　　　(see attached Service List)

　　**PLEASE TAKE NOTICE** that on **February 18, 2008** there was electronically filed with the Clerk of the Court for the Central District of Illinois, **Plaintiff's Answer to Defendant, Choice Hotel International, Inc.'s Affirmative Defenses to Plaintiff's First Amended Complaint**, a copy of which is attached and herewith served upon you.

## CERTIFICATE OF SERVICE

　　Under penalties of perjury, as provided by law pursuant to Section 1-109 of the Code of Civil Procedure 735 ILCS 5/1-109, the undersigned certifies that a copy of this Notice, together with the document referred to therein, was served to all parties above who are registered with the United States District Court for the Central District electronic filing system *via electronic e-mail through the CM/ECF system*, and to all parties directed above who are not registered, by *First Class mail* on this 18th day of **February, 2008**.

　　　　　　　　　　　　　　　　　　　　　　　　s/ Thomas M. Lake
　　　　　　　　　　　　　　　　　　　　　　　　_____

Thomas M. Lake (06201500)
Dudley & Lake, LLC
100 E. Cook Ave., 2nd Floor
Libertyville, IL  60048
(847) 362-5385

SERVICE LIST

Re:     Bonnie E. Leiser v. Swagat Group, LLC, et al.
        Case No.: 07 cv 3254
        Presiding Judge Jeanne E. Scott

**Attorney for Defendant Choice Hotels International, Inc. (and Cross Claimant)**
John E. Nolan
Hinshaw & Culbertson
400 S. Ninth Street, Suite 200
Springfield, IL 62701
(217) 528-7375
(217) 528-0075 fax
jnolan@hinshawlaw.com

**Attorneys for Defendant Vasant Patel (and Cross Defendant)**
**Attorneys for Defendant Swagat Group, LLC (and Cross Defendant)**
**Attorneys for Defendant Himanshu M. Desai (and Third Party Defendant)**
**Attorneys for Defendant Vijay C. Patel (and Third Party Defendant)**
**Attorneys for Defendant Vaidik International (and Third Party Defendant)**
Adrian E. Harless
Frederick P. Velde
David M. Walter
Heyl, Royster, Voelker & Allen
National City Bank Bldg.
One N. Old State Capitol Plaza, Suite 575
P.O. Box 1687
Springfield, IL 62705
(217) 522-8822
(217) 523-3902 fax
aharless@hrva.com (Adrian Harless)
fvelde@hrva.com (Frederick Velde)
dwalter@hrva.com (David Walter)