**E-FILED**
Monday, 18 February, 2008 11:53:20 AM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| BONNIE E. LEISER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No:   07 cv 3254 |
| ) | |
| SWAGAT GROUP, LLC, Individually and d/b/a ) | |
| COMFORT INN OF LINCOLN, ILLINOIS ) | |
| and/or d/b/a THE BEST WESTERN OF ) | |
| LINCOLN, ILLINOIS; CHOICE HOTELS ) | |
| INTERNATIONAL, INC., and ) | |
| VASANT PATEL, Individually, ) | |
| ) | |
| Defendants. ) | |

## CERTIFICATE OF SERVICE

I, the undersigned state that on the 18th day of **February 18, 2008**, the following described documents were served by placing a true and correct copy thereof in an envelope, addressed as is shown below; that said envelope was sealed; that sufficient U.S. postage for the first class mail was placed thereon, and the same was deposited in the U.S. Mail at Libertyville, Illinois, at or about the hour of 5:00 p.m.

Document Described:   Plaintiff's Interrogatories to Defendant, Vaidik International, Inc.
                                         Plaintiff's Production Request to All Defendants

Addressed to:   Adrian E. Harless
Heyl, Royster, Voelker & Allen      &   All Counsel of Record
National City Bank Bldg.                    (see attached Service List)
One N. Old State Capitol Plaza, Suite 575
P.O. Box 1687
Springfield, IL 62705

s/ Thomas M. Lake
_____

Thomas M. Lake (06201500)
Dudley & Lake, LLC
100 E. Cook Ave., 2nd Floor
Libertyville, IL 60048
(847) 362-5385

SERVICE LIST

Re:   Bonnie E. Leiser v. Swagat Group, LLC, et al.
      Case No.: 07 cv 3254

**Attorney for Defendant Choice Hotels International, Inc. (and Cross Claimant)**
John E. Nolan
Hinshaw & Culbertson
400 S. Ninth Street, Suite 200
Springfield, IL 62701
(217) 528-7375
(217) 528-0075 fax
jnolan@hinshawlaw.com

**Attorneys for Defendant Vasant Patel (and Cross Defendant)**
**Attorneys for Defendant Swagat Group, LLC (and Cross Defendant)**
**Attorneys for Defendant Himanshu M. Desai (and Third Party Defendant)**
**Attorneys for Defendant Vijay C. Patel (and Third Party Defendant)**
**Attorneys for Defendant Vaidik International (and Third Party Defendant)**
Adrian E. Harless
Frederick P. Velde
David M. Walter
Heyl, Royster, Voelker & Allen
National City Bank Bldg.
One N. Old State Capitol Plaza, Suite 575
P.O. Box 1687
Springfield, IL 62705
(217) 522-8822
(217) 523-3902 fax
aharless@hrva.com (Adrian Harless)
fvelde@hrva.com (Frederick Velde)
dwalter@hrva.com (David Walter)