10375-R5911
AEH/jlp

IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| BONNIE E. LEISER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 07-CV-3254 |
| ) | |
| SWAGAT GROUP, LLC, Individually, and ) | |
| d/b/a COMFORT INN OF LINCOLN, ) | |
| ILLINOIS, and/or d/b/a THE BEST ) | |
| WESTERN OF LINCOLN, ILLINOIS, ) | |
| CHOICE HOTELS INTERNATIONAL, ) | |
| INC., VASANT PATEL, Individually and as ) | |
| agent of Choice Hotels International, ) | |
| HIMANSHU M. DESAI, Individually and as ) | |
| agent of Choice Hotels International, ) | |
| VIJAY C. PATEL, Individually and as ) | |
| agent of Choice Hotels International, and ) | |
| VAIDIK INTERNATIONAL, INC., ) | |
| ) | |
| Defendants. ) | |

**STATUS REPORT REGARDING CITIZENSHIP**

NOW COMES the Defendant, SWAGAT GROUP, LLC, by its attorneys, HEYL, ROYSTER, VOELKER & ALLEN, and in response to the Court's request for a status report regarding the citizenship of each of the members of Swagat Group, LLC, states as follows:

1. Swagat Group, LLC consists of the following members:

   a. Himanshu Desai, a citizen of the State of Illinois;

   b. Vasant Patel, a citizen of the State of Illinois;

   c. Vijay Patel, a citizen of the State of Illinois; and

   d. Vaidik International, a resident of the State of Illinois.

HEYL ROYSTER
VOELKER
& ALLEN

Suite 575
National City Center
1 N. Old State Capitol Plaza
P.O. Box 1687
Springfield, IL 62705-1687
Fax (217) 523-3902
(217) 522-8822

10375-R5911
AEH/jlp

           Respectfully submitted,

           SWAGAT GROUP, LLC., Defendant

           HEYL, ROYSTER, VOELKER & ALLEN,
           Attorneys for Defendant,

BY:   /s/ Adrian E. Harless
       Adrian E. Harless, #6183092
       Frederick P. Velde, #2893908
       David M. Walter, #6244907
       HEYL, ROYSTER, VOELKER & ALLEN
       Suite 575, National City Center
       P. O. Box 1687
       Springfield, IL 62705
       Phone: (217) 522-8822
       Fax:   (217) 523-3902
       E-mail: aharless@hrva.com
                fvelde@hrva.com
                dwalter@hrva.com

**HEYL ROYSTER**
**VOELKER**
**& ALLEN**

**Suite 575**
**National City Center**
**1 N. Old State Capitol Plaza**
**P.O. Box 1687**
**Springfield, IL 62705-1687**
**Fax (217) 523-3902**
**(217) 522-8822**

2

10375-R5911
AEH/jlp

# CERTIFICATE OF SERVICE

I hereby certify that on February 22, 2008, I electronically filed **STATUS REPORT REGARDING CITIZENSHIP** with the Clerk of Court using the CM/ECF system which will send notification of such filings(s) to the following:

Thomas M. Lake
tlake@dudleylake.com

Patrick E. Halliday
phalliday@dudleylake.com

John E. Nolan
jnolan@hinshawlaw.com

and I hereby certify that on February 22, 2008, I mailed by United States Postal Service, the document(s) to the following non-registered participants:

None.

/s/ Adrian E. Harless

Adrian E. Harless, #6183092
Frederick P. Velde, #2893908
David M. Walter, #6244907
HEYL, ROYSTER, VOELKER & ALLEN
Suite 575, National City Center
P. O. Box 1687
Springfield, IL 62705
Phone: (217) 522-8822
Fax:    (217) 523-3902
E-mail: aharless@hrva.com
             fvelde@hrva.com
             dwalter@hrva.com

**HEYL ROYSTER VOELKER & ALLEN**

Suite 575
National City Center
1 N. Old State Capitol Plaza
P.O. Box 1687
Springfield, IL 62705-1687
Fax (217) 523-3902
(217) 522-8822