E-FILED
Friday, 28 March, 2008   09:31:51 AM
Clerk, U.S. District Court, ILCD

10375-R5911
AEH/jlp

IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| BONNIE E. LEISER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 07-CV-3254 |
| | ) |
| SWAGAT GROUP, LLC, Individually, and | ) |
| d/b/a COMFORT INN OF LINCOLN, | ) |
| ILLINOIS, and/or d/b/a THE BEST | ) |
| WESTERN OF LINCOLN, ILLINOIS, | ) |
| CHOICE HOTELS INTERNATIONAL, | ) |
| INC., VASANT PATEL, Individually and as | ) |
| agent of Choice Hotels International, | ) |
| HIMANSHU M. DESAI, Individually and as | ) |
| agent of Choice Hotels International, | ) |
| VIJAY C. PATEL, Individually and as | ) |
| agent of Choice Hotels International, and | ) |
| VAIDIK INTERNATIONAL, INC., | ) |
| | ) |
| Defendants. | ) |

**DEFENDANTS' RULE 26(a)(1) INITIAL DISCLOSURES**

NOW COME the Defendants, SWAGAT GROUP, LLC, d/b/a COMFORT INN OF

LINCOLN, VASANT PATEL, HIMANSHU M. DESAI, VIJAY C. PATEL, and VAIDIK

INTERNATIONAL, INC., by their attorneys, HEYL, ROYSTER, VOELKER & ALLEN, and

for their Federal Rule 26(a)(1) Initial Disclosures, state as follows:

**I.    RESPONSES TO RULE 26(a)(1)(A):**

<u>Witnesses</u>

Individuals likely to have discoverable information:

1.    Himanshu M. Desai
      701 Waterford Drive
      Des Plaines, IL  60016

HEYL ROYSTER
VOELKER
&ALLEN

Suite 575
National City Center
1 N. Old State Capitol Plaza
P.O. Box 1687
Springfield, IL 62705-1687
Fax (217) 523-3902
(217) 522-8822

10375-R5911
AEH/jlp

   Mr. Desai has information regarding Swagat Group, LLC, Vaidik International, Inc., and the ownership and operation of the Comfort Inn facility.

2. Vijay C. Patel
   608 North Third Avenue
   Des Plaines, IL  60016
   Mr. Desai has information regarding Swagat Group, LLC, Vaidik International, Inc., and the ownership and operation of the Comfort Inn facility.

3. Vasant Patel
   608 North Third Avenue
   Des Plaines, IL  60016
   Mr. Patel has information regarding Swagat Group, LLC, Vaidik International, Inc., and the ownership and day-to-day operation of the Comfort Inn facility including the pool and spa.

## II. RESPONSE TO RULE 26(a)(1)(B):

Documents

i. Defendants have purchase, repair and maintenance records for the Comfort Inn facility which they intend to use at trial.

ii. See documents exchanged in the course of discovery, including documents produced by the parties, the Illinois Department of Public Health and the Logan County Health Department in response to Freedom of Information Act requests made by the parties.

## III. RESPONSE TO RULE 26(a)(1)(C):

Damages

This is not applicable to these Defendants.

## IV. RESPONSE TO RULE 26(a)(1)(D):

Insurance Agreement

None.

HEYL ROYSTER
VOELKER
&ALLEN

Suite 575
National City Center
1 N. Old State Capitol Plaza
P.O. Box 1687
Springfield, IL 62705-1687
Fax (217) 523-3902
(217) 522-8822

10375-R5911
AEH/jlp

           Respectfully submitted,

           SWAGAT GROUP, LLC, d/b/a COMFORT INN OF LINCOLN, VASANT PATEL, HIMANSHU M. DESAI, VIJAY C. PATEL, and VAIDIK INTERNATIONAL, INC., Defendants

           HEYL, ROYSTER, VOELKER & ALLEN, Attorneys for Defendants,

BY:   /s/ Adrian E. Harless
       Adrian E. Harless, #6183092
       Frederick P. Velde, #2893908
       David M. Walter, #6244907
       HEYL, ROYSTER, VOELKER & ALLEN
       Suite 575, National City Center
       P. O. Box 1687
       Springfield, IL  62705
       Phone: (217) 522-8822
       Fax:   (217) 523-3902
       E-mail: aharless@hrva.com
              fvelde@hrva.com
              dwalter@hrva.com

**HEYL ROYSTER**
**VOELKER**
**& ALLEN**

**Suite 575
National City Center
1 N. Old State Capitol Plaza
P.O. Box 1687
Springfield, IL 62705-1687
Fax (217) 523-3902
(217) 522-8822**

3

10375-R5911
AEH/jlp

## CERTIFICATE OF SERVICE

I hereby certify that on March 28, 2008, I electronically filed **DEFENDANTS' RULE 26(a)(1) INITIAL DISCLOSURES** with the Clerk of Court using the CM/ECF system which will send notification of such filings(s) to the following:

> Thomas M. Lake
> tlake@dudleylake.com
>
> Patrick E. Halliday
> phalliday@dudleylake.com
>
> John E. Nolan
> jnolan@hinshawlaw.com

and I hereby certify that on March 28, 2008, I mailed by United States Postal Service, the document(s) to the following non-registered participants:

> None

/s/ Adrian E. Harless
Adrian E. Harless, #6183092
Frederick P. Velde, #2893908
David M. Walter, #6244907
HEYL, ROYSTER, VOELKER & ALLEN
Suite 575, National City Center
P. O. Box 1687
Springfield, IL  62705
Phone: (217) 522-8822
Fax:    (217) 523-3902
E-mail: aharless@hrva.com
              fvelde@hrva.com
          dwalter@hrva.com

**HEYL ROYSTER VOELKER & ALLEN**

Suite 575
National City Center
1 N. Old State Capitol Plaza
P.O. Box 1687
Springfield, IL 62705-1687
Fax (217) 523-3902
(217) 522-8822