10375-R5911
AEH/jlp

IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| BONNIE E. LEISER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 07-CV-3254 |
| ) | |
| SWAGAT GROUP, LLC, Individually, and ) | |
| d/b/a COMFORT INN OF LINCOLN, ) | |
| ILLINOIS, and/or d/b/a THE BEST ) | |
| WESTERN OF LINCOLN, ILLINOIS, ) | |
| CHOICE HOTELS INTERNATIONAL, ) | |
| INC., VASANT PATEL, Individually and as ) | |
| agent of Choice Hotels International, ) | |
| HIMANSHU M. DESAI, Individually and as ) | |
| agent of Choice Hotels International, ) | |
| VIJAY C. PATEL, Individually and as ) | |
| agent of Choice Hotels International, and ) | |
| VAIDIK INTERNATIONAL, INC., ) | |
| ) | |
| Defendants. ) | |

**PROOF OF SERVICE BY MAIL**

NOW COMES Adrian E. Harless, counsel for Defendants, SWAGAT GROUP, LLC, VASANT PATEL, HIMANSHU M. DESAI, VIJAY C. PATEL, and VAIDIK INTERNATIONAL, INC., and hereby certifies that the below-listed discovery responses:

1. Swagat Group, LLC's, Answers to Plaintiff's Interrogatories;
2. Vasant Patel's Answers to Plaintiff's Interrogatories;
3. Himanshu M. Desai's Answers to Plaintiff's Interrogatories;
4. Vijay C. Patel's Answers to Plaintiff's Interrogatories;
5. Vaidik International, Inc.'s Answers to Plaintiff's Interrogatories; and
6. Defendants', Swagat Group, LLC, Vasant Patel, Himanshu M. Desai, Vijay C. Patel, and Vaidik International, Inc., Response to Plaintiff's Production Request to All Defendants

were served on the following: <u>See attached Service List</u> by depositing the same in the U.S. Mail, postage prepaid, at Springfield, Illinois on April 17, 2007.

BY:  /s/ Adrian E. Harless
Adrian E. Harless, #6183092
HEYL, ROYSTER, VOELKER & ALLEN
Suite 575, National City Center
P. O. Box 1687
Springfield, IL  62705
Phone: (217) 522-8822
Fax:    (217) 523-3902

**HEYL ROYSTER VOELKER & ALLEN**

Suite 575
National City Center
1 N. Old State Capitol Plaza
P.O. Box 1687
Springfield, IL 62705-1687
Fax (217) 523-3902
(217) 522-8822

10375-R5911
AEH/jlp

E-mail: aharless@hrva.com

**HEYL ROYSTER VOELKER & ALLEN**

**Suite 575
National City Center
1 N. Old State Capitol Plaza
P.O. Box 1687
Springfield, IL 62705-1687
Fax (217) 523-3902
(217) 522-8822**

10375-R5911
AEH/jlp

## SERVICE LIST:

Mr. John E. Nolan
Hinshaw & Culbertson LLP
400 South Ninth Street, Suite 200
Springfield, IL 62701-1908

Mr. Thomas M. Lake
Dudley & Lake, LLC
Second Floor, Suite 200
100 East Cook Avenue
Libertyville, IL 60048

Mr. Patrick E. Halliday
Dudley & Lake, LLC
Second Floor, Suite 200
100 East Cook Avenue
Libertyville, IL 60048

**HEYL ROYSTER VOELKER & ALLEN**

**Suite 575
National City Center
1 N. Old State Capitol Plaza
P.O. Box 1687
Springfield, IL 62705-1687
Fax (217) 523-3902
(217) 522-8822**