10375-R5911
AEH/jlp

IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| BONNIE E. LEISER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 07-CV-3254 |
| ) | |
| SWAGAT GROUP, LLC, Individually, and ) | |
| d/b/a COMFORT INN OF LINCOLN, ) | |
| ILLINOIS, and/or d/b/a THE BEST ) | |
| WESTERN OF LINCOLN, ILLINOIS, ) | |
| CHOICE HOTELS INTERNATIONAL, ) | |
| INC., VASANT PATEL, Individually and as ) | |
| agent of Choice Hotels International, ) | |
| HIMANSHU M. DESAI, Individually and as ) | |
| agent of Choice Hotels International, ) | |
| VIJAY C. PATEL, Individually and as ) | |
| agent of Choice Hotels International, and ) | |
| VAIDIK INTERNATIONAL, INC., ) | |
| ) | |
| Defendants. ) | |

**PROOF OF SERVICE BY MAIL**

NOW COMES Adrian E. Harless, counsel for Defendants, SWAGAT GROUP, LLC, VASANT PATEL, HIMANSHU M. DESAI, VIJAY C. PATEL, and VAIDIK INTERNATIONAL, INC., and hereby certifies that copies of Defendants', Swagat Group, LLC, Vasant Patel, Himanshu M. Desai, Vijay C. Patel, and Vaidik International, Inc., First Supplemental Response to Plaintiff's Production Request to All Defendants were served on the following: See Service List below by depositing the same in the U.S. Mail, postage prepaid, at Springfield, Illinois on May 14, 2008.

BY:  /s/ Adrian E. Harless
Adrian E. Harless, #6183092
HEYL, ROYSTER, VOELKER & ALLEN
Suite 575, National City Center
P. O. Box 1687
Springfield, IL  62705
Phone: (217) 522-8822
Fax:     (217) 523-3902
E-mail: aharless@hrva.com

**HEYL ROYSTER VOELKER & ALLEN**

Suite 575
National City Center
1 N. Old State Capitol Plaza
P.O. Box 1687
Springfield, IL 62705-1687
Fax (217) 523-3902
(217) 522-8822

**SERVICE LIST:**

| | | |
|---|---|---|
| Mr. John E. Nolan | Mr. Thomas M. Lake | Mr. Patrick E. Halliday |
| Hinshaw & Culbertson LLP | Dudley & Lake, LLC | Dudley & Lake, LLC |
| 400 South Ninth Street | Second Floor, Suite 200 | Second Floor, Suite 200 |
| Suite 200 | 100 East Cook Avenue | 100 East Cook Avenue |
| Springfield, IL  62701-1908 | Libertyville, IL  60048 | Libertyville, IL  60048 |

10375-R5911
AEH/jlp

**HeylRoyster**
**Voelker**
**&Allen**

**Suite 575**
**National City Center**
**1 N. Old State Capitol Plaza**
**P.O. Box 1687**
**Springfield, IL 62705-1687**
**Fax (217) 523-3902**
**(217) 522-8822**