UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| BONNIE E. LEISER, | ) |
| Plaintiff, | ) |
| v. | ) Case No.: 07-CV-3254 |
| | ) Judges: JEANE SCOTT |
| SWAGAT GROUP, LLC., Individually and | ) BYRON G. CUDMORE |
| d/b/a COMFORT INN OF LINCOLN, IL and/or | ) |
| d/b/a THE BEST WESTERN OF LINCOLN, | ) |
| IL, CHOICE HOTELS INTERNATIONAL, | ) |
| INC., VASANT PATEL, Individually, | ) |
| HIMANSHU M. DESAI, Individually, VIJAY | ) |
| C. PATEL, Individually, VAIDIK | ) |
| INTERNATIONAL, INC., | ) |
| Defendants. | ) |

## CHOICE HOTELS INTERNATIONAL INC'S RESPONSE TO PLAINTIFF'S MOTION FOR TEMPORARY RESTRAINING ORDER AND OTHER RELIEF

COMES NOW the Defendant, CHOICE HOTELS INTERNATIONAL, INC., by and through its attorneys, HINSHAW & CULBERTSON LLP and for its Response to Plaintiff's Motion for Temporary Restraining Order and Other Relief, states as follows:

1. Plaintiff's Amended Complaint alleges that Plaintiff, Bonnie Leiser, contracted Legionnaire's Disease while a guest at the Comfort Inn of Lincoln, IL in January of 2006.

2. Plaintiff has named as Defendants various individuals and entities who are franchisees of Choice Hotels International, Inc., including Swagat Group LLC, Vasant Patel, Himanshu Desai, Vijay Patel and Vaidik International, Inc. Choice Hotels International Inc. is a franchisor.

3. Choice Hotels International, Inc. has denied that it has ever owned, operated, maintained, or otherwise controlled the hotel identified by Plaintiff in Lincoln, IL and has affirmatively stated that the property was owned by franchisees. Swagat Group LLC has

60174318v1 882662

indicated that it was the owner of the hotel during the time period Plaintiff alleges she stayed at the hotel.

4. On May 16, 2008, Plaintiff filed a Motion seeking injunctive relief against "all named Defendants" in this cause.

5. Plaintiff seeks an Order from this Court requiring all named Defendants' bank accounts to be frozen until further determination.

6. Plaintiff's Motion seeks relief primarily for what she perceives to be proceeds received by Swagat Group LLC, and perhaps other franchisees, for the sale of the subject property. Since it was not an owner of the Lincoln, Illinois property, Choice Hotels International Inc. did not receive any proceeds from the sale of the hotel property by Swagat Group LLC.

7. Plaintiff has also alleged in her Motion that insurance companies have denied coverage for the injury sustained by Plaintiff. It is true that AMCO Insurance Co. has filed a declaratory judgment claim relating to policies which named Swagat Group LLC as an insured under a commercial general liability policy, said action now pending before this court as *AMCO Insurance Co. v. Swagat Group LLC, et al.* Case No.: 07-3330. However, Choice Hotels International is insured.

8. Plaintiff's allegation with regard to insurance coverage as it relates to Choice Hotels International, Inc. is erroneous.

9. In Choice Hotels International, Inc.'s Rule 26 Disclosure, and in response to Interrogatory No. 4 of Plaintiff's Interrogatories, Choice Hotels International, Inc. has disclosed the following applicable insurance coverage for the claims made by Plaintiff:

> Lexington Insurance Co. CGL Policy, eff. 4/01/05 – 4/01/06;
>
> American International Specialty Lines Ins. Co., Commercial Lines Umbrella Policy, eff. 4/1/05 – 4/1/06.

60174318v1 882662

10. Assuming, *arguendo*, Plaintiff's request for injunctive relief was proper, in light of the applicable insurance provided to Choice Hotels International Inc. to cover Plaintiff's claims should they prove successful, there would be no need for any injunctive relief to freeze the assets or bank accounts of Choice Hotels International, Inc.

11. That given the obvious harm to Choice Hotels International Inc. which would ensue should this court freeze its bank accounts and assets, including freezing payroll for hundreds of employees, and given that Plaintiff cannot establish either a likelihood of success on the merits of its claims against Choice Hotels International Inc., or that its remedy at law against Choice Hotels International Inc. is insufficient, Plaintiff cannot establish a right to the injunctive relief requested.

12. Furthermore, regardless of Plaintiff's apprehension that she may not be able to access the assets from the sale of the hotel from Swagat Group LLC should Plaintiff prevail, Plaintiff's Motion seeks what is in essence a pre-judgment attachment of assets of all named Defendants which is a request not well-founded in law.

13. The law does not provide for a process of equitable attachment. Taking away the control of property by means of an injunction for the purpose of anticipating a judgment is abhorrent to the principles of equitable jurisdiction. *Franz v. Kalaco Development Corp.*, 322 Ill. App.3d 941, 256 Ill. Dec. 413, 751 N.E.2d 1250 (2d Dist. 2001); *Lewis, et al. v. West Side Trust & Savings Bank of Chicago, et al.*, 288 Ill. App. 271, 6 N.E.2d 481 (1st Dist. 1937).

WHEREFORE, Defendant, CHOICE HOTELS INTERNATIONAL, INC., prays that Plaintiff's Motion for Temporary Restraining Order and Preliminary Injunction be denied by this Court.

Respectfully submitted,

/s/ John E. Nolan
John E. Nolan
Hinshaw & Culbertson LLP
400 South Ninth Street
Suite 200
Springfield, IL 62701
Telephone: 217-528-7375
Facsimile: 217-528-0075
jnolan@hinshawlaw.com

60174318v1 882662

## AFFIDAVIT OF SERVICE

The undersigned certifies that on May 16, 2008, she served a copy of the foregoing RESPONSE TO PLAINTIFF'S MOTION FOR TEMPORARY RESTRAINING ORDER AND OTHER RELIEF upon the following:

| | |
|---|---|
| Mr. Thomas M. Lake | Mr. Adrian E. Harless |
| Dudley & Lake LLC | Heyl, Royster, Voelker & Allen |
| 100 E. Cook Avenue, 2nd Floor | 1 N. Old State Capitol Plaza |
| Libertyville, IL  60048 | P. O. Box 1687 |
| | Springfield, IL  62705 |

by depositing a copy thereof, enclosed in an envelope, in the United States Mail at 400 South Ninth Street, Springfield, Illinois, proper postage prepaid, at or about the hour of 5:00 o'clock p.m., addressed as above.

_____

SUBSCRIBED and SWORN to
before me this _____ day of _____, 200\_\_.

_____
Notary Public

HINSHAW & CULBERTSON LLP
400 South Ninth Street
Suite 200
Springfield, IL  62701
217-528-7375