10375-R5911
AEH/jlp

IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| BONNIE E. LEISER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 07-CV-3254 |
| | ) |
| SWAGAT GROUP, LLC, Individually, and d/b/a COMFORT INN OF LINCOLN, ILLINOIS, and/or d/b/a THE BEST WESTERN OF LINCOLN, ILLINOIS, CHOICE HOTELS INTERNATIONAL, INC., VASANT PATEL, Individually and as agent of Choice Hotels International, HIMANSHU M. DESAI, Individually and as agent of Choice Hotels International, VIJAY C. PATEL, Individually and as agent of Choice Hotels International, and VAIDIK INTERNATIONAL, INC., | ) |
| | ) |
| Defendants. | ) |

## NOTICE OF TAKING DEPOSITION

TO:  Attorneys of Record
     Associated Court Reporters

YOU AND EACH OF YOU WILL HEREBY TAKE NOTICE that on **Tuesday, September 16, 2008 at 10:00 a.m., at Heyl, Royster, Voelker & Allen, 1 North Old State Capitol Plaza, National City Bank Center, Suite 575, Springfield, Illinois**, the Defendants, by HEYL, ROYSTER, VOELKER & ALLEN, will take the deposition of **BONNIE LEISER**, pursuant to Rule 30 and other applicable rules of the Federal Rules of Civil Procedure; that said deposition will be taken on oral interrogatories before a Notary Public and Certified Shorthand Reporter, or any other officer authorized by law to take depositions in like cases, at which time and place you may appear if you see fit so to do.

DATED:     July 25, 2008

HEYL ROYSTER
VOELKER
&ALLEN

Suite 575
National City Center
1 N. Old State Capitol Plaza
P.O. Box 1687
Springfield, IL 62705-1687
Fax (217) 523-3902
(217) 522-8822

10375-R5911
AEH/jlp

                                 SWAGAT GROUP, LLC, d/b/a COMFORT INN OF LINCOLN, VASANT PATEL, HIMANSHU M. DESAI, VIJAY C. PATEL, and VAIDIK INTERNATIONAL, INC., Defendants

BY: _____
HEYL, ROYSTER, VOELKER & ALLEN
            Adrian E. Harless

**HEYL ROYSTER**
**VOELKER**
**& ALLEN**

Suite 575
National City Center
1 N. Old State Capitol Plaza
P.O. Box 1687
Springfield, IL 62705-1687
Fax (217) 523-3902
(217) 522-8822

10375-R5911
AEH/jlp

## PROOF OF SERVICE

THE UNDERSIGNED certifies that a copy of the foregoing instrument was served upon the attorneys of record of all parties to the above cause by enclosing same in an envelope with postage prepaid, and by depositing said envelope in a United States Post Office mail box in Springfield, Illinois on July 25, 2008 addressed to such attorneys at their business address as disclosed by the pleadings of record herein.

BY: _____
HEYL, ROYSTER, VOELKER & ALLEN
Adrian E. Harless

Copies to:

Mr. Andrew M. Ramage
Hinshaw & Culbertson LLP
Suite 200
400 South Ninth Street
Springfield, IL 62701-1908

Mr. Thomas M. Lake
Dudley & Lake, LLC
Second Floor, Suite 200
100 East Cook Avenue
Libertyville, IL 60048

Mr. Patrick E. Halliday
Dudley & Lake, LLC
Second Floor, Suite 200
100 East Cook Avenue
Libertyville, IL 60048

Associated Court Reporters
P.O. Box 684
Taylorville, IL 62568

HEYL ROYSTER
VOELKER
& ALLEN

Suite 575
National City Center
1 N. Old State Capitol Plaza
P.O. Box 1687
Springfield, IL 62705-1687
Fax (217) 523-3902
(217) 522-8822