UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| BONNIE E. LEISER, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>SWAGAT GROUP LLC, LLC, Individually, )<br>and d/b/a COMFORT INN OF LINCOLN, )<br>ILLINOIS, and/or d/b/a THE BEST WESTERN )<br>OF LINCOLN, ILLINOIS, CHOICE HOTELS )<br>INTERNATIONAL, INC., VASANT PATEL, )<br>individually and as agent of Choice Hotels )<br>International, HIMANSHU M. DESAI, )<br>Individually and as agent of Choice Hotels )<br>International, VIJAY C. PATEL, Individually )<br>and as Agent of Choice Hotels International, and )<br>VAIDIK INTERNATIONAL, INC., )<br>)<br>Defendants. ) | Case No.: 07-CV-3254 |

### CHOICE HOTELS INTERNATIONAL, INC.'S MOTION
### FOR SUBSTITUTION OF LEAD COUNSEL

COMES NOW the Defendant, CHOICE HOTELS INTERNATIONAL, INC., by and through its attorneys, HINSHAW & CULBERTSON LLP, and pursuant to CDIL-LR 11.2, for its Motion for Substitution of Lead Counsel, states as follows:

1.      John E. Nolan initially entered an appearance as lead counsel on behalf of CHOICE HOTELS INTERNATIONAL, INC., as an attorney for Hinshaw & Culbertson, LLP, on or about October 29, 2007.

2.      As of June 30, 2008, John E. Nolan is no longer associated with the firm of Hinshaw & Culbertson, LLP, and, therefore, will no longer be an attorney representing the Defendant, CHOICE HOTELS INTERNATIONAL, INC.

60176459v1 882662

3. The undersigned, Andrew M. Ramage, is counsel who is now designated as lead counsel in this case.

4. That as lead counsel, the undersigned Andrew M. Ramage will be responsible for receipt of all telephone conference calls and all notices from the Court.

WHEREFORE, the Defendant, CHOICE HOTELS INTERNATIONAL, INC., respectfully requests that this Court accept the substitution of Andrew M. Ramage for John E. Nolan as designated lead counsel in the above-referenced case and that Mr. Nolan be removed as counsel for CHOICE HOTELS INTERNATIONAL, INC.

/s/Andrew M. Ramage
Hinshaw & Culbertson LLP
400 S. 9th St., Suite 200
Springfield, IL 62701
Phone: 217-528-7375
Fax: 217-528-0075
E-mail: aramage@hinshawlaw.com
Attorney Bar No. 6256554
Attorney for CHOICE HOTELS INTERNATIONAL, INC.

## CERTIFICATE OF SERVICE

    I hereby certify that on July 29, 2008, I electronically filed Defendant CHOICE HOTELS INTERNATIONAL, INC.'S MOTION FOR SUBSTITUTION OF LEAD COUNSEL with the Clerk of Court using the CM/ECF system that will send notification of such filing(s) to the following:

| | |
|---|---|
| **Adrian E. Harless** | Email: aharless@hrva.com, jpickett@hrva.com, sprecf@hrva.com |
| **David M. Walter** | Email: dwalter@hrva.com, jyoung@hrva.com, sprecf@hrva.com |
| **Frederick P. Velde** | Email: fvelde@hrva.com, mhoke@hrva.com, sprecf@hrva.com |
| **Patrick E. Halliday** | Email: phalliday@dudleylake.com |
| **Thomas M. Lake** | Email: tlake@dudleylake.com, lcooprider@dudleylake.com |

and I hereby certify that on _____, 200\_\_\_, I mailed by United States Postal Service, the document(s) to the following non-registered participants:

NONE

                                                /s/Andrew M. Ramage
Hinshaw & Culbertson LLP
400 S. 9th St., Suite 200
Springfield, IL 62701
Phone: 217-528-7375
Fax: 217-528-0075
E-mail: aramage@hinshawlaw.com
Attorney Bar No. 6256554
Attorney for CHOICE HOTELS INTERNATIONAL, INC.

60176459v1 882662